<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter    11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1.    Debtor's name**

Cuker Interactive, LLC

**2.    All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3.    Debtor's federal Employer Identification Number** (EIN)

xx-xxx3942

**4.    Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 5600 Avenida Encinas, Suite 175<br>Carlsbad, CA 92008 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| San Diego | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)

cukeragency.com

**6.    Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

12/13/18 3:32PM

| Debtor | Cuker Interactive, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    _____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

12/13/18  3:32PM

Debtor    Cuker Interactive, LLC                                        Case number (*if known*) _____
          _____
          Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
          Contact name        _____
          Phone               _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

12/13/18 3:32PM

Debtor   Cuker Interactive, LLC
         _____              Case number (*if known*) _____
         Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 13, 2018
               _____
               MM / DD / YYYY

*X* /s/ Aaron Cuker                                      Aaron Cuker
   _____                    _____
   Signature of authorized representative of debtor      Printed name

   Title   Chief Executive Officer
           _____

**18. Signature of attorney**   *X* /s/ Michael D. Breslauer                    Date  December 13, 2018
                                   _____                 _____
                                   Signature of attorney for debtor                   MM / DD / YYYY

                                Michael D. Breslauer 110259
                                _____
                                Printed name

                                Solomon Ward Seidenwurm & Smith LLP
                                _____
                                Firm name

                                401 B Street, Suite 1200
                                San Diego, CA 92101-4295
                                _____
                                Number, Street, City, State & ZIP Code

                                Contact phone   619-231-0303          Email address   mbreslauer@swsslaw.com
                                                _____               _____

                                110259 CA
                                _____
                                Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

12/13/18  3:32PM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Cuker Interactive, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pillsbury Winthrop Shaw Pittma 501 West Broadway, Suite 1100 San Diego, CA 92101 | | Professional Services | Disputed | | | $1,416,376.50 |
| Henry Law Firm 240 N Block Avenue Fayetteville, AR 72701 | | Professional Services | Disputed | | | $1,100,000.00 |
| Shults & Brown LLP 200 West Capitol Ave, Ste 1600 Little Rock, AR 72201-3637 | | Professional Services | Disputed | | | $354,000.00 |
| Torrey Partners 3394 Carmel Mountain Road Suite 100 San Diego, CA 92121 | | Professional Services | | | | $241,357.41 |
| Husch Blackwell LLP 33 East Main Street, Suite 300 Madison, WI 53701-1379 | | Professional Services | | | | $184,920.63 |
| The Hashem Law Firm, PLC 437 West Conrad Street P.O. Box 739 Monticello, AR 71657-0739 | | Professional Services | Disputed | | | $175,000.00 |
| Robins Kaplan LLP 800 La Salle Ave, Suite 2800 Minneapolis, MN 55402 | | Professional Services | | | | $108,323.00 |

Official form 204                  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                  page 1

12/13/18  3:32PM

| Debtor | Cuker Interactive, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Resonent Legal Media<br>413 S. Washington Street<br>Alexandria, VA 22314 | | Professional Services | | | | $47,447.22 |
| Chuck Easttom<br>5605 Woodspring Drive<br>Plano, TX 75093 | | | | | | $26,673.33 |
| American Arbitration Assoc.<br>45 E River Park Place W<br>#308<br>Fresno, CA 93720 | | Professional Services | | | | $22,989.58 |
| Modus Ediscovery Inc.<br>Five Concourse Pkwy, Ste 3000<br>Atlanta, GA 30328 | | Professional Services | Disputed | | | $14,001.26 |
| Ardent Law Group<br>4340 Von Karman Ave, Suite 290<br>Newport Beach, CA 92660 | | Professional Services | Disputed | | | $9,000.00 |
| Lincoln Loop<br>1608 S Ashland Ave #96971<br>Chicago, IL 60608 | | | | | | $8,000.00 |
| TekWorks, Inc.<br>13000 Gregg Street<br>Poway, CA 92064 | | | Disputed | | | $1,854.26 |
| Jan-Pro<br>4125 Sorrento Valley Blvd.<br>Suite E<br>San Diego, CA 92121 | | Office Services | | | | $399.00 |
| Interior Plant Service, Inc.<br>3971 Goldfinch Street, Ste B<br>San Diego, CA 92117 | | Office Services | | | | $143.00 |
| MAKE - Carlsbad, LLC<br>5600 Avenida Encinas<br>Carlsbad, CA 92008 | | Lessor | | | | $0.00 |
| The Brad Hendricks Law Firm<br>500 Pleasant Valley Dr, Blg C<br>Little Rock, AR 72227 | | Professional Services | Disputed | | | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

12/13/18  3:32PM

Debtor   Cuker Interactive, LLC
                Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wolfe Legal Group, PC<br>402 West Broadway, Ste 400<br>San Diego, CA 92101 | | Professional Services | | | | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

12/13/18 3:32PM

**CSD 1008** [08/21/00]
Name, Address, Telephone No. & I.D. No.
 Michael D. Breslauer 110259
 401 B Street, Suite 1200
 San Diego, CA 92101-4295
 619-231-0303
 110259 CA

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
 Cuker Interactive, LLC

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■  New petition filed.  Creditor <u>diskette</u> required.          TOTAL NO. OF CREDITORS: __21__

☐  Conversion filed on _____. *See instructions on reverse side.*
    ☐  Former Chapter 13 converting.  Creditor <u>diskette</u> required.   TOTAL NO. OF CREDITORS:____
    ☐  Post-petition creditors added.  <u>Scannable</u> matrix required.
    ☐  There are no post-petition creditors. No matrix required.

☐  Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐  Names and addresses are being ADDED.
    ☐  Names and addresses are being DELETED.
    ☐  Names and addresses are being CORRECTED.

PART II (check one):

■  The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐  The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:   December 13, 2018          /s/ Aaron Cuker
    Aaron Cuker/Chief Executive Officer
    Signer/Title

**REFER TO INSTRUCTIONS ON REVERSE SIDE**
**CSD 1008**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**CSD 1008 (Page 2)** [08/21/00]

## INSTRUCTIONS

1)      Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)      A creditors matrix with <u>Verification</u> is required whenever the following occurs:

      a)      A new petition is filed.  Diskette required.

      b)      A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

      c)      An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)      The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)      CONVERSIONS:

      a)      When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

      b)      For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)      AMENDMENTS AND BALANCE OF SCHEDULES:

      a)      <u>Scannable matrix format required.</u>

      b)      The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

      c)      Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)      Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

**CSD 1008**

Aaron Cuker
614 Seaward Avenue
Carlsbad, CA 92011


American Arbitration Assoc.
45 E River Park Place W
#308
Fresno, CA 93720


Ardent Law Group
4340 Von Karman Ave, Suite 290
Newport Beach, CA 92660


Chuck Easttom
5605 Woodspring Drive
Plano, TX 75093


Henry Law Firm
240 N Block Avenue
Fayetteville, AR 72701


Husch Blackwell LLP
33 East Main Street, Suite 300
Madison, WI 53701-1379


Interior Plant Service, Inc.
3971 Goldfinch Street, Ste B
San Diego, CA 92117


Jan-Pro
4125 Sorrento Valley Blvd.
Suite E
San Diego, CA 92121


Lincoln Loop
1608 S Ashland Ave #96971
Chicago, IL 60608

MAKE - Carlsbad, LLC
5600 Avenida Encinas
Carlsbad, CA 92008


Modus Ediscovery Inc.
Five Concourse Pkwy, Ste 3000
Atlanta, GA 30328


Patricia Attala
4422 Bertha Street
San Diego, CA 92117


Pillsbury Winthrop Shaw Pittma
501 West Broadway, Suite 1100
San Diego, CA 92101


Resonent Legal Media
413 S. Washington Street
Alexandria, VA 22314


Robins Kaplan LLP
800 La Salle Ave, Suite 2800
Minneapolis, MN 55402


Shults & Brown LLP
200 West Capitol Ave, Ste 1600
Little Rock, AR 72201-3637


TekWorks, Inc.
13000 Gregg Street
Poway, CA 92064


The Brad Hendricks Law Firm
500 Pleasant Valley Dr, Blg C
Little Rock, AR 72227

```
The Hashem Law Firm, PLC
437 West Conrad Street
P.O. Box 739
Monticello, AR 71657-0739



Torrey Partners
3394 Carmel Mountain Road
Suite 100
San Diego, CA 92121



Wolfe Legal Group, PC
402 West Broadway, Ste 400
San Diego, CA 92101
```

12/13/18  3:32PM

# United States Bankruptcy Court
## Southern District of California

In re    Cuker Interactive, LLC                              Case No.

                                         Debtor(s)              Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _Cuker Interactive, LLC_ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| December 13, 2018 | /s/ Michael D. Breslauer |
|---|---|
| Date | Michael D. Breslauer 110259 |

Signature of Attorney or Litigant

Counsel for    Cuker Interactive, LLC

Solomon Ward Seidenwurm & Smith LLP

401 B Street, Suite 1200
San Diego, CA 92101-4295
619-231-0303 Fax:619-231-4755
mbreslauer@swsslaw.com

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy