## Notice Recipients

District/Off: 0974–3         User: Admin.          Date Created: 12/14/2018
Case: 18–07363–LA11          Form ID: 184          Total: 2

**Recipients of Notice of Electronic Filing:**
aty        Michael D. Breslauer        mbreslauer@swsslaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Cuker Interactive, LLC        5600 Avenida Encinas, Suite 175        Carlsbad, CA 92008

TOTAL: 1