MICHAEL D. BRESLAUER [SBN 110259]
mbreslauer@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Debtor-In-Possession CUKER
INTERACTIVE, LLC

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO. 18-07363-LA11 |
| CUKER INTERACTIVE, LLC, | Chapter 11 |
| Debtor. | **FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES BY SOLOMON WARD SEIDENWURM & SMITH, LLP, GENERAL BANKRUPTCY COUNSEL; DECLARATION OF MICHAEL D. BRESLAUER** |
| | Date: May 23, 2019<br>Time: 2:00 p.m.<br>Dept: Two (2) |
| | Honorable Louise DeCarl Adler |
| | Petition Date: December 13, 2018 |

TO THE HONORABLE JUDGE LOUISE DECARL ADLER, UNITED STATES BANKRUPTCY JUDGE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:

Solomon Ward Seidenwurm & Smith, LLP ("Solomon Ward" or the "Firm"), general bankruptcy counsel for Debtor-In-Possession Cuker Interactive, LLC (the "Debtor" or "Cuker"), files its First Interim Application for Allowance of Chapter 11 Fees and Reimbursement of Expenses. By this application, Solomon Ward

P:01283013:60665.001

requests pursuant to 11 U.S.C. § 331 interim allowance of fees in the amount of $53,447.50 and reimbursable expenses of $622.15 for the period from December 14, 2018 through March 31, 2019. The total fees requested herein represent an average hourly billing rate of $456. The firm holds a pre-petition retainer in the sum $40,109.00, and has not been paid for any services rendered in the Chapter 11 case.

### STATUS OF CASE

On December 13, 2018, the Debtor filed its voluntary petition in the Southern District of California under Chapter 11 of the United States Bankruptcy Code.

On January 24, 2019, this Court approved the retention of Solomon Ward as co-counsel to the Debtor. A copy of Solomon Ward's application and this Court's order approving Solomon Ward's retention are attached hereto as **Exhibit A** and are incorporated herein by this reference. No understanding exists between Solomon Ward and any other person or entity for the division of fees or expenses requested by this application.

Solomon Ward believes that the fees incurred are actual and necessary under the circumstances of this case, ultimately reasonable and should be allowed without holdback as an interim award.

### NATURE OF SERVICES RENDERED

This Motion is brought pursuant to 11 U.S.C. §§ 328 and 330, and 331 on the ground that good cause exists to approve this interim fee application that is in conformance with the Court's, and U.S. Trustee guidelines.

In accordance with the guidelines promulgated by the Office of the United States Trustee, Solomon Ward has maintained detailed billing reports for all of the professional services it has rendered in this matter. True and correct copies of those detailed billing reports are attached hereto as **Exhibit B** and are incorporated herein by reference.

Solomon Ward has provided separate billing reports for each of the following categories:

P:01283013:60665.001

1    .001    General Chapter 11 Representation

2    .002    Litigation/Appeals

3    .003    Relief From Stay

4    Attached hereto as **Exhibit C** is a Fee Application Summary, and attached as

5    **Exhibit D** is a summary of the status, experience, billing rates and number of hours

6    expended in performing legal services for each of the Solomon Ward professionals

7    rendering services to the Debtor in this matter. In addition, attached as **Exhibit E** is

8    a summary of the out-of-pocket expenses of Solomon Ward advanced on behalf of

9    the Debtor.

10    Solomon Ward seeks reimbursements of these expenses in the total amount

11    of $622.15 for the period December 14, 2018 through March 31, 2019.

12    A summary of the services rendered by Solomon Ward, which is supported

13    in more detail by separate billing invoices attached hereto, is as follows:

14    .001    Chapter 11 Representation

15    Hours:                    60.5

16    Fees:                     $28,371.50

17    Average hourly rate:      $469

18    This category represents the bulk of the time spent during this period and

19    includes the time spent by Solomon Ward in the administration of the case; learning

20    the background and factual and legal issues regarding the case; preparing the

21    essential reports and motions used in the case; the interaction with the United States

22    Trustee's office and attendance at the initial debtor's conference; attendance at two

23    first meetings of creditors under Section 341(a); addressing positions of and requests

24    for information from key parties in interest in the case; communications with local

25    counsel in pending matters in the United States District Court for the Western

26    District of Arkansas; significant discussions and negotiations with interested and

27    key parties regarding the case and its resolution; addressing initial matters necessary

28    in the administration of the case, including allowance of insider's salaries; and,

addressing the formulation of a Chapter 11 plan of reorganization.

.002   Litigation Matters

Hours:                    17.1

Fees:                     $8,068.50

Average hourly rate:      $472

This category involves Applicant's efforts to analyze and respond to issues surrounding the Debtor's pre-petition lawsuit against Wal-Mart and its status on appeal at the United States Court of Appeals in and for the Eighth Circuit; negotiation regarding the continued participation of the Debtor's pre-petition appellate counsel; preparing and obtaining approval for the Bankruptcy Court for the Debtor's post-petition retention of such special counsel in the Chapter 11 case; and obtaining an appropriate order lifting the automatic stay to facilitate the full prosecution and resolution of the Eighth Circuit Appeal and any remanded matter related thereto as the Debtor's special counsel.

.003   Relief from Stay

Hours:                    39.7

Fees:                     $17,007.50

Average hourly rate:      $428

This category involves Applicant's efforts to analyze and respond to issues surrounding the requests to lift or modify the automatic stay filed by the Henry Law Firm ("HLF"), and the matters surrounding the violation of the automatic stay following entry of the Court's limited relief granted to HLF.

Solomon Ward has moved to assist the Debtor in moving this case forward to a resolution. The services provided have been necessary and reasonable and the fees and costs arising from those services should be approved as a first interim award.

P:01283013:60665.001

1    **WHEREFORE**, Solomon Ward prays that this court enter its order as
2  follows:

3    1.    Approving this first interim application by Solomon Ward, counsel for
4  Debtor, in the sum of **$53,447.50** for fees;

5    2.    Approving the reimbursement of **$622.15** in costs;

6    3.    Authorizing this first interim award without holdback pursuant to
7  Bankruptcy Code §331; and

8    4.    Granting such other and further relief as the court deems just and
9  proper.

10  DATED:  April 25, 2019        Respectfully submitted,

11        SOLOMON WARD SEIDENWURM & SMITH, LLP

12

13        By    /s/ Michael D. Breslauer

14        MICHAEL D. BRESLAUER

15        Attorneys for Debtor-In-Possession CUKER
        INTERACTIVE, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

P:01283013:60665.001

**DECLARATION OF MICHAEL D. BRESLAUER**

I, MICHAEL D. BRESLAUER, declare:

1.   I am an attorney licensed to practice in the State of California and before the United States District Court for the Southern District of California and this Court. I am a partner with the law firm of Solomon Ward Seidenwurm & Smith, LLP ("Solomon Ward"), general bankruptcy counsel for Debtor-In-Possession Cuker Interactive, LLC (the "Debtor" or "Cuker"), and am the partner responsible for the handling of this case.

2.   I have personal knowledge of the facts set forth in the foregoing Application, and if called as a witness, I could and would competently testify to all of the matters stated therein. The Application and each of the exhibits and time records attached thereto are true and correct.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed this 25th day of April 2019 at San Diego, California.

/s/ Michael D. Breslauer
MICHAEL D. BRESLAUER

P:01283013:60665.001

# EXHIBIT A

1  MICHAEL D. BRESLAUER [SBN 110259]
   mbreslauer@swsslaw.com
2  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
3  San Diego, California 92101
   Telephone: (619) 231-0303
4  Facsimile: (619) 231-4755

5  Proposed Counsel for Debtor-in-Possession,
   CUKER INTERACTIVE, LLC
6

7

8              UNITED STATES BANKRUPTCY COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 | In re                          | CASE NO. 18-07363-LA11
11 | CUKER INTERACTIVE, LLC,        | *EX PARTE* APPLICATION TO
   |                                | EMPLOY SOLOMON WARD
12 |                                | SEIDENWURM & SMITH, LLP AS
   |                                | GENERAL COUNSEL FOR
13 |        Debtor in Possession.   | DEBTOR-IN-POSSESSION,
   |                                | CUKER INTERACTIVE, LLC
14 |
15 |                                | **[No hearing Required]**
16 |
17

18         Debtor-in-Possession, Cuker Interactive, LLC ("Cuker" or the "Debtor")

19 hereby applies to this Court for authorization to employ the law firm of Solomon

20 Ward Seidenwurm & Smith, LLP ("Solomon Ward" or the "Firm") as general

21 bankruptcy counsel to Cuker effective December 13, 2018, based on the following:

22         1.     Cuker filed a voluntary petition under Chapter 11 of the United States

   Bankruptcy Code[1] on December 13, 2018.

23         2.     Cuker has determined that it is in its best interest to employ Solomon

24 Ward as its general Chapter 11 counsel in this bankruptcy case, at the Firm's usual

25 hourly billing rate, plus costs. The attorneys at Solomon Ward who will be

26

27 _____

28 [1] Unless otherwise indicated, all references to chapters, sections or rules are to the Bankruptcy
   Code, 11 U.S.C. §§101, et seq. and to the Federal Rules of Bankruptcy Procedure, Rules 1001, et
   seq.

P:00657422:60481.001

1    responsible for representing the Debtor are admitted to practice in this Court, have

2    extensive experience in Chapter 11 bankruptcy debtor representation and litigation

3    matters, and are well-qualified to represent Cuker in this matter.

4          3.      The attorney at Solomon Ward, who will be primarily responsible for

5    representing Cuker, is:

6          Michael D. Breslauer. Mr. Breslauer is a partner with the firm and has

7    over 30 years of experience in representing debtors-in-possession, bankruptcy

8    trustees and official creditors' committees in cases before the United States

9    Bankruptcy Court. Mr. Breslauer currently bills at $475 per hour. Prior to joining

10    Solomon Ward in November 1995, Mr. Breslauer was a partner/shareholder with the

11    firm of Gray Cary Ware and Freidenrich where he practiced in that firm's

12    Commercial Law and Financial Institutions practice group. Some recent chapter 11

13    cases that Mr. Breslauer has handled in which he represented the debtor include Salt

14    Creek Golf, LLC, 500 West Broadway, LLC, Auto Life Acquisition Corporation,

15    and The Environmental Trust. Mr. Breslauer also represented the Official Creditors'

16    Committee in this district in the cases of The Crosby National Golf Club, LLC,

17    Ronald Williams/Palo Alto Town and Country Village, Inc., American Digital

18    Network, Inc., Nexprise, Inc. and Senor Snacks, Ltd.

19          4.      Copies of the firm's Chapter 11 engagement letter and Solomon

20    Ward's resume are attached hereto as Exhibit "A" and "B" respectively.

21          5.      Because of Solomon Ward's experience in bankruptcy matters, Cuker

22    believes that Solomon Ward is well-qualified to provide Cuker with the following

23    legal services:

24          (a)      To advise and assist Cuker with respect to compliance with the

25    requirements of the United States Trustee;

26          (b)      To advise Cuker regarding matters of bankruptcy law, including

27    the rights and remedies of Cuker with respect to its assets and the claims of

28    creditors;

1    (c)    To represent Cuker in any proceedings or hearings in the
2 Bankruptcy Court and in any action in any other court where Cuker's rights under
3 the Bankruptcy Code may be litigated or affected;

4    (d)    To conduct examinations of witnesses, claimants, or adverse
5 parties and to prepare and assist in the preparation of reports, accounts, and
6 pleadings related to this Chapter 11 case;

7    (e)    To advise Cuker concerning the requirements of the Bankruptcy
8 Code and applicable rules as the same affect Cuker in this case;

9    (f)    To assist Cuker in the formulation and confirmation of a Chapter
10 11 Plan;

11    (g)    To make any court appearances on behalf of Cuker; and

12    (h)    To take such other action and perform such other services as
13 Cuker may require of Solomon Ward in connection with this Chapter 11 case.

14    6.    Based on the Declaration of Michael D. Breslauer (the "Breslauer
15 Declaration") filed concurrently with this Application, Cuker believes that Solomon
16 Ward does not hold or represent any interest adverse to that of Cuker.

17    7.    Solomon Ward does not represent any clients regarding matters adverse
18 to the estate, nor does the firm represent the estate with respect to matters materially
19 adverse to current clients.

20    8.    Accordingly, notwithstanding the circumstances set forth above,
21 Solomon Ward is "disinterested" within the meaning of Bankruptcy Code section
22 101(14). Other than as set forth in the Breslauer Declaration, Solomon Ward does
23 not have any connections with the Cuker, creditors, any other parties-in-interest,
24 their respective attorneys and accountants, the United States Trustee, or any person
25 employed in the Office of the United States Trustee.

26    9.    Cuker desires to employ Solomon Ward with reasonable fees to be
27 allowed by the Court. Except to the extent it is contrary to the Guidelines
28 established by the Office of the United States Trustee, Solomon Ward will charge

P:00657422:60481.001                                          3

1  Cuker for certain expenses including, but not limited to the following:
2  photocopying, travel, long distance telephone, FAX transmissions, messenger
3  service, express mail, witness fees and deposition expenses, court fees, document
4  construction, Lexis and/or Westlaw and other computer database searches. Where
5  the Office of the Unites States Trustee has imposed limits on the charges for such
6  expenses, or has determined that it will not approve such expenses, Solomon Ward
7  will not assess charges to Cuker in excess of such limits.

8      10.    It is contemplated that Solomon Ward will seek interim compensation
9  during the Bankruptcy case as permitted by Bankruptcy Code Sections 330 and 331
10  and the applicable Local Bankruptcy Rules of the United States Bankruptcy Court in
11  and for the Southern District of California.

12      11.    Solomon Ward's initial engagement with the Debtor began in
13  November 2018. Fees of $972.90 for legal services provided during the month of
14  November were billed to Cuker and Cuker on December 10, 2018 paid the
15  November invoiced amount of $972.90 in full. Thereafter, fees were incurred in
16  December 2018 in the sum of $4,876.00. On December 12, 2018, prior to the
17  Petition Date, Solomon Ward received a payment of $46,702.00, and the firm
18  applied such funds to cover fees and expenses of $4,876.00 incurred in December
19  2018 and up to the Petition Date of December 13, 2018 and for the Chapter 11 filing
20  fee of $1,717. These transactions have left Solomon Ward holding a retainer balance
21  of $40,109.00, which remains in Solomon Ward's trust account as of the Petition
22  Date. Except for the forgoing sums described in this paragraph, Solomon Ward has
23  neither billed nor received any other sums from the Debtor. The source of the
24  retainer was Cuker Interactive, LLC. A true and correct copy of the retainer check is
25  attached hereto as Exhibit "C."

26      12.    As of the Petition Date, the firm was owed nothing for or on account of
27  pre-petition services. The retainer is an advance against fees and costs, has been
28  placed in Solomon Ward's Trust Account and the firm has taken by its agreement

P:00657422:60481.001                4

1   with the Debtor a lien in the funds held as a retainer. Solomon Ward has advised the

2   Debtor that the firm will comply with appropriate Fee and Employment Guidelines

3   in withdrawing funds from the retainer.

4     13. Except as set forth in the Breslauer Declaration, no agreement or

5   understanding exists between Solomon Ward and Cuker for the sharing of

6   compensation to be received for services rendered in or in connection with this

7   matter. Except as set forth in the Breslauer Declaration, Cuker believes that no

8   agreement or understanding exists between Solomon Ward and any other entity for

9   the sharing of compensation to be received for services rendered in or in connection

10   with this matter.

11     14. A copy of the proposed order authorizing the employment of Solomon

12   Ward is attached hereto as Exhibit D.

13     **WHEREFORE,** Cuker prays that it be authorized to employ the law firm of

14   Solomon Ward as its counsel to render services described above effective December

15   13, 2019, with compensation to be paid as an administrative expense in such

16   amounts as this Court may hereinafter determine, allow and order paid.

17   Dated: January 8, 2019   CUKER INTERACTIVE, LLC

18

19

20           By: _/s/ Adel Atalla_

21            ADEL ATALLA, President

22

23

24

25

26

27

28

P:00657422:60481.001      5

# EXHIBIT A

**Solomon Ward** | Solomon
**Ward** | Ward
*Attorneys at Law* | Seidenwurm &
| Smith LLP

Wells Fargo Plaza,
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755
www.swsslaw.com

December 12, 2018

<u>VIA EMAIL</u>

Cuker Interactive LLC
Attn: Adel Atalla
5600 Avenida Encinas #175
Carlsbad, CA 92008
Email: adel@cukeragency.com

Re:    Engagement Agreement – Chapter 11 Representation

Dear Adel:

This letter states the agreement under which you have engaged Solomon Ward Seidenwurm &
Smith (**"Solomon Ward"**) to represent Cuker Interactive, LLC (**"You"** or **"Your"** or the
**"Company"**) in connection with the Company's Chapter 11 Bankruptcy filing in the United
States Bankruptcy Court for the Southern District of California (the **"Bankruptcy Court"**).

We understand the scope of our engagement to be to represent the Company in connection
with the Bankruptcy Case, to advise and work toward resolution of your relationship with all
your creditors. But our relationship DOES NOT include representation of (i) the Company's
interests in any other forum or in any other lawsuit or arbitration proceeding or (ii) in interests
of any individual person, officer, director interested party of the Company, or (iii) any parent
or other affiliate of the Company; each should obtain separate counsel to represent their own
interests.

Our engagement does not include tax advice; we encourage You to retain or engage an
independent tax advisor.

When a bankruptcy case is filed, You, as a debtor in possession, possesses the various rights,
responsibilities and duties of a trustee. In addition, You are subject to numerous legal,
procedural and administrative requirements, including those matters set forth under the
Bankruptcy Code, the Bankruptcy Rules of Procedure and Local Bankruptcy Rules. You are
subject to the United States Trustee's Operating and Reporting Requirements for Chapter 11
Cases issued by the United States Trustee's Office. A copy has been previously provided you.
It is Your material obligation, pursuant to this agreement, to abide by all such requirements
and duties, and all orders of the Bankruptcy Court and such other courts as may be exercising.

Exhibit A
Page 7

Cuker Interactive, LLC
December 12, 2018
Page 2

jurisdiction over the Bankruptcy Case.

I have found it useful to outline in general terms some of the more important points and issues that are likely to arise in connection with Your Chapter 11 case, while not all of such matters are present in this particular case. These are general comments I provide to clients who are filing or considering filing or have filed a case under Chapter 11 of the United States Bankruptcy Code. These comments are not intended to be confidential attorney client communications, since this letter will be made a part of the record of the Bankruptcy Case when our firm seeks Court approval for our engagement as Your Chapter 11 counsel. What follows is not intended to be an exhaustive discussion of those points and issues, and I encourage you to follow up with me for further discussion as needed.

## Schedules and Statement of Affairs

Your Schedules and Statement of Financial Affairs must be filed within **fifteen (15) days of the petition date.** Certain other deadlines, such as those affecting your books, records and bank accounts, are set out in the enclosed set of Operating and Reporting Requirements For Chapter 11 Cases. These deadlines and other important operational requirements are discussed below.

## Operation of the Debtor's Business

Filing a bankruptcy petition affords You, as debtor, certain substantial protections from creditors and others. The cost of such protections, however, is loss of the largely unfettered freedom to operate Your financial affairs which you have previously enjoyed. Generally, Chapter 11 debtors retain possession and control of their assets and are permitted to operate their businesses and affairs. However, upon the request of a creditor or other party in interest, the Bankruptcy Court may appoint a trustee to take control of Your assets and affairs, or an examiner to conduct an investigation of Your financial affairs. Such an appointment is extraordinary and would be made only after notice and a hearing before the Bankruptcy Court, and only for cause such as mismanagement, dishonesty or Your inability to reorganize successfully. In managing Your financial affairs, You generally may follow normal operating practices and may pay as due debts arising after the filing of the bankruptcy petition in the ordinary course of business that are within the budget we will seek to have approved. However, without Bankruptcy Court order, You cannot pay any debts which arise outside the ordinary course of business, whenever they arose, and **cannot pay** any debt that arose prior to the petition date. This general prohibition on the payment of pre-petition debts applies to all types of obligations, including, but not limited to, taxes, pre-filing compensation due to employees and pre-filing trade debt. We suggest that until you become accustomed to operating within Chapter 11, you contact me prior to making any payments other than for routine purchases of goods or services first ordered or obtained after the petition date.

Cuker Interactive, LLC
December 12, 2018
Page 3

<u>Cash Collateral</u>

"Cash collateral" is defined under the Bankruptcy Code to include the proceeds of a secured creditor's collateral well as the proceeds of inventory and accounts if those assets are subject to a creditor's lien. For example, collections from the accounts receivable generated from the sale of inventory would be the "cash collateral" of a secured creditor having a validly perfected lien in the inventory sold on account. Prior to using any money which is "cash collateral" of a secured creditor, the debtor must have either the creditor's consent or a court order. I'm aware that various creditors have consensual liens against the Company's assets. The income generated from those assets is probably regarded as cash collateral and must be segregated and not used to pay expenses pending either the Creditor's consent or a court order authorizing such use. It is an assumption in filing this case that You have the consent of your secured creditor, **Patricia Atalla**, to continue to use the cash generated by operations of the Company's business to pay ordinary and customary business expenses on an ongoing basis in the chapter 11 case. Please obtain written confirmation of this fact from Ms. Atalla.

<u>Insurance</u>

In keeping with Your duty to preserve Your assets for the benefit of all creditors, You must keep Your assets adequately insured and provide physical protection against loss. You are required to act in the interests of all creditors, rather than solely for its own benefit. Failure to do so can have serious consequences, including dismissal of the case, appointment of a trustee, or conversion to Chapter 7 (liquidation).

<u>Record keeping and U.S. Trustee's Fees</u>

You are required to file monthly operating reports with the Bankruptcy Court on or before the 20th day of each month covering the period of the previous calendar month. In addition, the Office of the U.S. Trustee has certain other reporting requirements as set forth in the enclosed materials. The U.S. Trustee is quite serious about ensuring compliance with these requirements and will bring a motion to convert or dismiss the cases or seek other relief if compliance is not maintained. You are also required to pay certain quarterly fees directly to the U.S. Trustee based upon disbursements made during the quarter. See Guideline No. 6. These fees are not prorated for partial quarters, and the U.S. Trustee will seek dismissal or conversion of the case if they are not timely paid.

<u>Bank Accounts</u>

Unless authorized by court order, You are required to close old bank accounts as of the petition date and to open new accounts containing designation "debtor in possession" – a designation that should appear as part of the name of the account and on the financial institution's books, records and forms.

Cuker Interactive, LLC
December 12, 2018
Page 4

### Books and Records

You are required to close Your books as of the petition date and open a new set for the partial fiscal year following that date.

### Transactions Out of the Ordinary Course of Business

Any transaction out of the ordinary course of business, such as the sale of significant assets, or a settlement of a material dispute, requires prior court approval. If you have any doubt as to whether a transaction is out of the ordinary course of business, please contact me before entering into or consummating the transaction.

### The Automatic Stay

A major protection afforded a debtor in possession is the automatic stay. The automatic stay prevents an action against the debtor to collect prepetition debts. If anyone attempts to collect such a debt, you should notify them of the filing of the petition; if they persist in such collection attempts, you should notify me. A creditor may get relief from stay to enforce its rights against collateral under certain circumstances, after bringing a motion before the court. You will get notice of such a motion and an opportunity to be heard in opposition. There is a risk that the court might allow a secured creditor to repossess or foreclose upon collateral where the amount owed is greater than the value of the asset or where the court otherwise determines that the creditor's interest in the collateral is not adequately protected. However, it is often possible for an arrangement to be made for You to retain assets that are essential for Your affairs.

### Employment of Professionals

Your employment of professionals, such as attorneys and accountants, must be approved by the Bankruptcy Court. No professional can be paid by You except after the Bankruptcy Court has entered an order approving such payment. We will discuss which attorneys, accountants and other professionals (other than Solomon Ward) You will seek to retain post-petition and on what basis. Notwithstanding the foregoing, it is now known that You need the assistance of a tax preparer and advisor for the preparation and filing Federal and State Tax returns for two or more years. It is a material condition to Solomon Ward's acceptance of this engagement that you have agreed to forthwith retain and provide a means of payment for such tax assistance.

### Effect of Bankruptcy on Leases and other Contracts

A debtor in possession is entitled to assume or reject its leases and other "executory" (or "incompletely performed" on both sides) contracts. In order to assume an existing executory

Cuker Interactive, LLC
December 12, 2018
Page 5

contract or lease, a debtor is required to cure all arrearages promptly, provide adequate assurance of future performance under the terms of the contract or lease and gain court approval. An executory contract that has been assumed may be assigned to a third party. This assignment may usually be accomplished despite an "anti-assignment" clause in the lease or contract and, after such assignment, the debtor will have no further responsibility for the lease or contract obligations. Leases which have been terminated under state law are generally not assumable and assignable without the lessor's consent. Special provisions apply to leases of commercial real property. Such a lease must be assumed within 120 days of the petition date, or it will be deemed rejected. The court may extend this date; once, for a total of an additional 90 days, but no longer, unless the lessor consents.

## Obtaining Financing During Bankruptcy

If You need to borrow funds during the Chapter 11 case, You may obtain unsecured credit without a court order, but such credit is, however, frequently difficult to obtain. If You are unable to obtain necessary credit on an unsecured basis, credit may be obtained on a secured or special priority basis, but only with Bankruptcy Court approval. The new credit may even be secured by a lien senior to existing liens if you can show that the other lienholders are adequately protected.

## Taxes

You are required to pay promptly all applicable federal, state and local taxes that are incurred or accrue after the case is filed.

## Accounting for Reorganization Costs

The AICPA has issued its Statement of Position No. 90-7 regarding financial reporting by entities in reorganization proceedings under the Bankruptcy Code. This statement may be helpful to the debtors' accounting personnel in analyzing how to account for a variety of the special situations that arise in a Chapter 11, including the method of booking reorganization costs such as professional fees and expenses.

## The Plan of Reorganization

The goal in this case is the confirmation and successful performance of a reorganization plan. The plan will create a new set of obligations between You and Your creditors. The confirmation of the plan may modify the rights and interests of creditors. In a plan, creditors are placed in "classes" to the extent that their claims are substantially similar. For example, all unsecured creditors may be in the same class, while each secured creditor is normally in its own class. Creditors whose claims are unimpaired—that is, the terms of their contracts with the debtors are unaltered—are deemed to have accepted the plan. However, with respect to

Cuker Interactive, LLC
December 12, 2018
Page 6

impaired claims, acceptances in the requisite number and amount must be obtained from each class. A class of creditors has accepted the plan when a majority in number of creditors and at least 2/3 in amount of claims in the class who vote, do so to approve the plan. Only those creditors that actually cast a valid ballot are counted when determining the above totals.

It is not possible to anticipate or describe all services that may be required during the course of a Chapter 11 proceeding. However, Solomon Ward will render legal services and advice with respect to all aspects of the bankruptcy case, disclosure statement and plan of reorganization and necessary motions and complaints. The firm will represent You in motions and adversary proceedings including requests for relief from stay, motions to use cash collateral, motions to sell assets, motions to assume or reject executory contracts or unexpired leases, motions to dismiss the bankruptcy case or convert the case to a Chapter 7, or to appoint a trustee, and litigation relating to the use of cash collateral and confirmation of a plan of reorganization as well as any appeal regarding any of the foregoing matters.

We understand that You will provide us with such factual information and documents as we require to perform the services, will make decisions and determinations as are necessary or appropriate to facilitate the rendering of our services, will be available to assist us in the progress of our representation, and will remit payment of our invoices in accordance with the terms set forth below.

The fee agreement set forth below is applicable, however, to all matters in which our firm may be engaged on Your behalf, unless other specific written arrangements are mutually agreed upon. It is difficult to predict with any reasonable degree of accuracy the nature and extent of legal services to be performed on Your behalf. You agree, however, subject to Bankruptcy Court approval, to pay for all legal services rendered at the hourly rates for attorneys, paralegals and other personnel assigned to your matter as set forth herein.

We find that certain assignments can be more economically performed by paralegals or law clerks. All of our paralegals and law clerks are supervised by attorneys and are able to provide beneficial support. If, in our judgment, a task may be more efficiently performed by delegating it to a paralegal or a law clerk, you agree to such delegation.

The current hourly billing rates for the Firm's attorneys, paralegals, and case assistants are: partners, $345-$600; of-counsel attorneys, $450; associate attorneys, $265-$335; paralegal assistants, $140-$215; case assistants, $110; secretarial– paralegal, $75. I currently bill at $460 an hour, but my hourly rate will increase to $475 per hour as of January 1, 2018. I attach Addendum A, which sets forth the current hourly billing rates for the Firm's attorneys and paralegal assistants. You will also be charged, in all cases consistent with the United States Trustee guidelines, for copy and telecopy services, long distance telephone, postage, electronic research, messenger service, word processing, office clerk services, secretarial overtime, parking expense away from the office, filing fees and other disbursements, court and

Exhibit A
Page 12

Cuker Interactive, LLC
December 12, 2018
Page 7

deposition reporters' fees, jury fees, investigation fees, consultants' fees, expert witness fees, mediator, arbitrator and/or special masters' fees, travel expenses (including parking, mileage, transportation, meals and hotel), and any other costs and charges incurred on your behalf. The hourly rates set forth above and the itemization of costs and in-house charges are subject to change and may not be all inclusive. If our office adopts new hourly rates or adjusts its in-house charges from time to time during the course of our representation, fees and charges will then be billed and payable based on such adjustments. As a general rule, our office adopts new rates and charges annually, usually effective January 1st of each year. Itemization of billing rates on our monthly statements will serve as notice of any such changes. Except for the following items, all costs and charges will be billed at our actual cost; in-house document production charges—$0.15 a page, and $.50 a page for color copies; secretarial overtime—$50 an hour; and automobile travel—the IRS current standard mileage rate. To the extent these sums are in excess of the charges which are allowable pursuant to the United States Trustee's guidelines or by the Bankruptcy Court, we will reduce them to reach conformity with those requirements.

Litigation today now includes stages involving the discovery of electronically stored information ("ESI"): the collection, analysis, reproduction, and exchange of emails, files, and documents created and stored on computers, servers and mobile devices and often never printed out. Our firm has trained personnel and utilizes up-to-date hardware and software to handle these evolutions in an economical manner. The firm will bill at a flat rate of $175 per gigabyte of processed ESI that passes to legal review. We will also charge $15 per gigabyte for ESI we cull from the original data set by filtering or using techniques such as deduplication or deNISTing. We will base billing upon actual uncompressed data size and not upon the size of the compressed ESI delivered to us. However you can direct us to have that work performed by outside vendors if you prefer. If we require extraordinary technical support to process ESI data efficiently, we will bill that at our regular hourly rates.

There is also substantial ESI now stored on mobile devices. We have acquired another technology that allows us to efficiently preserve, collect, process, and control data from over 6800 devices including iPhone ®, iPad ®, Android ™, Blackberry ®, and MTK Chinese. Again we believe our charges are a discount from the fees of outside vendors. Our flat fee for this service is $450 per device. You may however choose to have this data extracted by an outside vendor

Our itemized statements for services rendered and for any costs advanced on Your behalf will be submitted to You monthly for your information although we must make application to the Bankruptcy Court for approval of our fees and reimbursement of our costs. You agree to promptly review each statement and to raise any question or dispute within 10 days of the billing date. Any dispute between You and us with respect to our billings shall be submitted for resolution to the Bankruptcy Court if the Bankruptcy Court has jurisdiction over You or otherwise to mandatory binding arbitration conducted in accordance with rules of the State

Cuker Interactive, LLC
December 12, 2018
Page 8

Bar of California.

You have transferred to us a pre-petition retainer of $46,717.00 for the fees and expenses to be incurred in connection with both preparations for and following the chapter 11 filing, inclusive of the $1,717 filing fee. You've advised me that the retainer is paid from funds owned by the Company and obtained from its ordinary operations. The funds will be placed in our attorney client trust account. You authorize us to draw upon the retainer to satisfy all fees and expenses incurred before the chapter 11 filing, and as incurred by us and allowed by the Bankruptcy Court.

You also grant Solomon Ward a lien in the funds to be held by the firm to secure the payment of all attorneys' fees and costs incurred through our representation. Our possession of the retainer in our trust account will be deemed perfection of our security interest in such funds pursuant to California Commercial Code sections 9312(b)(3) and the 9313(a), and applicable California law.

<u>Waiver regarding Adverse Security Interest</u>

California law requires that whenever an attorney acquires an interest in the client's property which might be adverse to the client, such as our retention of a security interest in the retainer as set forth above, the following conditions must be satisfied:

(A)  The transaction and its terms are fair and reasonable to the client and are fully disclosed and transmitted in writing to the client in a manner which should reasonably have been understood by the client;

(B)  The client is advised in writing that the client may seek the advice of an independent lawyer of the client's choice and is given a reasonable opportunity to seek that advice; and,

(C)  The client thereafter consents in writing to the terms of the transaction.

As such, we must and hereby advise you that before consenting to the security interest in our retainer as described above, You may seek the advice of an independent lawyer of your choosing. You may take whatever time is necessary to do so before signing this Engagement Agreement.

You may discharge us at any time. Additionally, we may withdraw for reasons which include without limitation Your breach of this agreement, Your refusal to cooperate with us or to follow our advice in a material matter, or the occurrence of any fact or circumstance that would render our continuing representation of You unlawful, unethical or otherwise inappropriate in our judgment. We and You each agree to sign any documents reasonably

Exhibit A
Page 14

Cuker Interactive, LLC
December 12, 2018
Page 9

necessary to effect or complete our discharge or withdrawal. We are required by the California Business & Professions Code to inform you that our firm maintains errors and omissions coverage for our legal services in this matter.

Although we will perform our professional services on Your behalf to the best of our ability, we cannot make and have not made any guarantees regarding the outcome of the Bankruptcy Case. Our expressions about the outcome of the Bankruptcy Case are our best professional estimates only, and are limited by our knowledge at the time they are expressed. Solomon Ward will be compensated for the time and efforts it devotes on Your behalf and not for any guaranteed or predicted results.

This letter agreement constitutes the entire understanding between You and Solomon Ward regarding Solomon Ward's employment. By executing this agreement, You acknowledge that You have read this agreement carefully and understand all of its terms. No modification of this agreement shall be valid unless it is in writing, signed by both parties, and approved by the Bankruptcy Court.

### Solomon Ward's disclosure of connections with creditors and other parties in interest

Solomon Ward has searched its data base to identify all prior connections with you, or with creditors, shareholders or other parties in interest. We will supplement this letter to disclose any other connections we uncover after this date. We have uncovered the following connection with such entities:

Solomon Wards' attorneys may have personal relationships with one or more of the following entities, or the principals or partners of such entities which are listed as Your creditors: Pillsbury Winthrop Shaw Pittman, LLP.

One or more of Solomon Ward's partners has acted and may currently act as an arbitrator in unrelated matters administered by your creditor, the American Arbitration Association.

Finally, several of the entities which are listed as creditors have been parties in interest or creditors in other unrelated bankruptcy cases in which we have represented either debtors, trustees or Official Committees. These entities are: Ardent Law Group, Pillsbury Winthrop Shaw Pittman, LLP, Torrey Partners, TekWorks Inc., Jan-Pro, and Wal-Mart Stores, Inc.

We do not deem these non-attorney client relationships or connections in other bankruptcy matters (we never represented the individual interests of any of these entities on matters related to you) to pose conflicts requiring waivers, but do believe it is appropriate to advise you and the court of these facts.

To the extent that our further search of our data base uncovers connections with creditors or

Exhibit A
Page 15

Cuker Interactive, LLC
December 12, 2018
Page 10

other parties in interest, I will supplement this letter to advise you of such connections.

To confirm our agreement under the terms and conditions set forth above, please date, sign and return to us the enclosed copy of this letter agreement, indicating your approval of its contents. We look forward to representing your interests.

Sincerely,

Michael D. Breslauer for
Solomon Ward Seidenwurm & Smith, LLP

Approved and agreed to on December 12, 2018.

CUKER INTERACTIVE, LLC

By: _____
Name:
Its:        ADEL ATALLA

## ADDENDUM A
## CURRENT SCHEDULE OF HOURLY RATES

LAWYER RATES

| | |
|---|---|
| Michael B. Abramson | $440 |
| Mark Angert | $375 |
| Scott Biel | $495 |
| Michael D. Breslauer | $460 |
| Kristin C. Cline | $375 |
| Daniel E. Gardenswartz | $465 |
| David M. Greeley | $390 |
| Aubree L. Green | $365 |
| Amanda L. Harris | $475 |
| Katherine M. Hoffman | $495 |
| William N. Kammer | $475 |
| Lawrence J. Kaplan | $420 |
| Thomas F. Landers | $410 |
| Michael B. Lees | $385 |
| G. Scott Lutz | $450 |
| Richard E. McCarthy | $465 |
| Rodrigo F. Moreira | $360 |
| Harry J. Proctor | $480 |
| Tanya M. Schierling | $425 |
| Stephen L. Schreiner | $460 |
| Lawrence M. Sherman | $595 |
| Levi Y. Silver | $400 |
| Norman L. Smith | $600 |
| Herbert J. Solomon | $495 |
| Lauri J. Stock | $470 |
| Leah S. Strickland | $345 |
| Stephen T. Toohill | $500 |
| William V. Whelan | $475 |
| Matthew T. Arvizu | $265 |
| Andrew D. Brooks | $335 |
| Jeannette V. Filippone | $365 |
| Mei-Ying M. Imanaka | $295 |
| Jing Y. Li | $295 |
| Andrew C. Myers | $295 |
| Darlene Rabena | $275 |
| Priyanka Talukdar | $250 |
| Deborah A. Yates | $325 |
| | |
| PARALEGAL RATES | $140-$215 |
| CASE ASSISTANT RATES | $110 |
| SECRETARIAL – PARALEGAL | $75 |

A different rate for specialized services or relating to a case or matter requiring special expertise may be charged with client approval.
P:01252089\60665:002

# EXHIBIT B

# Solomon Ward

Solomon
Ward
Seidenwurm &
Smith LLP

Attorneys at Law

Wells Fargo Plaza
401 B Street, Suite 1200
San Diego, California 92101
Telephone (619) 231-0303
Facsimile (619) 231-4755
www.swsslaw.com

## DESCRIPTION OF THE FIRM

Solomon Ward Seidenwurm & Smith, LLP is a law firm, founded in 1977, dedicated to pursuit of excellence on behalf of its clients.

The Firm brings both sophistication and sensitivity to our clients' legal needs. We believe in accessibility, responsiveness, practical solutions, and reasonable fees. The extensive expertise and diversity of practice areas of our lawyers enables us to provide a full range of legal services to individuals, as well as to businesses of all sizes. Our size and staffing allow us to efficiently and effectively handle matters of various levels of complexity, including large, complex matters. *To become better acquainted with the Firm, please visit our website at www.swsslaw.com.*

Our professional expertise includes the areas of practice and subspecialties described below.

Page 2

# AREAS OF PRACTICE

**ADMINISTRATIVE LAW** – Regulatory and enforcement actions by state agencies can impose significant costs and at times threaten a company's existence. We advise clients before California regulatory agencies, bureaus, and commissions, including trials and evidentiary hearings under the Administrative Practices Act.

**BANKRUPTCY AND INSOLVENCY -** Our team's significant experience in representing debtors, creditors, trustees, and committees in bankruptcy and out-of-court proceedings enables us to achieve strong results for our clients. We counsel clients regarding pre-bankruptcy planning, debt restructuring, reorganizations, bankruptcy and non-bankruptcy liquidations, and collection matters. Our insolvency team's attorneys have both transactional and litigation experience, making them effective across a broad spectrum of bankruptcy and insolvency issues.

**BUSINESS AND CORPORATE LAW -** We advise our clients regarding the formation, operation, and governance of corporations, limited liability companies, partnerships, joint ventures, strategic alliances, and proprietorships. Our skilled team has substantial experience with private placements of securities and venture capital transactions and public offerings, and we advise public clients on compliance and reporting matters under Federal securities laws. Mergers and acquisitions are a particular area of focus for our attorneys. We have represented buyers, sellers, and investment bankers. Additionally we handle state and federal trademark and service mark selection, use, and registration, and intellectual property protection and licensing.

**BUSINESS DISPUTES -** Our clients depend on our skilled attorneys to assert their rights and protect their interest. While many disputes can be resolved without litigation, our trial lawyers are prepared to expertly handle any matter through mediation, arbitration or trial.

**BUSINESS LITIGATION -** As trial lawyers we handle all types of litigation and dispute resolution for plaintiffs or defendants in state and federal courts or arbitration and mediation tribunals. Our expertise ranges from the prosecution of complex intellectual property and commercial cases for national and international corporations to local dispute representation for individuals and small businesses. We use efficient methods to handle disputes from their inception, with the presumption that we are going to try the case. As a result, our clients retain the strongest negotiating positions. While we are prepared to litigate through trial and appeal, where appropriate we encourage the use of early settlement and alternative dispute resolution techniques that best represent our clients' interests. We harness the full expertise of our firm's practice groups to affect litigation avoidance, risk management, and pre-litigation strategy. We use the leading litigation technologies to organize and manage our clients' cases and to plan, control and participate in electronic discovery, which greatly reduces expenses so that the ability to litigate a fair resolution is not unduly impacted by costs.

**CLASS ACTIONS AND UNFAIR COMPETITION -** Our lawyers have substantial experience representing parties, including public and private companies, in state and nationwide class action litigation of many different varieties, including:

Page 3

# AREAS OF PRACTICE

- Consumer class action litigation under various state laws, including under California Business & Professions Code §17200 (the "Unfair Competition Law") and §17500 (False Advertising) and the California Consumer Legal Remedies Act

- "Wage and hour" employment class action litigation

- Securities class action litigation under the federal securities laws

- Class actions under the federal Racketeer Influenced and Corrupt Organizations ("RICO") Act

- Class actions under California's "Proposition 65" concerning failure to warn of environmental exposures

- Class actions arising out of state franchise laws.

Most of our representations have involved defending well-known companies, usually as lead counsel (although we also have significant experience as local counsel). Many of these matters have resulted in important published decisions.

**COMMERCIAL LANDLORD-TENANT LAW -** When both parties live up to their responsibilities, a commercial lease is a mutually beneficial agreement, but when one party fails to fulfill its obligations, the landlord's bottom line can be severely affected. While California unlawful detainer proceedings provide expedited relief for commercial landlords seeking to evict a tenant, these summary proceedings require strict adherence to the numerous statutory requirements that comprise California landlord-tenant law. Our experienced landlord-tenant law attorneys are intimately familiar with the pitfalls associated with California landlord-tenant law. With our more than 25 years of experience in landlord-tenant law, we efficiently and effectively protect the rights of landlords and businesses involved in commercial lease disputes, providing both plaintiff and defense counsel to landlords and businesses.

**CONSTRUCTION LAW -** We assist general contractors, sub-contractors, design professionals and developers in all aspects of construction, including negotiation and drafting of construction contracts, advice regarding mechanic's liens, stop notices, and bonding issues, licensing, insurance claims and coverage issues. Litigation on behalf of our construction clients includes both traditional court proceedings and contractually mandated arbitration.

**ELECTRONIC DISCOVERY & ESI SERVICES -** Our firm has installed applications that allow us to preserve, process and review ESI of all types. Our team of trained and certificated personnel can accomplish those tasks in a legally defensible manner. Our in-house abilities allow us to perform those tasks for clients at a cost markedly below the charges of electronic discovery vendors. Our firm won the Law Technology News National Innovation Award for firms with fewer than 100 lawyers. The Award recognizes outstanding achievement in integrating technology into legal work to help us deliver better, faster, and cheaper services to our clients. We won because of the hardware and software we have installed and operate to deliver essential electronic discovery services to our

Page 4

# AREAS OF PRACTICE

clients. AccessData® published our firm as legal case study regarding use of our e-Discovery suite. These are the applications we use most often:

*Forensic ToolKit® (FTK®)* - We use the full power of FTK®, a court-accepted digital investigations platform built for speed, stability, and ease of use to process forensically and analyze data up-front and then seamlessly view the processed data directly in Summation.

*Summation®*

- Integrated Technology Assisted Review ("TAR" or "Predictive Coding")
- Early case assessment/first pass review through final review and production
- Visual analytics of case data to streamline culling and identify relevant relationships
- Advanced search including concept and "4D"
- Web based with multi user, multi-site support
- Cull data by custodian, data source, document metadata and type
- De-duplicate email and ESI across entire matter or by custodian with a mouse click
- Enhanced email threading engine with cluster (similar document content) analysis
- Enhanced date range filtering of files and email
- Real time transcript review with additional reporting enhancements
- Import of Concordance and Relativity load files

**EMPLOYMENT LAW -** The firm's employment law department is committed to ensuring that our clients' employees remain one of their greatest assets, rather than one of their constant liabilities. In doing so, we advise our clients about current and potential changes in the complex web of employment laws and regulations, and we defend a wide variety of claims that may arise from the employment relationship, in federal and state courts as well as administrative proceedings. Our firm also assists in preparing employment and related contracts, and assists individual employees with respect to their hiring, compensation, and separation from employment. Our expertise in the employment context includes:

- Wage and hour claims and compliance
- Discrimination, retaliation, and related public policy claims and investigations
- Sexual and other forms of unlawful harassment
- Drafting of and litigation related to employment or related incentive compensation agreements
- Trade secret and noncompetition disputes and documentation
- Policies and procedures compliance (i.e. Safety, Background Checks/Drug Testing, Employee Handbooks, Etc.)

Page 5

# AREAS OF PRACTICE

- Independent contractor vs. employee disputes and compliance
- Class action avoidance and defense
- Arbitration agreements and proceedings
- Prosecution and defense of claims before state and federal labor boards and administrative tribunals.

Regardless of their size or industry, clients frequently need flexible, practical approaches to manage their employment relationships and to resolve employment disputes. We therefore strive to provide not only accurate but also practical advice, allowing our clients to achieve a healthy and productive relationship between employer and employee.

**FAIR CREDIT REPORTING ACT/CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT-** Our team has extensive experience defending clients against claims arising under the Fair Credit Reporting Act (FCRA) and the California Credit Reporting Agencies Act (CCRRA). Passed in 1970, FCRA governs how information is furnished to and reported by consumer reporting agencies, as well as the circumstances under which users may lawfully obtain and use consumer report information. Originally enacted in 1975, CCRAA, the California version of the FCRA, governs credit reporting conduct and is not completely preempted by the FCRA. Our attorneys have years of experience defending lawsuits filed under both statutes.

**FAIR DEBT COLLECTION PRACTICES ACT/CALIFORNIA ROSENTHAL ACT-** Our team has extensive experience defending creditors, debt buyers and debt servicers against claims brought under the Fair Debt Collection Practices Act (FDCPA) and the California Rosenthal Act. Introduced by the Federal Trade Commission in 1978, the FDCPA governs debt collectors seeking to collect consumer debt. The Rosenthal Act, enacted the same timeframe as its federal counterpart, the FDCPA, contains many of the same collection agency obligations as the FDCPA and also extends to original creditors. Our experience helps clients navigate the complex nature of these lawsuits to achieve favorable results.

**FAMILY LAW -** With proven expertise, insight, creativity, and compassion, our knowledgeable legal team is well equipped to help you navigate the complex rules and procedures of the family court system. We are sensitive to the emotional nature of domestic matters and the importance of a results-driven approach in securing the best future for you and for your family. Our team focuses first on the client's needs and stands ready to guide you through all types of family law proceedings, whether through mediation or traditional litigation, including:

- Divorce
- Dissolution of Domestic Partnerships
- Annulment
- Legal Separation
- Judgment Modifications
- Child Custody & Visitation

Page 6

# AREAS OF PRACTICE

- Child Support & Spousal/Partner Support
- Step-Parent Adoption
- Paternity Actions (Unmarried Parents)
- Property Division
- Domestic Violence & Restraining Orders
- Prenuptial Agreements, Postnuptial Agreements, and Cohabitation Agreements

**GAMING LAW-** The California Gambling Control Act and the numerous regulations propounded under the Act comprise an extraordinarily detailed statutory framework. Even the most diligent owners of gambling establishments risk non-compliance with the rules and regulations governing the California gaming industry. We provide the expertise and experience necessary to master the regulatory scheme. Our services in this area include license applications, compliance advice, negotiation and (when necessary) litigation with the Department of Justice and the Bureau of Gambling Control, and defense of hearings before administrative law judges and the California Gambling Control Commission.

**INDEPENDENT INVESTIGATIONS & REPORTING -** We are experienced in conducting investigations on behalf of both private and public employers into claims of misclassification, wrongful termination, discipline, harassment, retaliation, discrimination and a wide range of other employment based claims, on both the state and federal level. The law requires that the employer investigates employee complaints of discrimination in the workplace. A quality and thorough investigation will protect the employer from disruptive workplace conflict, costly litigation and negative publicity.

**INTELLECTUAL PROPERTY & TECHNOLOGY --** Intellectual property is a key asset of every business; a company's unique brand hopes to convey the quality and reliability of its products and services to both existing and potential customers and users. The intellectual property landscape itself is ever-evolving, presenting new challenges and opportunities across the entire business spectrum. Global is now local, and all businesses in every geographic location are now affected by the evolution of the IP landscape. Our highly-regarded intellectual property lawyers skillfully apply their knowledge and business acumen to address today's unique challenges, and help clients strategically create, manage and exploit their intellectual property assets. Our attorneys have developed a deep knowledge and understanding of domestic and international issues, and we efficiently assist our clients in protecting their valuable intellectual property. Our team protects and defends clients' intellectual property rights effectively and efficiently – avoiding litigation and seeking alternative resolutions. When litigation is necessary or appropriate, our attorneys bring the breadth of experience and resources that only a full service firm can provide:

*Trademark Prosecution –* Our core trademark legal services include domestic and foreign trademark counseling and clearance searches, prosecution of applications, and post-registration maintenance of registrations and recordation of assignments. We counsel our

Page 7

## AREAS OF PRACTICE

clients on the strategic worldwide trademark protection, increasing the value of their businesses.

*Trademark Enforcement and Defense* – We specialize in domestic and foreign trademark disputes, including the prosecution and defense of Opposition and Cancellation proceedings before the courts, the United States Trademark Trial and Appeal Board, and its foreign jurisdictional equivalents. Our objective is to resolve these disputes through settlement whenever appropriate, in a manner that most efficiently protects our clients' trademark assets.

*Copyrights* – Our attorneys counsel clients to plan for maximum copyright protection by registration of copyrights in the United States and worldwide, and we represent clients in dispute and litigation matters involving the enforcement and defense of copyright issues. We specialize in Internet copyright issues, where infringement has increased substantially due to the ease with which third parties can copy and derive commercial benefit from the intellectual property created – and exclusively owned – by our clients.

*Trade Secrets* – Our attorneys have vast experience handling an array of trade secrets issues, including developing internal procedures and security measures for our clients; managing all aspects of trade secrets litigation; and the evaluation and transfer of trade secrets in mergers and acquisitions. We counsel our clients on how to prevent the theft of valuable trade secrets before their unauthorized disclosure, which often results in losing intellectual property that cannot be remedied.

**INTERNATIONAL LAW** - Our international law practice utilizes a cross-section of attorneys from our diverse practice groups who collectively possess substantial experience in matters such as multi-jurisdictional litigation, international arbitration, recovery of foreign judgments, and litigation against governments and governmental instrumentalities. Our team supports and represents individuals and business entities involved in the structuring of inbound and outbound transactions including mergers, acquisitions, and reorganization of entities as well as related cross-border tax, estate planning, and dispute resolution matters. Our casework typically consist of:

- Public and privately held national and multi-national entities in relation to mergers, acquisitions and recapitalizations
- National and multi-national manufacturers and distributors concerning a broad spectrum of transactions and disputes
- Public companies in the formation of major strategic international relationships.

**LEGAL ETHICS AND PROFESSIONAL RESPONSIBILITY -** We have unique experience and expertise advising and representing other lawyers and their firms on issues of professional responsibility and claimed professional misconduct. Team members have served on the California State Bar's Statewide Committee on Professional Responsibility and Conduct (COPRAC), are members of the San Diego County Bar Association's Legal Ethics

Page 8

# AREAS OF PRACTICE

Committee and the American Bar Association's Committee on Professional Responsibility. They advise other lawyers and their firms as ethics and potential malpractice questions arise in order to forestall potential claims and possible disqualification or discipline. They also represent lawyers and firms against whom clients have made claims, and serve as expert witnesses to trial counsel.

**REAL ESTATE** - Our real estate practice includes a full range of real estate matters for a diverse group of clients and encompasses all phases of real estate investment, financing (including workouts and restructurings), development, and ownership and operation. We regularly assist our clients in purchases and sales, construction and permanent financing, joint ventures, limited and general partnerships, limited liability companies, co-tenancy arrangements, development agreements, and construction contracts. We handle leasing transactions on behalf of landlords and tenants including ground leases, retail, industrial, and office leases, and build-to-suit leases. Our real estate attorneys are active in assisting general business clients in facilities leasing and acquisition, land use and zoning matters, operational and property management issues, and all aspects of forming and operating common interest developments such as condominium projects and planned developments. Additionally our team has built specialized expertise in the representation of developers of projects financed by credit-enhanced municipal bonds, particularly multifamily housing bonds.

**TAXATION** - We are highly experienced in structuring transactions and providing general tax counsel to individuals and all forms of business entities including existing clients of other practice groups and clients of certified public accountants and other law firms. Additionally, we have significant experience in the representation of taxpayers before taxing authorities in connection with disputed tax issues. Our tax practice is closely integrated with our real estate, corporate/ business and business litigation practices in order to provide the highest level of service to our clients.

**TRUSTS AND ESTATE PLANNING** - Our trusts and estates planning team represents individuals in the drafting of wills, trusts, and other estate planning documents. We also advise our clients with respect to estate tax, gift tax, and generation-skipping tax planning and resolution of tax controversies.

Page 9

# BIOGRAPHIES

## PARTNERS

**MICHAEL B. ABRAMSON** *(General Business, Corporate Law, Real Estate, and Estate Planning)* - Mr. Abramson practices general business, corporate law, real estate, and estate planning. He received his Juris Doctor from the University of San Diego School of Law and graduated with honors from University of California at Santa Barbara. He received a Master of Laws (LL.M.) in Taxation from the University of San Diego School of Law and became a certified mediator by the Isla Vista Mediation Center. Mr. Abramson is a member of the State Bar of California, and the business, tax, and estate planning sections of the San Diego County Bar Association. Prior to practicing law, Mr. Abramson co-founded the leading computer ergonomics company, where he later served as Vice President of Business Development.

**MARK ANGERT** *(Business Litigation, Corporate and Business Law)* – Mr. Angert represents various clients in business disputes ranging from breach of contract and breach of fiduciary duties to intentional interference with business and fraud. He represents parties in both State and Federal courts and relies on his business and legal backgrounds to present the most effective, efficient, and beneficial results for all of his cases. In addition to litigating cases in California, he also oversees litigations abroad for some of his corporate clients. He works with his clients on set up and maintenance of various corporate entities and advises his clients in strategies and techniques to ensure continued success of these entities. Mr. Angert was born in Odessa, Ukraine. He pursued his Bachelor of Science in Neuroscience and Mammalian Physiology with a Minor in Russian Studies from the University of California, San Diego. After obtaining his undergraduate degree, Mark traveled all over the world working for M&M International Trading Corporation. While at M&M International, Mr. Angert led the development of M&M International's subsidiary, Golden Brazil, a coffee manufacturing and trading company. He made Golden Brazil a multi-million dollar success, which was eventually spun-off. While at M&M International, Mr. Angert was promoted to Vice President and eventually became a co-owner of both companies. Mr. Angert received his J.D. from the University of San Diego, School of Law in 2005.

**SCOTT BIEL** *(Business & Corporate Law, Construction Law, and Real Estate)* Mr. Biel is nationally-recognized as an expert on commercial lease transactions and lease-related issues, particularly involving research & development (R&D) and manufacturing facilities of technology-based companies. His clients include both landlords and tenants of office, medical, retail, industrial and mixed-use projects. Scott's record of transactions involve some of the largest single-tenant projects in the U.S., with insight from both sides of the negotiating table from working with institutional investors and landlords, as well as tenants (including several Fortune 500 companies), in leases, sale-leasebacks and joint venture transactions. Scott's background in operational engineering informs his approach to documenting leases as both legal agreements, allocating rights and obligations between the parties, and as "operating manuals" with clear provisions and processes for administrative efficiency and avoiding costly and time-consuming lease disputes. His structuring and

Page 10

# BIOGRAPHIES

negotiation efforts are focused on providing clear advice and reasoned recommendations based on a pragmatic balancing of the parties' priorities in order to expedite the completed transaction. In doing so, Scott is proactive in recommending when additional input is appropriate. For example, in representing one of the first developers of multi-tenant internet hosting data centers in the development of its colocation services agreements, in addition to input from the client's engineering and construction advisors on the technical aspects of services, he consulted with the client's sales and marketing team  and with its risk managers and insurance advisors to verify that the technical input to those agreements conformed to customer expectations and the client's underwriting policies.

**MICHAEL D. BRESLAUER** *(Bankruptcy, Insolvency, and Related Litigation)* **-** Mr. Breslauer is the managing partner of Solomon Ward.  He represents debtors, creditors, trustees, official committees and other interested parties in bankruptcy and out-of-court restructurings and reorganizations.   He also represents parties in state and federal receiverships and collection proceedings. Mr. Breslauer graduated from the University of Wisconsin before graduating Cum Laude from the University of San Diego School of Law. He was previously a member of Gray Cary Ware & Freidenrich in San Diego and has lectured on bankruptcy, debtor/creditor and related topics to both lay and lawyer audiences.  He has served as a mediator and arbitrator for the Mediation Panel of the United States Bankruptcy Court for the Southern District of California.

**KRISTIN C. CLINE** *(Corporate, Securities, General Business)* — Ms. Cline's practice encompasses a wide range of general business, corporate and securities transactional matters.  Ms. Cline is a native of San Diego and she received her Juris Doctor from the University of San Diego School of Law.  She received her undergraduate degree from the University of California at Los Angeles, where she graduated *cum laude* with a degree in Communication Studies and a minor in Spanish. Ms. Cline is a member of the State Bar of California and the San Diego County Bar Association.

**DANIEL E. GARDENSWARTZ** *(Employment Law, Civil Litigation)* - Mr. Gardenswartz has a diversified practice involving both litigation and business transactions, with a particular specialty in issues surrounding the employment relationship.   He was born in Albuquerque, New Mexico, and received his undergraduate degree in International Affairs from George Washington University's Elliot School of International Affairs, where he graduated *cum laude* and was selected to be in the Phi Beta Kappa National Honor Society. Mr. Gardenswartz attended law school at Emory University in Atlanta, Georgia, was ranked in the top 8% of his law school class, and was admitted into the Order of the Coif law honor society. Mr. Gardenswartz has represented employers and employees alike in almost all aspects of employment, including providing advice and representation concerning wage and hour, wrongful termination, discrimination and harassment, whistle blowing, executive compensation, and other state and federal laws governing the employment relationship.   He likewise has participated in trials, arbitrations, and mediations involving various construction, breach of contract, real estate and other commercial disputes. Among his community service activities, Mr. Gardenswartz currently

Page 11

# BIOGRAPHIES

serves as the Regional Board Chair for the San Diego Anti-Defamation League. Mr. Gardenswartz has also taught advanced legal drafting as an adjunct professor for California Western Law School, and frequently gives seminars on a variety of employment law and other litigation related topics.

**AUBREE L. GREEN** *(Real Estate)* -- Ms. Green has extensive experience in all aspects of commercial real estate transactions, including acquisitions, dispositions, leasing and financing of casinos, hotels, industrial, retail, office, multi-family and other commercial properties. Ms. Green also represents clients with respect to land use and other regulatory matters relating to real estate development. She has a strong background in corporate and other business matters. Ms. Green has served as regional counsel to a public home builder and general counsel to a privately held conglomeration of companies consisting of homebuilding, mining and agribusiness. Her depth of experience allows her to diligently and efficiently achieve client's objectives. Ms. Green graduated from the University of San Diego, School of Law in 2005 and was a member of the San Diego Law Review.

**AMANDA L. HARRIS** *(Family Law)* -- Ms. Harris is certified by the State Bar of California as a Specialist in Family Law. Her practice focuses exclusively on family law matters, with an emphasis on complex, high net-worth marital dissolutions. Prior to joining the firm, Ms. Harris was a shareholder at the law firm of Seltzer Caplan McMahon Vitek, where she served as the Chairperson of the Family Law Practice Group. She began her legal career in 1995 at the San Francisco law firm of Sucherman & Collins, representing high net-worth clients, then continued to build on her experience at the Law Offices of Lawrence H. Stotter, where she worked on several high-profile cases. While attending Hastings, she worked as a law clerk for Bernard N. Wolf and as an extern for the Superior Court of California Family Law Department in San Francisco.

**KATHERINE M. HOFFMAN** *(Intellectual Property )* – Ms. Hoffman practices domestic and international intellectual property law, encompassing protection and enforcement of trademarks, copyrights, trade dress and trade secrets, including clearance and infringement opinions and trademark prosecution before the United States Patent and Trademark Office. She has expertise in trademark, copyright, domain name and trade dress infringement and ownership disputes, and has substantial experience in administrative litigation before the United States Trademark Trial and Appeal Board. Her transactional expertise includes domestic and international intellectual property licensing and distribution agreements, technology transfer transactions related to software, medical technology and biotechnology, joint research and development agreements, confidentiality agreements, consulting agreements, publishing agreements, and development and marketing licenses. Ms. Hoffman also advises attorneys and clients on intellectual property acquisition, protection and enforcement strategies and procedures.

**LAWRENCE J. KAPLAN** *(Tax Law, Estate Planning, General Business, and Real Estate)* - Mr. Kaplan's practice focuses on tax law and estate planning. He additionally handles a wide variety of related business and real estate matters. His tax practice includes

Page 12

## BIOGRAPHIES

representation of individual and business clients in the resolution of disputes with taxing authorities.    Mr. Kaplan received his undergraduate degree from the University of California at Los Angeles and graduated Cum Laude from the University of San Diego School of Law.  Mr. Kaplan also received an LL.M. in Taxation from the University of San Diego School of Law, Cum Laude, and is a Certified Specialist in Taxation Law.  He has lectured frequently to lawyers and other professionals on taxation and related subjects.  In addition to being a member of the California Bar, Mr. Kaplan is also a Certified Public Accountant (inactive).    He also serves frequently as an arbitrator for the American Arbitration Association and is a member of its Large Complex Case Panel.

**WILLIAM N. KAMMER** (*Commercial Litigation*) - Mr. Kammer is an experienced business trial lawyer, particularly in the areas of telecommunications and technology, environmental matters, unfair business practices, alternative dispute resolution, and federal and complex litigation.  He is an associate member of the American Board of Trial Advocates and a mediator and arbitrator for the American Arbitration Association.  Mr. Kammer graduated from Fordham University and obtained a Master of Arts degree from Duke University and his law degree from Tulane University.  He was formerly a partner in Gray Cary Ware & Freidenrich LLP and chaired its Litigation Department.  He is a past-president-elect of the Tulane Alumni Association and of the San Diego chapter of the Federal Bar Association, and an officer, director or committee chair of numerous professional and non-profit organizations.  He teaches Communications Law & Policy at the University of San Diego School of Law.  Mr. Kammer retired as a Captain in the United States Naval Reserve.

**THOMAS F. LANDERS** (*Civil Litigation*) - Mr. Landers practices civil litigation, with an emphasis on business, commercial and bankruptcy litigation.  He graduated from the University of Southern California Law School where he was a Legion Lex Scholar and champion of the Hale Moot Court Honors Program.  Mr. Landers graduated from Duke University, cum laude, with a Bachelor's Degree in English.  He also studied at the University of New South Wales in Sydney, Australia.  Mr. Landers is licensed to practice before all courts of the State of California, and is a member of the American, Los Angeles County, and San Diego County bar associations.

**MICHAEL B. LEES** (*Tax, General Business, Corporate/LLC/Partnership Law, Real Estate and Estate Planning*) – Mr. Lees regularly advises businesses, business owners, individuals and professionals with tax, business and real estate matters, including entity formation, purchase and sale transactions, general contract preparation/negotiation and estate planning.  He graduated  double major in accounting and finance from the University of Arizona, received his Juris Doctor from the University of San Diego School of Law, and his Masters of Laws (LL.M.) in Taxation, with distinction, from Georgetown University Law Center.  Mr. Lees has been admitted to the U.S. Tax Court, the State Bar of California, and is a member of the business and tax sections of the San Diego County Bar Association.

**RODRIGO F. MOREIRA** (*Corporate and Business Law, Real Estate and Construction Law*) - Mr. Moreira's practice includes representing clients in a wide range of corporate and real

## BIOGRAPHIES

estate matters, including corporate structuring and finance, mergers and acquisitions, private equity, securities, licensing and real estate purchases, sales and leases. Mr. Moreira's practice also includes advising clients on intellectual property matters, including trademark, copyright and trade secret matters. Mr. Moreira also has extensive experience negotiating and drafting construction contracts and advising and representing clients on state and federal government procurements, including small business structuring and procurements. Mr. Moreira is admitted to practice before all California state courts, the United States District Court for the Southern District of California and the United States Court of Federal Claims. He received his Juris Doctor from the University of San Diego School of Law where he was a member of the San Diego Law Review. Mr. Moreira received his Bachelor of Arts in Political Science from the University of Arizona.

**HARRY J. PROCTOR** (*Corporate, General Business, Securities and Real Estate*) - Mr. Proctor's practice concentrates on transactional, financing, and securities law aspects of corporate, partnership, business, real estate, franchises, domestic and international commercial matters, emerging growth and technology related companies. His clients range from retailers and developers to companies involved in software development, telecommunications, and biotechnology. Mr. Proctor graduated from San Diego State University in 1971 and received his Juris Doctor from the University of California (Boalt Hall) in 1977. Mr. Proctor serves as a panel member of the American Arbitration Association in commercial, real estate and securities law matters. He has been admitted to the U.S. Tax Court and is a member of the California State Bar (Business and Real Estate Sections) and the San Diego County Bar Association. Mr. Proctor also served as a Probation Master of the California State Bar and on the Education Committee of the State Bar Business Law Section. He has lectured on corporate and securities law for the Continuing Education of the Bar and the State Bar Business Law Section.

**TANYA M. SCHIERLING** (*Business Litigation*) - Ms. Schierling practices general business litigation, with an emphasis in employment law. She graduated *cum laude* from Dartmouth College in 1992, with a degree in Government, and then earned her Juris Doctor *with honors* from George Washington University National Law Center in 1995. Upon graduating from law school, Ms. Schierling was admitted to the Maryland Bar, and immediately gained extensive trial and advisory experience during her four-year service as an officer in the U.S. Army Judge Advocate General's Corps where she achieved the rank of Captain. After being admitted to the California Bar in 2000, Ms. Schierling relocated to San Diego where she has practiced in civil litigation, providing clients pre-litigation and dispute resolution advice, as well as representing clients through all phases of litigation, including numerous trials and arbitration proceedings. Ms. Schierling was elected partner in January 2006. Ms. Schierling is a member of the Lawyers Club of San Diego, and volunteers for an animal rescue organization and as an alumni interviewer for Dartmouth College Admissions.

**STEPHEN L. SCHREINER** (*Business Litigation*) – Mr. Schreiner has extensive experience representing business owners in complex trials, arbitrations, and appeals. His practice has

Page 14

# BIOGRAPHIES

encompassed a broad range of real estate, products liability, and employment lawsuits. Mr. Schreiner has prosecuted and defended numerous contract, business tort, and unfair competition claims among corporate shareholders, officers, and directors, general and limited partners, and limited liability company members. In addition, he has handled litigation -- including dissolution, wind-up, and accounting claims -- among owners of legal, medical, and accounting practices. Mr. Schreiner received his undergraduate degree from the University of California at San Diego, and has served as President of the UCSD Alumni Association and as Chair of Chancellor's Associates. He received his law degree from Boalt Hall at the University of California at Berkeley, where he was selected as a member of the Appellate Advocacy Board and as a Judicial Extern to the Honorable J. Clifford Wallace on the United States Court of Appeals for the Ninth Circuit. Before joining Solomon, Ward, Seidenwurm & Smith, Mr. Schreiner practiced with Gray Cary Ware & Freidenrich, and was a founding member of the San Diego business law firm Barnhorst, Schreiner & Goonan. He currently serves as moderator of the annual seminar on "Recent Developments in Civil Litigation" offered by California Continuing Education of the Bar. In July of 2005, Mr. Schreiner started a two-year term as a member of the Board of Regents of the University of California.

**LAWRENCE M. SHERMAN** *(Real Estate, Corporate, Business Law)* – Mr. Sherman is a native of New York, received his undergraduate degree from New York University in 1962, and his LLB degree from New York University School of Law in 1965. Mr. Sherman practices in the areas of real estate, including structured real estate finance, corporate and business law. Prior to joining the firm, he was the senior partner of Sherman & Lapidus LLP, a boutique law firm in San Diego.

**LEVI Y. SILVER** *(Business Litigation)* – Mr. Silver practices complex business litigation, with a particular focus on commercial, securities and shareholder disputes. He was born in Brooklyn, New York, and received his undergraduate degree in Philosophy and Law from Brooklyn College, where he graduated *summa cum laude* and was selected to be in the Phi Beta Kappa National Honor Society. Mr. Silver attended law school at Columbia University School of Law, where he was a Harlan Fiske Stone Scholar and Articles Editor of the *Columbia Journal of Environmental Law*. Mr. Silver has represented individuals and businesses of all sizes in state and federal court, including on matters involving breach of contract, commercial torts, non-compete agreements, trade secrets, securities litigation, shareholder derivative litigation, class action litigation, construction litigation, and regulatory investigations.

**NORMAN L. SMITH** *(International, General Business, and Commercial Litigation)* – Mr. Smith handles a wide range of both transactional and litigation matters. His corporate and commercial practice encompasses a broad spectrum of general business transactions related to the representation of numerous public and multi-national entities, including in relation to mergers, acquisitions and recapitalizations. Mr. Smith's litigation practice focuses on commercial litigation, including extensive experience in the areas of commercial, corporate and multi-national disputes in many jurisdictions including litigation

Page 15

## BIOGRAPHIES

and arbitration of complex disputes relating to manufacturing, distribution, franchising and general commercial transactions. Mr. Smith graduated from the University of South Africa in 1976. Mr. Smith has been practicing law in San Diego since 1982. Before moving to San Diego, he was a partner in a law firm in Johannesburg, South Africa.

**HERBERT J. SOLOMON** *(Real Estate and General Business)* – Mr. Solomon has extensive experience in various aspects of business and real estate transactions including loan workouts and restructurings. He provides a wide range of advice and counseling to both individual and business clients and assists clients in strategic and tactical business planning. He was president for seven years of a nationwide real estate development firm and a mortgage banking company and also served as court-appointed Reorganization Trustee in a nationally prominent bankruptcy of a diversified real estate and insurance company. His extensive experience provides him with a unique understanding of the practical, as well as the legal, concerns of his clients. Mr. Solomon is a graduate of San Diego State University and UCLA Law School, where he was Associate Editor of the Law Review and was elected to membership in the Order of the Coif. He was selected as the UCLA Law School Alumnus of the Year in 1988. Mr. Solomon has served as Vice Chairman of the California State Bar Committee of Bar Examiners, Chairman of the City of San Diego Housing Commission and President of the San Diego Symphony Orchestra Association.

**LAURI J. STOCK** *(Family Law)* - Ms. Stock's client-first focus and passionate commitment to community service have helped make her one of San Diego's most trusted advocates for over 23 years. With an AV rating from Martindale-Hubbell's respected Peer Review, signifying the highest level in legal ability and ethical standards, experience representing clients in dozens of jury trials and regularly litigating cases in Family Court, Lauri is well qualified to be your advocate. In addition, she is a formally trained and experienced Mediator, serves as a settlement judge (pro tem) in Family Court, and has served as court-appointed Minor's Counsel. With a J.D. from University of San Diego, and after seven years in the Navy, Ms. Stock began her career at the San Diego City Attorney's office as a Deputy City Attorney and then Police Legal Advisor. She moved into private practice and applied skills acquired as a prosecutor to her criminal defense practice, which she still maintains. Her trial experience provided a natural transition to family law as a second practice area. She served for two years on the board of directors for the Tom Homann Law Association, served on the Police Chief's Advisory Board, is a charter member and past president of the San Diego Uptown Sunrise Rotary Club, and an accomplished athlete.

**LEAH S. STRICKLAND** *(Business Litigation)* – Leah Strickland is a Partner in the firm's litigation practice group. Her practice focuses on business litigation, employment litigation, and intellectual property disputes, and she has substantial experience defending against claims under the state and federal Fair Debt Collection Practices Act. She advises individuals and businesses in resolving disputes prior to the commencement of litigation, and represents clients after litigation has begun in both federal and state court actions. Ms. Strickland received her Juris Doctor from the College of William & Mary School of Law,

Page 16

# BIOGRAPHIES

and was a recipient of the merit-based Graduate Research Fellowship. While at William & Mary, Ms. Strickland also served as a member of Law Review, was admitted into the William & Mary Chapter of Order of the Coif, and earned CALI Awards in Philosophy of the Law and Patent Law. Before law school, she earned her undergraduate degree from the University of Texas at Austin, where she graduated with high honors and was admitted into the Phi Beta Kappa Society. Ms. Strickland is currently a member of the SDCBA Legal Ethics Committee and the Appellate Practice Section, and she frequently writes and lectures on legal topics

**STEPHEN T. TOOHILL** (*Real Estate*) Stephen Toohill has over 30 years of broad commercial real estate experience with a focus on representation of commercial, retail, hospitality, industrial and biotech developers, owners and tenants, with respect to acquisition, development, leasing and sale of improved and unimproved property. Mr. Toohill has particular experience in mixed-use high-rise commercial development, representing landlords and tenants in commercial leasing transactions, hotel acquisitions and representation of borrowers in complex loan and loan workout transactions. He is a frequent speaker on commercial leasing issues. In addition to contributions to the CEB Office Leasing and Ground Lease Practice Treatises, Mr. Toohill has authored various articles and updates on commercial leasing matters. Mr. Toohill was a certified public accountant in Illinois in 1983.

**WILLIAM V. WHELAN** (*Labor and Employment, Business Litigation*) – Mr. Whelan has extensive experience representing companies in labor and employment matters and business disputes. In addition to advising clients on employment issues and providing training, Mr. Whelan has extensive litigation experience. This experience ranges from advising clients how to avoid litigation all the way through taking matters to trial when necessary. He has successfully handled many wrongful termination, discrimination, wage and hour class actions, employee compensation cases, ADA access cases, civil rights, and other cases for a wide range of companies, including medical groups, manufacturers, retailers, non-profit employers, religious institutions, a school of law, golf equipment companies, and financial institutions. Mr. Whelan received his undergraduate degree from Pomona College. He received his law degree from the University of California at Los Angeles, during which time he served as a judicial extern to the Honorable Lawrence J. Irving of the United States District Court for the Southern District of California. Before joining Solomon Ward Seidenwurm & Smith LLP, Mr. Whelan was a partner with Sheppard, Mullin, Richter & Hampton, LLP, and before that, was with Gray Cary Ames & Frye. Mr. Whelan currently serves on the Board of Directors for St. Vincent de Paul Villages. He is a member of the San Diego Tennis and Racquet Club. Mr. Whelan previously served a three-year term on the California State Bar's Committee on Professional Responsibility and Conduct. Mr. Whelan has received an "AV" rating by Martindale-Hubbell, which is the highest rating an attorney can receive for legal quality and ethics. He was named one of San Diego's "Super Lawyers" in labor and employment in 2007, 2008, 2009, and 2010.

Page 17

# BIOGRAPHIES

## SENIOR COUNSEL

**ANDREW D. BROOKS** (Business, Corporate, and Securities Law) — Mr. Brooks concentrates on business and corporate law, including forming, buying, operating and selling businesses, and trademark and copyright issues. His securities experience includes exempt offerings, Section 16 and Schedule 13 reporting, and preparing and filing periodic and current reports for publicly traded companies. His clients range from solo entrepreneurs to publicly traded companies, including real estate developers, medical device manufacturers, physician groups, and manufacturing companies. He is a San Diego native. He received his undergraduate Economics degree from U.C. Berkeley in 1983, and his Juris Doctor from the University of Southern California in 1986. He is a member of the State Bar of California (Business Law Section), the District of Columbia Bar (Inactive) and is a Solicitor before the Supreme Court of England and Wales (Inactive).

**JEANNETTE V. FILIPPONE** (*Corporate, Securities, General Business and Intellectual Property*)Ms. Filippone provides strategic, client-focused legal advice and services to companies in a wide variety of industries, including life sciences, technology, software, services and consumer products. She specializes in business transactions, business formation and planning, contract drafting and review, intellectual property licensing, federal and state securities law compliance and corporate governance matters. She has significant expertise in federal securities law compliance, periodic reporting requirements under federal securities laws and advising boards of directors on corporate governance matters. Prior to joining the firm, Ms. Filippone was an attorney in the corporate group of a leading international law firm and had her own private law practice specializing in business law and transactional matters. She also served as general counsel and corporate secretary of a Nasdaq-listed specialty pharmaceutical company. Prior to embarking on her legal career, Ms. Filippone worked in the securities industry, where she held FINRA Series 7, 63 and 24 licenses. . Ms. Filippone graduated Magna Cum Laude and Order of the Coif from the University of San Diego School of Law.

**G. SCOTT LUTZ** (*Corporate, General Business and Real Estate*) - Mr. Lutz handles a wide range of general business and real estate transactional matters, including sophisticated finance transactions, licensing agreements, mergers and acquisitions, equipment sales, and international joint ventures. Mr. Lutz graduated *magna cum laude* from Furman University in 1986, and then graduated *cum laude* from the University of South Carolina School of Law in 1989, where he was the Symposium Editor of the South Carolina Law Review, a member of the American Bar Association Moot Court Team, a Legal Writing Instructor and a member of the Order of the Coif. Mr. Lutz is the former General Counsel of Ericsson Wireless, Inc. and is a member of the State Bar of California.

Page 18

# BIOGRAPHIES

## ASSOCIATES

**MATTHEW T. ARVIZU** *(Business Litigation)* Matthew Arvizu is an attorney in the firm's litigation practice group. Mr. Arvizu is a seasoned business litigator and has advised clients on a wide variety of issues including contract disputes, securities litigation, mergers and acquisitions, partnership disputes, and shareholder litigation. Mr. Arvizu is licensed in both Delaware and California and has experience in both state and federal court. Mr. Arvizu is also an experienced transactional attorney and has served in a general counsel role for numerous small and mid-size companies advising his clients on issues that arise from start up to dissolution. He is dedicated to partnering with each of his clients in order to achieve the best possible outcome for each situation.

Mr. Arvizu received his Bachelor of Science with a concentration in Finance from California State University, Long Beach. Following CSULB, he earned his Juris Doctor from the Syracuse University College of Law, graduating *magna cum laude*. While at Syracuse, Mr. Arvizu was awarded the highest grade distinction in business valuations law, property law, banking law, accounting, and legal writing. Mr. Arvizu also was an editorial member of the *Syracuse Law Review* and gained practical experience representing companies seeking to bring new technologies to the market through the Technology Transfers Clinic. He also worked in the Securities Arbitration Clinic.

**MEI-YING M. IMANAKA** *(Business Litigation)* – Ms. Imanaka's primary practice areas include general business litigation, employment law, and class and collective actions. She completed her undergraduate education at the University of California, San Diego, where she graduated with a Bachelors of Arts in International Studies and a Minor in Political Science. Following UCSD, Ms. Imanaka attended the University of California, Hastings College of the Law and earned her Juris Doctor in May of 2011. While at Hastings, Ms. Imanaka was awarded the highest grade distinction for Trial Advocacy and externed for the Honorable Bernard Zimmerman (Ret.), United States Magistrate Judge of the United States District Court for the Northern District of California. Upon graduating from law school, Ms. Imanaka was admitted to the California Bar and began working for a boutique civil litigation firm in downtown San Diego. Ms. Imanaka has extensive experience in a wide array of litigation matters, both on the plaintiff and defense side. She has successfully represented individuals, corporations, and certified classes in plaintiff matters, obtaining numerous multi-million dollar settlements for her clients. When defending cases, Ms. Imanaka has a terrific record for disposing of issues during all stages of litigation, prior to trial. Ms. Imanaka has successfully reduced or eliminated her clients' exposure by prevailing on motion work during the pleading stage, through demurrers and motions to dismiss, and during discovery, through motions for summary judgment and summary adjudication. Ms. Imanaka thrives on providing her clients aggressive, efficient, and thorough representation, including candid case assessments and detailed legal advice.

# BIOGRAPHIES

**JING Y. LI** *(Employment Law, Business Litigation)* In his counsel to California employers, Jing Y. Li has extensive experience defending claims of race/disability discrimination, sexual harassment, wage and hour disputes, class actions, government liability, and other litigation issues. The unique strategies Li has developed for his clients emphasize the use of efficient and creative solutions, resulting in successful resolutions and settlements on a number of employment, business and tort claims. Li's practice strengths include defending race/disability discrimination claims and wage and hour disputes. He has written extensively on ADA and FEHA "interactive process" requirements. Li also has a broad range of real estate experience, including unlawful detainers, commercial and residential property management, and real estate leasing issues. Li is also focused on attracting foreign business to California and assisting them with their legal needs in the state. His experience with foreign companies includes the representation of international clients in all areas of their legal needs, including trademark registration and employment advice and counseling. He is also fluent in Mandarin, Chinese. Li is very active in his local community. He participates in events through the Pan Asian Lawyers of San Diego (PALSD). He also mentors local law students through the PALSD mentor/mentee program and advises law students on how to succeed both in school and in their first legal position. He was also recently listed as one of the finalists for the San Diego Daily Transcript's "Top Young Attorneys for 2013."

**ANDREW C. MYERS** *(Employment Law, Business Litigation)* Mr. Myers joined the SWSS family in 2017 as a seasoned employment and business litigator. In every matter that Mr. Myers handles, he successfully partners with his client to develop forward-thinking legal and business strategies which advance the objectives of his client both in and out of the courtroom. Mr. Myers' practice focuses on representing a diverse corporate client base in business and employment related matters. He is admitted to practice before the California Superior Court, the US District Courts for the Southern and Central Districts of California, and the Ninth Circuit Court of Appeals. Experienced in all phases of civil litigation, Mr. Myers has litigated extensively in both state and federal courts. In 2005, Mr. Myers obtained his Bachelors of Arts degree from the University of California, Santa Cruz. In 2011, he obtained his law degree from the University of San Diego School of Law where he excelled in employment and ERISA studies. During his law school career, Mr. Myers was admitted to the National Honors Fraternity and worked as a research assistant for Professor Orly Lobel, Professor of Employment Law. Mr. Myers began his legal training as a judicial extern for the Honorable Judge Michael Orfield (Ret.) in the San Diego Superior Court, North County Division. Following his work with the Superior Court, he participated in a judicial externship with the Honorable Judge Michael Anello of the United States District Court, Southern District Court of California. Mr. Myers concluded his legal training while in law school as a judicial extern with the United States House of Representatives, Committee on the Judiciary. He was assigned to the Subcommittee on Courts and Competition Policy which has jurisdiction over antitrust law, monopolies, restraints of trade, administration of U.S. Courts, Federal Rules of Evidence, Civil and Appellate Procedure, and judicial ethics.

Page 20

# BIOGRAPHIES

**DARLENE Y. RABENA** *(General Business, Securities, and Corporate Law)* – Ms. Rabena practices general business, securities and corporate law. She represents start-ups, middle-market companies, venture capital funds, and other investors on various corporate and transactional matters, including equity and debt financing transactions, mergers and acquisitions, initial public offerings and general corporate matters. She received her Juris Doctor from the University of San Diego School of Law with a concentration in International Law and her Bachelor of Arts in Rhetoric and Social Welfare from the University of California at Berkeley. Ms. Rabena is a member of the State Bar of California. Prior to practicing law, Ms. Rabena co-founded a non-profit that opens mini libraries throughout impoverished areas of the Philippines.

**PRIYANKA TALUKDAR** *(General Business, Corporate Law, and Real Estate)* – Ms. Talukdar's practice encompasses general business, corporate law, and real estate transactional matters. She received her law degree from Bangalore University (India) and her LLM in comparative law from University of San Diego School of Law. Ms. Talukdar is a member of the State Bar of California, and the business and real estate sections of the San Diego County Bar Association. Ms. Talukdar is also licensed in India, and she has worked in law firms in India and Singapore before moving to the United States.

**DEBORAH A. YATES** *(Business Litigation, Intellectual Property Litigation)* Ms. Yates has years of experience serving a wide range of business clients, from small private schools to international pharmaceutical companies. Ms. Yates handles litigation from case development through resolution. She has extensive experience litigating in both states and federal courts, with cases ranging from breach of contract to patent infringement. Ms. Yates coordinates closely with clients to develop strategy, manage, and execute cases.

# PARALEGALS

**WADE A. FISHER** *(Corporate, Business and Real Estate Transactions, and Estates)* - Mr. Fisher has been a paralegal for over 19 years specializing in corporate and business transactions as well as estate planning and estate administration. Mr. Fisher graduated Cum Laude from The University of Pittsburgh.

**NICOLE FULLER** *(Civil Litigation)* - Ms. Fuller has been a civil litigation paralegal for over 20 years specializing in business litigation, municipality and public agency law. These include the fields of employment law, contract law and risk management. Ms. Fuller graduated from Chapman University School of Law (JD) and California State Polytechnic University, Pomona (MBA/BS). She earned a paralegal certificate from Southern California College of Business and Law.

**JOY K. KIRKMAN** *(Civil Litigation)* - Ms. Kirkman in eDiscovery and business litigation. Before joining the firm, Ms. Kirkman worked as an in-house paralegal, specializing in distribution and supply agreements, for a public company. Ms. Kirkman graduated from

Page 21

# BIOGRAPHIES

California State University, San Marcos (BA) and earned a paralegal certificate from the University of San Diego.

**CALIFORNIA C. LOPEZ** (*Intellectual Property*) - Ms. Lopez has more than 20 years of experience in the legal industry and specializes in trademark prosecution, copyright, and litigation support. Ms. Lopez graduated from the University of the Philippines (BA), and earned her paralegal certificate at the University of San Diego.

**LANEY SCHATZ** (*Civil Litigation*) - Ms. Schatz has been a civil litigation paralegal for over 25 years specializing in eDiscovery, employment, business, construction, unfair competition, trade secrets and product liability litigation. Ms. Schatz graduated from Southwest Texas State University (BS) and earned a paralegal certificate from Southwest School of Court Reporting and Paralegal Studies.

**SHAWN C. VASICH** (*Family Law*) - Mr. Vasich has worked as a paralegal for six years specializing predominantly in family law, with additional experience in general civil litigation. Mr. Vasich graduated from the University of California at Berkeley and earned his paralegal certificate under the supervision of Attorneys Mattheus E. Stephens and Lauri J. Stock.

P:00185365:99999.999

# EXHIBIT C



# EXHIBIT D

CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.
Michael D. Breslauer, Esq.  SBN 110259
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone (619) 231-0303
mbreslauer@swsslaw.com
Counsel for Debtor Cuker Interactive, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re.
Cuker Interactive, LLC,

BANKRUPTCY NO. 18-07363-LA11

Date of Hearing: n/a
Time of Hearing: n/a
Name of Judge: Louise DeCarl Adler

Debtor.

## ORDER ON EX PARTE APPLICATION TO EMPLOY SOLOMON WARD SEIDENWURM & SMITH, LLP AS GENERAL COUNSEL FOR DEBTOR-IN-POSSESSION, CUKER INTERACTIVE, LLC

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through

2 with exhibits, if any, for a total of 2 pages, is granted. Motion/Application Docket Entry No. _____

//

//

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the relief
granted by the court.

Submitted by:
SOLOMON WARD SEIDENWURM & SMITH,
LLP
(Firm name)

By: /s/ Michael D. Breslauer
    Attorney for ☒ Movant ☐ Respondent
    Debtor Cuker Interactive, LLC

P:01114488-2:60627.002 CSD 1001A

American LegalNet, Inc.
www.USCourtForms.com

CSD 1001A [11/15/04] (Page 2)

ORDER ON EX PARTE APPLICATION TO EMPLOY SOLOMON WARD SEIDENWURM & SMITH, LLP AS GENERAL COUNSEL FOR DEBTOR-IN-POSSESSION, CUKER INTERACTIVE, LLC

DEBTOR: Cuker Interactive, LLC                                                                CASE NO: 18-07363-LA11

---

Upon the foregoing Ex Parte Application to Employ Solomon Ward Seidenwurm & Smith ("Solomon Ward") as Attorneys for Cuker Interactive, LLC, praying for approval of the employment of Solomon Ward as its attorney herein and upon the Declaration of Disinterest; and it appearing that no hearing on said application need be given; and the Court being satisfied that said attorneys hold and represent no interest adverse to the individual creditors herein, the debtor or the estate of the debtor, and that the employment of said attorneys is necessary for Cuker Interactive, LLC to employ attorneys skilled in bankruptcy law and that Solomon Ward is such a firm, and that Solomon Ward represents no adverse interest which would prohibit or impair the employment of the firm and that the employment of Solomon Ward is in the best interest of this estate; and good cause otherwise appearing;

IT IS HEREBY ORDERED:

1.    That consistent with the terms set forth in the Ex Parte Application to Employ Solomon Ward as Attorneys for Cuker Interactive, LLC and the Declaration of Disinterest in Support thereof, Cuker Interactive, LLC is authorized to employ Solomon Ward as general Chapter 11 counsel for the Debtor, effective as of December 13, 2018.

2.    That any fees paid to Solomon Ward in connection with this proceeding are subject to approval of this court.

IT IS SO ORDERED.

P:01114488-2:60627.002 CSD 1001A

American LegalNet, Inc.
www.USCourtForms.com

**PROOF OF SERVICE**

I, Wendy A. Yones, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State. On January 9, 2019, I served the following document(s):

*EX PARTE* APPLICATION TO EMPLOY SOLOMON WARD SEIDENWURM & SMITH, LLP AS GENERAL COUNSEL FOR DEBTOR-IN-POSSESSION, CUKER INTERACTIVE, LLC;

**DECLARATION OF DISINTEREST OF MICHAEL D. BRESLAUER ON BEHALF OF HIMSELF AND THE LAW FIRM OF SOLOMON WARD SEIDENWURM & SMITH, LLP AS COUNSEL FOR THE DEBTOR-IN-POSSESSION, CUKER INTERACTIVE, LLC**

on each of the interested parties as follows:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 9, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Michael D. Breslauer  mbreslauer@swsslaw.com; wyones@swsslaw.com
Jonathan S. Dabbieri  dabbieri@sullivanhill.com;  hill@sullivanhill.com;
    bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com;
    dabbieri@ecf.inforuptcy.com
Heather L. Rosing  HRosing@Klinedinstlaw.com

**SERVED BY U.S. MAIL:** On January 9, 2019, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

**TO BE SERVED BY EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 9, 2019, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Office of the United States Trustee – ustp.region15sop@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 9, 2019               By: /s/ Wendy A. Yones
                                          WENDY A. YONES

P:00657422:60481.001                          6

1  MICHAEL D. BRESLAUER [SBN 110259]
   mbreslauer@swsslaw.com
2  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
3  San Diego, California 92101
   Telephone: (619) 231-0303
4  Facsimile: (619) 231-4755

5  Proposed Counsel for Debtor-in-Possession,
   CUKER INTERACTIVE, LLC

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10  In re                          |  CASE NO.  18-07363-LA11

11  CUKER INTERACTIVE, LLC,        |  **DECLARATION OF DISINTEREST OF MICHAEL D. BRESLAUER ON**

12                                 |  **BEHALF OF HIMSELF AND THE LAW FIRM OF SOLOMON WARD**

13          Debtor in Possession.  |  **SEIDENWURM & SMITH, LLP AS COUNSEL FOR THE DEBTOR-IN-**

14                                 |  **POSSESSION, CUKER INTERACTIVE, LLC**

15

16                                 |  **[No hearing Required]**

17

18      I, MICHAEL D. BRESLAUER, declare:

19      1.      I am an attorney at law, duly licensed and qualified to practice before

20  the United States Bankruptcy Court in the Central and Southern Districts of

21  California.

22      2.      I am a partner in the law firm of Solomon Ward Seidenwurm & Smith

23  ("Solomon Ward" or the "Firm"), and am authorized to make this Declaration on

24  behalf of Solomon Ward. The information contained in this declaration is of my

25  own personal knowledge or derived from my review of the file in this case. This

26  Declaration of Disinterest is provided pursuant to Bankruptcy Rule of Procedure

27  2014.

28

3.      The Debtor-in-Possession, Cuker Interactive, LLC ("Debtor") seeks to retain Solomon Ward by the accompanying Application to Employ Solomon Ward as Counsel, to represent it in this bankruptcy case, Case No. 11-10497-B11. Prior to the filing, the Debtor provided Solomon Ward with payment of $46,717.00 as and for (i) payment of all prepetition services rendered by the firm (ii) reimbursement for a chapter 11 filing fee and (iii) as a retainer and an advance against actual fees and costs to be incurred in the chapter 11 case. Following payment for items (i) and (ii) above, the balance of the retainer was placed into the firm's Client Trust account and the firm by its engagement agreement with the Debtor.

4.      <u>Pre-petition Services and Payments.</u> Solomon Ward's initial engagement with the Debtor began in November 2018. Fees of $972.90 for legal services provided during the month of November were billed to Cuker and Cuker on December 10, 2018 paid the November invoiced amount of $972.90 in full. Thereafter, fees were incurred in December 2018 in the sum of $4,876.00. On December 12, 2018, prior to the Petition Date, Solomon Ward received a payment of $46,702.00, and the firm applied such funds to cover fees and expenses of $4,876.00 incurred in December 2018 and up to the Petition Date of December 13, 2018 and for the Chapter 11 filing fee of $1,717. These transactions have left Solomon Ward holding a retainer balance of $40,109.00, which remains in Solomon Ward's trust account as of the Petition Date. Except for the forgoing sums described in this paragraph, Solomon Ward has neither billed nor received any other sums from the Debtor. The source of the retainer was Cuker Interactive, LLC. Solomon Ward will comply with all appropriate Fee and Employment Guidelines in withdrawing funds from the retainer. The retainer is <u>not</u> a limit on the fees and costs to be charged by Solomon Ward.

5.      <u>Source of Retainer.</u> I am informed, based on my conversations with the Debtor's representatives, that the retainer is the Debtor's property from the Debtor's

1    own accounts.

2        6.    Solomon Ward, its partners and its associates, are experienced in

3    matters of bankruptcy, insolvency, corporate reorganization and debtor/creditor law

4    and in the representation of debtors, creditors, creditors' committees and trustees in

5    cases under the Bankruptcy Code, and are well qualified to represent debtors,

6    creditors, creditors' committees and trustees in such matters.

7        7.    Solomon Ward has reviewed its database of clients and other related

8    parties in order to determine whether Solomon Ward represents any creditor whose

9    interests are adverse to Debtor. Except as described below, this effort revealed that

10    Solomon Ward does currently not hold or represent any interest adverse to that of

11    the Debtor's bankruptcy estate.

12        a.    Current Clients. The following individuals and entities are

13    **current clients** of the firm regarding matters wholly separate and distinct from

14    Cuker or its affairs. In each instance, the Firm has obtained or will obtain a written

15    waiver from such clients, providing that Solomon Ward will not undertake any

16    matters on their behalf regarding Cuker Interactive, LLC or its affairs; conversely,

17    should the need arise for Cuker Interactive, LLC to undertake action directly

18    adverse to these entities, Cuker Interactive, LLC will engage the services of special

19    counsel for such matters. These individuals and entities are: None.

20        b.    Former Clients. The following individuals and entities who are

21    creditors or otherwise parties in interest in this Chapter 11 case are **former clients**

22    of the firm on matters wholly unrelated to Cuker Interactive, LLC or its affairs:

23    None.

24        c.    Connections with Parties in Interest (Other Insolvency Cases).

25    Solomon Ward has previously represented the interests of Debtors, Creditors

26    Committees or Trustees in bankruptcy proceedings where the following entities who

27    are parties in interest in the Debtor's estate have been creditors or parties in interest

28

P:01257161:60665.001                                    3

1    in such other unrelated estates. Except as through the Firm's representation of a

2    Creditor's Committee, Solomon Ward has never represented any of these entities:

3    Jan-Pro, Wal-Mart Stores, Inc.

4              d.       <u>Connections with Parties in Interest (Other Connections)</u>.

5    Certain of Solomon Ward's lawyers (or the Firm itself) have/has business, personal

6    or financial relationships with the following parties in interest in this Chapter 11

7    case. In each instance, those relationships are wholly unrelated to the Debtor or to

8    this Chapter 11 case. Those other parties in interest are: Pillsbury Winthrop Shaw

9    Pittman, LLP, TekWorks, Inc., Wal-Mart Stores, Inc. and American Arbitration

10   Association (AAA). With respect to the AAA, one or more of Firm's partners has

11   previously appeared or currently does appear on the AAA list of available

12   arbitrators, and one of the Firm's partners currently serves as a neutral arbitrator in a

13   matter wholly unrelated to Cuker or any of its affairs.

14         8.     Solomon Ward does not represent any clients regarding matters adverse

15   to the estate, nor does the firm represent the estate with respect to matters adverse to

16   current clients. Accordingly, notwithstanding the circumstances or connections set

17   forth above, I believe that Solomon Ward is "disinterested" within the meaning of

18   Bankruptcy Code section 101(14). Solomon Ward does not have any other

19   connections with the Debtor, creditors, any other party-in-interest, their respective

20   attorneys and accountants, the United States Trustee, or any person employed in the

21   Office of the United States Trustee.

22         9.     Neither I, Solomon Ward, nor its members or associates have any pre-

23   petition claims against the Debtor's bankruptcy estate. I believe the Debtor has

24   satisfied all its pre-petition obligations owed to Solomon Ward by payments made in

25   the ordinary course of its business and according to the business terms between the

26   Firm and the Debtor.

27

28

P:01257161:60665.001                                   4

10. No agreement or understanding exists between Solomon Ward and Debtor for the sharing of compensation to be received for services rendered in or in connection with this matter.

11. I am familiar with the Bankruptcy Code and the Bankruptcy Rules, the Local Rules, and the United States Trustee Guides and Notices, and shall comply with them.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and this declaration is executed on the 8th day of January 2019, at San Diego, California.

/s/ Michael D. Breslauer

MICHAEL D. BRESLAUER

P:01257161:60665.001

5

CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.
Michael D. Breslauer, Esq. SBN 110259
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone (619) 231-0303
mbreslauer@swsslaw.com
Attorneys for Debtor-In-Possession Cuker Interactive, LLC

*Order Entered on January 24, 2019 by Clerk U.S. Bankruptcy Court Southern District of California*

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re.
Cuker Interactive, LLC,

Debtor.

BANKRUPTCY NO. 18-07363-LA11

Date of Hearing: n/a
Time of Hearing: n/a
Name of Judge: Louise DeCarl Adler

## ORDER ON EX PARTE APPLICATION TO EMPLOY SOLOMON WARD SEIDENWURM & SMITH, LLP AS GENERAL COUNSEL FOR DEBTOR-IN-POSSESSION, CUKER INTERACTIVE, LLC

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through

2 with exhibits, if any, for a total of 2 pages, is granted. Motion/Application Docket Entry No. 29

//
//
//
//
//
//

DATED:    January 23, 2019

*/s/ Louise DeCarl Adler*
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the relief
granted by the court.

Submitted by:
SOLOMON WARD SEIDENWURM & SMITH,
LLP
(Firm name)

By: /s/ Michael D. Breslauer
Attorney for ☒ Movant ☐ Respondent
Debtor-In-Possession Cuker Interactive, LLC

P:01114488-2:60627.002 CSD 1001A

American LegalNet, Inc.
www.USCourtForms.com

CSD 1001A [11/15/04] (Page 2)

ORDER ON EX PARTE APPLICATION TO EMPLOY SOLOMON WARD SEIDENWURM & SMITH, LLP AS GENERAL COUNSEL FOR DEBTOR-IN-POSSESSION, CUKER INTERACTIVE, LLC

DEBTOR: Cuker Interactive, LLC                                    CASE NO: 18-07363-LA11

---

Upon the foregoing Ex Parte Application to Employ Solomon Ward Seidenwurm & Smith ("Solomon Ward") as Attorneys for Debtor-In-Possession Cuker Interactive, LLC ("Debtor"), praying for approval of the employment of Solomon Ward as its attorney herein and upon the Declaration of Disinterest; and it appearing that no hearing on said application need to be given; and the Court being satisfied that said attorneys hold and represent no interest adverse to the individual creditors herein, the Debtor or the estate of the Debtor, and that the employment of said attorneys is necessary for Debtor to employ attorneys skilled in bankruptcy law and that Solomon Ward is such a firm, and that Solomon Ward represents no adverse interest which would prohibit or impair the employment of the firm and that the employment of Solomon Ward is in the best interest of this estate; and good cause otherwise appearing;

IT IS HEREBY ORDERED:

1.  That consistent with the terms set forth in the Ex Parte Application to Employ Solomon Ward as Attorneys for Cuker Interactive, LLC and the Declaration of Disinterest in Support thereof, Cuker Interactive, LLC is authorized to employ Solomon Ward as general Chapter 11 counsel for the Debtor, effective as of December 13, 2018.

2.  That any fees paid to Solomon Ward in connection with this proceeding are subject to approval of this court; and that no compensation will be paid by the Debtor or any other person or entity for services rendered to the estate, or by the Chapter 11 trustee, except upon application and bankruptcy court approval.

IT IS SO ORDERED.

P:01114488-2:60627.002 CSD 1001A

American LegalNet, Inc.
www.USCourtForms.com

Signed by Judge Louise DeCarl Adler January 23, 2019

Exhibit A
Page 52

# EXHIBIT B



# Solomon Ward

Solomon Ward Seidenwurm & Smith LLP

Attorneys at Law

**401 B Street, Suite 1200, San Diego, CA 92101**
**(o) 619.231.0303 (f) 619.231.4755**
**EIN 95-2978900  accounting@swsslaw.com**
**Online Credit Card Payments Accepted @ www.swsslaw.com**

Cuker Interactive, LLC
600 Anton Blvd. Ste. 1350
Costa Mesa, CA 92626

**Matter ID: 60665-001**

Matter:  Chapter 11 Bankruptcy
Legal Services Rendered Through 12/31/2018

## Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/14/18 | MDB | Preparation and research with client and staff | 1.50 | 690.00 |
| 12/14/18 | MDB | Conference call with clients to discuss next steps and game plan for first day and first week issues (.4); telephone conference with D. Wolfs partner to discuss coordination regarding ongoing litigation matters (.3) | 0.70 | 322.00 |
| 12/14/18 | MDB | Telephone conference with B. Worthington regarding Henry suit and Pillsbury arbitration (.3); exchange emails with B. Worthington regarding same (.2); lengthy conversation with A. Atalla regarding strategy in dealing with appellate counsel and status of appeals (.4) | 0.90 | 414.00 |
| 12/17/18 | MDB | Telephone conference with U.S. Trustee's counsel regarding first day issues and related matters (.3); telephone conference with clients regarding to do list, preparation of schedules, employment of counsel, and general triage for Chapter 11 case (.5); research regarding application of automatic stay to appellate matters (.6); email to clients regarding same (.3); research regarding application of Section 502(b)(4) for treatment of creditor's claims (.7) | 2.40 | 1,104.00 |
| 12/18/18 | WAF | Conduct UCC search | 0.30 | 49.50 |
| 12/18/18 | MDB | Complete research regarding imposition of automatic stay and disaggregation principles in evaluating reach of stay in multi-party, multi- claim litigation (1.0); several telephone conferences with A. Atalla regarding operational issues as well as game plan with respect to multiple counsel (.8); exchange emails with D. Wolf (.3) | 2.10 | 966.00 |
| 12/19/18 | MDB | Telephone conference with USTs attorney (.3); exchange emails regarding administrative matters with Debtor's staff (.6) | 0.90 | 414.00 |
| 12/20/18 | MDB | Telephone conference with D. Wolf regarding Henry suit (.6); draft Declaration for Adel Atalla and Notice of Intended Action regarding insider compensation (1.6) | 2.20 | 1,012.00 |
| 12/21/18 | MDB | Draft, review and revise declaration; finalize for filing and finalize notice of intended action to pay insiders (.5); telephone conference with A. Atalla (.2) | 0.70 | 322.00 |

## Solomon Ward Seidenwurm & Smith, LLP

Page 2

Cuker Interactive, LLC
Matter: Chapter 11 Bankruptcy

**Matter ID: 60665-001**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/24/18 | MDB | Telephone conference with A. Atalla regarding operational issues and Arkansas litigation | 0.20 | 92.00 |
| 12/26/18 | MDB | Prepare for and conduct meeting with D. Wolf, A. Cuker and A. Atalla regarding strategy involving various litigation matters (1.4); review and edit proposed schedules and statement of financial affairs (.8); exchange emails with client regarding same and priority tax claims (.5) | 2.70 | 1,242.00 |
| 12/27/18 | MDB | Several telephone conferences with A. Cuker and A. Atalla regarding current operations and ongoing litigation matters (.8); review and finalize all schedules and statement of financial affairs for filing (1.0); revisions regarding same (.2) | 2.00 | 920.00 |
| 12/28/18 | MDB | Telephone conference with special counsel (.4); telephone conference with H. Rosing (.2); emails with clients (.2); telephone conference with L. O'Brien regarding schedules and statement of financial affairs issues and reporting requirements (1.1) | 1.90 | 874.00 |

|  |  |  | **Total Fees** | **18.50** | **8,421.50** |
|---|---|---|---|---|---|

### Summary of Fees

| | | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|---|
| MDB | Michael D. Breslauer | Partner | 18.20 | 460.00 | 8,372.00 |
| WAF | Wade A. Fisher | Paralegal | 0.30 | 165.00 | **49.50** |
| | | **Totals** | **18.50** | | **8,421.50** |

### Costs

| Date | Description | Amount |
|---|---|---|
| | Document Production | 21.45 |
| | Pacer U.S. Court Electronic Search | 31.90 |
| | **Total Costs** | **53.35** |
| | **Total Fees and Costs** | **8,474.85** |

**Matter ID: 60665-001**
**Matter: Chapter 11 Bankruptcy**

Originating Atty:        MDB
Billing Atty:            MDB
Supervising Atty:        MDB

Cuker Interactive, LLC
Attn: Adel Atalla
5600 Avenida Encinas #175
Carlsbad, CA  92008

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 01/02/19 | MDB | Lengthy email letter/status report to client (.7); telephone conference with SDGE staff regarding adequate protection deposit (.2); telephone conference with Cuker CFO (.1) | 1.00 | 475.00 |
| 01/03/19 | MDB | Draft, review and revise notice of secured creditors consent of use of cash collateral (.2); email regarding same (.2) | 0.40 | 190.00 |
| 01/07/19 | MDB | Review amendments to schedules and statement of financial affairs | 0.20 | 95.00 |
| 01/08/19 | MDB | Conference call with A. Atalla and A. Cuker regarding open items and preparation for United States Trustee meeting (.7); exchange emails regarding extension of time to respond to NOIA (.3); review and revise application for employment and declaration of disinterest (.7) | 1.70 | 807.50 |
| 01/09/19 | MDB | Meeting with A. Atalla to prepare for and attend United States Trustee meeting (1.3); follow up work and instructions to staff (.4) | 1.70 | 807.50 |
| 01/10/19 | MDB | Attention to remaining open items in anticipation of 341(a) exam | 0.30 | 142.50 |
| 01/11/19 | MDB | Attention to action filed in Washington DC and order entered in potential violation of the stay (.2); email regarding same (.2) | 0.40 | 190.00 |
| 01/14/19 | MDB | Telephone conference with A. Atalla to discuss strategy on various open items; preparation for 341(a) meeting of creditors (.3); amendment of schedules (.2); discuss possibility for pursuit of an expanse of stay under 362(a) (.4); review and revise amendments to schedules and statement of financial affairs (.2) | 1.10 | 522.50 |
| 01/15/19 | MDB | Prepare draft of A. Atalla declaration regarding reply in support of NOIA to pay insiders (.6); attention to amendments of schedules and statement of financial | 2.20 | 1,045.00 |

**\*\* PRE-BILL \*\***

**Matter ID: 60665-001**
**Matter: Chapter 11 Bankruptcy**

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| | | affairs (.3); several telephone conferences with A. Atalla (.6); draft reply brief re NOIA to pay insider salaries (.7) | | |
| 01/16/19 | MDB | Prepare for/attend 341(a) first meeting | 3.00 | 1,425.00 |
| 01/17/19 | MDB | Review declaration and finalize brief in connection with insider salary motion and response (1.0); telephone conference with A. Cuker regarding general administration and notice to customers (.6). | 1.60 | 760.00 |
| 01/18/19 | MDB | Exchange emails with creditor's attorney in Virginia regarding filing of papers in violation of the automatic stay (.5); filing of debtor's responsive declaration in opposition regarding insider salaries (.5) | 1.00 | 475.00 |
| 01/23/19 | MDB | Exchange emails and telephone conference with M. Walker regarding salary request for insiders (.4); telephone conference with A. Atalla regarding same (.4); review and revise motions for retention of special counsel and post-petition unsecured borrowing (1.2) | 2.00 | 950.00 |
| 01/24/19 | MDB | Telephone conference with A. Atalla regarding ongoing issues with insider salaries (.2); telephone conference and email exchange with M. Walker regarding stipulation for 90 day continuance regarding insider salaries (.4) | 0.60 | 285.00 |
| 01/25/19 | MDB | Additional telephone conferences and email exchanges regarding insider salaries (.8); telephone conference and emails with M. Walker regarding insider salaries (.2) | 1.00 | 475.00 |
| 01/28/19 | MDB | Telephone conference with A. Atalla regarding salary motion (.3); negotiate and finalize stipulation for interim payment of insider salaries (.6); telephone conference with J. Dabbieri regarding terms of special counsel retention (.2) | 1.10 | 522.50 |
| 01/29/19 | MDB | Telephone conference with D. Ortiz regarding 90 day profit and loss questions (.2); attention to OST regarding employment of special appellate counsel (.2) | 0.40 | 190.00 |
| 01/30/19 | MDB | Attention to insider salaries (.2); telephone conference with court (.1); telephone conference with A. Atalla and payment history and necessity for augmenting the record (.2); draft second supplemental declaration of Adel Atalla (.6); revise and amend court order regarding payment of insider salaries (.4) | 1.50 | 712.50 |
| 01/31/19 | MDB | Telephone conference to discuss salary changes to declaration (.1); review and revise declaration for salary request (.2); telephone conference with M. | 0.50 | 237.50 |

** PRE-BILL **

**Matter ID: 60665-001**
**Matter: Chapter 11 Bankruptcy**

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | Walker regarding same (.2) | | |
| 02/04/19 | MDB | Exchange emails with clients | 0.20 | 95.00 |
| 02/07/19 | MDB | Telephone conference with potential appellate counsel regarding HLF matter (M. Lehman) (.6); discussion and analysis regarding potential time triggering dates for filing notices of appeal; email to M. Lehman regarding same (.2) | 0.80 | 380.00 |
| 02/08/19 | MDB | Lengthy email exchange regarding status of claims against and by HLF (.7); follow on telephone conference with A. Cuker regarding strategy to employ (.2); telephone conference with client regarding same (.4) | 1.30 | 617.50 |
| 02/11/19 | MDB | Attention to absence of opposition; telephone conference with A. Cuker to discuss strategy (.3); exchange emails with A. Atalla; email to Robins Kaplan (.2) | 0.50 | 237.50 |
| 02/13/19 | MDB | Telephone conference with A. Atalla regarding general status and Henry Law Firm (.2); draft status report for filing (.6) | 0.80 | 380.00 |
| 02/15/19 | MDB | Lengthy telephone conference with A. Atalla regarding operating report requirements (.4); email exchange with special counsel (.2) | 0.60 | 285.00 |
| 02/20/19 | MDB | Telephone conference with A. Atalla (.1); review operating report; finalize for filing (.2) | 0.30 | 142.50 |
| 02/21/19 | MDB | Prepare for and attend status conference on Chapter 11 case (1.0); discussion with D. Ortiz regarding operating report questions (.2) | 1.20 | 570.00 |
| 02/26/19 | MDB | Review and revise ex parte request for claims bar date | 0.30 | 142.50 |
| 02/27/19 | MDB | Email to clients; attention to ex parte application to set claims bar date | 0.20 | 95.00 |
| 02/28/19 | MDB | review correspondence from M. Walker regarding request for information | 0.10 | 47.50 |
| 03/04/19 | MDB | Telephone conference with A. Atalla regarding strategy and issues regarding continued 341(a) meeting of creditors and operational questions (.9); email to D. Ortiz regarding request for information (.1) | 1.00 | 475.00 |
| 03/05/19 | MDB | Finalize amended order regarding the automatic stay (.2); prepare for and attend continued 341(a) meeting; meeting with A. Atalla (2.1) | 2.30 | 1,092.50 |
| 03/07/19 | MDB | Attention to emails; exchange emails with clients | 0.20 | 95.00 |
| 03/11/19 | MDB | Review correspondence from M. Walker; exchange | 0.80 | 380.00 |

**Matter ID: 60665-001**
**Matter: Chapter 11 Bankruptcy**

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| | | emails regarding same (2); email to clients regarding needs for upcoming salary motion hearing (.2); attention to issues regarding modification of automatic stay (.1); telephone conference with HLF's Arkansas counsel (.2); review emails from A. Atalla regarding ad spend billing (.1) | | |
| 03/13/19 | MDB | Exchange emails with clients regarding Chapter 11 game plan and necessity for judicial estoppel argument flush out (.3); review settlement correspondence from M. Walker (.1); emails with client regarding same (.1) | 0.50 | 237.50 |
| 03/15/19 | MDB | Review Arkansas docket regarding instances of use of judicial estoppel; email memo to client | 0.60 | 285.00 |
| 03/18/19 | MDB | Telephone conference with prospective counsel regarding potential attorney malpractice claims | 0.30 | 142.50 |
| 03/19/19 | MDB | Telephone conference with prospective counsel (attorney malpractice) (.4); emails with clients; prepare order regarding attorneys' fees (.2); prepare order regarding relief from stay (.2) | 0.80 | 380.00 |
| 03/20/19 | MDB | Lengthy telephone conference with proposed outside consultant regarding attorney malpractice claims (.8); emails regarding same (.2); telephone conference with A. Atalla regarding need for expert evaluation and regarding February MOR (.1); review MOR and process for filing (.2) | 1.30 | 617.50 |
| 03/21/19 | MDB | Lengthy telephone conference with A. Atalla regarding strategy, plan and issues in special counsel's retention and AK lawsuit and operating report (.6); exchange emails (.2); exchange emails with M. Walker regarding salary issues (.1) | 0.90 | 427.50 |
| 03/22/19 | MDB | Attention to and exchange emails with A. Atalla regarding employee information and requested information for Pillsbury's requests | 0.30 | 142.50 |
| 03/25/19 | MDB | Emails with A. Atalla (.3); review data and information provided regarding prior salary history and P. Atalla's and Cuker's funding to company (.3); briefly review time line and email from M. Walker (.2); respond to email from M. Walker regarding judicial estoppel (.6) | 1.40 | 665.00 |
| 03/26/19 | MDB | Emails with M. Walker regarding applicability of judicial estoppel (.2); attention to necessity for exclusivity and lease assumption motions; emails with client regarding same (.6) | 0.80 | 380.00 |
| 03/27/19 | MDB | Review email correspondence from M. Walker | 0.60 | 285.00 |

4/25/2019 10:02:49 AM  ** PRE-BILL **  Page 5

**Matter ID: 60665-001**
**Matter: Chapter 11 Bankruptcy**

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| | | regarding interim plan proposal (.2); review salary information (.2); email exchange with clients regarding salary information (.2) | | |
| 03/29/19 | MDB | Lengthy telephone conference with A. Atalla (.8); discussion regarding background for MSJ defense; conference call with MSJ counsel in Arkansas (.5); exchange emails with M. Walker regarding salary motion and related materials (.2); separate telephone conference with A. Atalla regarding salary for insiders (.2); assemble information regarding insiders' loan advances (.4); email to M. Walker regarding same (.1) | 2.20 | 1,045.00 |
| | | **Total Fees:** | **42.00** | **19,950.00** |

### FEE RECAP

| Timekeeper | | Hours | Rate | Amount |
|------------|---|-------|------|--------|
| MDB | Michael D. Breslauer | 42.00 | 475.00 | 19,950.00 |
| | **Total Fees:** | **42.00** | | **19,950.00** |

### COST DETAIL

| Date | Description/Payee | Amount |
|------|-------------------|--------|
| 01/31/19 | Credit Card ; CA SECOFSTATE UCCSERVICES; California Bank & Trust | 24.00 |
| 01/31/19 | Credit Card ; COURTS/USBC-CA-S; California Bank & Trust | 62.00 |
| 01/31/19 | Credit Card ; COURTS/USBC-CA-S; California Bank & Trust | 31.00 |
| 02/28/19 | Credit Card ; USBC; California Bank & Trust | 31.00 |
| | Document Production | 222.00 |
| | Pacer U.S. Court Electronic Search | 198.80 |
| | **Total Costs:** | **568.80** |

### BILLING SUMMARY

4/25/2019 10:02:49 AM                    ** PRE-BILL **                                    Page 6

**Matter ID: 60665-001**
**Matter: Chapter 11 Bankruptcy**

| | | | | |
|---|---|---|---|---|
| Last Invoice Date: | 12/31/18 | **Total Current Period:** | **20,518.80** |
| Last Payment Date: | 12/31/18 | Interest: | 78.55 |
| Last Payment Amount: | 1,717.00 | Previous Balance Due: | 9,425.65 |
| | | **Balance Due:** | **30,023.00** |
| | | Trust Balance: | 40,109.00 |
| | | Advance Deposit Balance: | 0.00 |

### AGED ACCOUNTS RECEIVABLE

| | 0-30 | 31-60 | 61-90 | 91+ | Total Due |
|---|---|---|---|---|---|
| Fees | 0.00 | 0.00 | 0.00 | 9,387.50 | 9,387.50 |
| Costs | 0.00 | 0.00 | 0.00 | 38.15 | 38.15 |
| Totals | 0.00 | 0.00 | 0.00 | 9,425.65 | 9,425.65 |

| | Bill | Hold WIP | Adjust | Trust | Other | HOLD STMT |
|---|---|---|---|---|---|---|
| Fees | _____ | _____ | _____ | _____ | _____ | _____ |
| Costs | _____ | _____ | _____ | _____ | _____ | |

Billing Instructions                      Internal Comments

DO NOT finalize.                          DO NOT finalize.

Keep in WIP.                              Keep in WIP.



# Solomon Ward

Solomon
Ward
Seidenwurm &
Smith LLP

Attorneys at Law

**401 B Street, Suite 1200, San Diego, CA 92101**
**(o) 619.231.0303 (f) 619.231.4755**
**EIN 95-2978900  accounting@swsslaw.com**
**Online Credit Card Payments Accepted @ www.swsslaw.com**

Cuker Interactive, LLC
600 Anton Blvd. Ste. 1350
Costa Mesa, CA 92626

**Matter ID: 60665-002**

Matter:  Litigation/Appeals
Legal Services Rendered Through 12/31/2018

## Fees

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 12/14/18 | MDB | Lengthy conversation with E. Magnusson regarding status of 8th Circuit appeal | 0.70 | 322.00 |
| 12/17/18 | MDB | Exchange emails with 8th Circuit counsel (.2); telephone conference with S. Gauthier regarding employment of circuit counsel (.2) | 0.40 | 184.00 |
| 12/18/18 | MDB | Email exchange with 8th Circuit appellate counsel (.2); telephone conference with H. Hashem (.3) | 0.50 | 230.00 |
| 12/19/18 | MDB | Exchange emails with counsel for Robins Kaplan | 0.30 | 138.00 |
| 12/20/18 | MDB | Several telephone conferences with clients regarding state court litigation and continued prosecution of 8th Circuit appeal and district court case (.8); telephone conference with S. Gauthier regarding continued representation (.3); telephone conference with clients regarding same (.2) | 1.30 | 598.00 |
| 12/28/18 | MDB | Emails with S. Gauthier regarding Robins Kaplan special counsel role | 0.40 | 184.00 |
| | | **Total Fees:** | **3.60** | **1,656.00** |

## Summary of Fees

| | | | Hours | Rate/Hour | Amount |
|---|---|---|-------|-----------|--------|
| MDB | Michael D. Breslauer | Partner | 3.60 | 460.00 | 1,656.00 |
| | | **Totals** | | | |

## Solomon Ward Seidenwurm & Smith, LLP

Page 2

Cuker Interactive, LLC
Matter: Litigation/Appeals

**Matter ID: 60665-002**

| Costs | | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| | Total Costs: | 0 |
| | Total Fees and Costs: | 1,656.00 |

4/24/2019 11:44:37 AM                    ** PRE-BILL **                                    Page 1

**Matter ID: 60665-002**
**Matter: Litigation/Appeals**

Originating Atty:     MDB
Billing Atty:          MDB
Supervising Atty:    MDB

Cuker Interactive, LLC
Attn: Adel Atalla
5600 Avenida Encinas #175
Carlsbad, CA  92008

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 01/02/19 | MDB | Telephone conference with 8th Circuit counsel | 0.30 | 142.50 |
| 01/03/19 | MDB | Exchange emails regarding Robins Kaplan's engagement (.3); discussion online regarding terms of continued engagement (.3) | 0.60 | 285.00 |
| 01/07/19 | MDB | Lengthy telephone conference with A. Atalla to discuss provision of additional information and prospects for resolution of outstanding issues with 8th Circuit counsel (.6); review and revise application for employment (.2) | 0.80 | 380.00 |
| 01/11/19 | MDB | Review Robins Kaplan's proposal; email to clients regarding same | 0.10 | 47.50 |
| 01/12/19 | MDB | Review correspondence from Robins Kaplan (.3); email exchange with client regarding Robins Kaplan employment (.2) | 0.50 | 237.50 |
| 01/14/19 | MDB | Review Robins Kaplan engagement agreement (.2); brief telephone conference with S. Gautier regarding continued employment (.2); draft, review and revise debtor's application for employment of special appellate counsel (1.2) | 1.50 | 712.50 |
| 01/21/19 | MDB | Review and revise application to employ Robins Kaplan | 1.20 | 570.00 |
| 01/22/19 | MDB | Telephone conference with S. Gautier regarding terms of special counsel engagement | 0.30 | 142.50 |
| 01/24/19 | MDB | Continued attention to motions for authority to hire Robins Kaplan and for post-petition borrowing | 1.20 | 570.00 |
| 01/25/19 | MDB | Finalize brief and motion for authority to hire special counsel and borrowing (.7); telephone conference with A. Atalla regarding same and strategy (.3); revise brief per E. Magnuson (.2); revise declarations (.3); finalize motion for authority to hire Robins Kaplan (.8) | 2.30 | 1,092.50 |
| 01/28/19 | MDB | Draft and finalize application for order shortening time | 0.50 | 237.50 |

4/24/2019 11:44:37 AM        \*\* PRE-BILL \*\*        Page 2

**Matter ID: 60665-002**
**Matter: Litigation/Appeals**

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | and hiring motion for Robins Kaplan | | |
| 01/30/19 | MDB | Attention to finalization of motions to approve Robins Kaplan employment and borrowing | 0.30 | 142.50 |
| 02/07/19 | MDB | Telephone conference with D. Ortiz regarding employment of Robins Kaplan and answer questions regarding application | 0.30 | 142.50 |
| 02/08/19 | MDB | Telephone conference with appellate counsel regarding trigger issues for appeal deadlines | 0.30 | 142.50 |
| 02/12/19 | MDB | Attention to court's tentative; telephone conference with D. Ortiz | 0.20 | 95.00 |
| 02/13/19 | MDB | Several telephone conferences with D. Ortiz regarding form of order (.3); draft order approving special counsel retention (.6) | 0.90 | 427.50 |
| 02/14/19 | MDB | Prepare for and attend hearing regarding employment of Robins Kaplan as special counsel (1.1); emails to clients and interested parties regarding results (.1) | 1.20 | 570.00 |
| 02/15/19 | MDB | Attention to entry of order for appointment of Robins & Kaplan | 0.10 | 47.50 |
| 02/21/19 | MDB | Emails with 8th Circuit appellate team regarding automatic stay issues | 0.30 | 142.50 |
| 03/04/19 | MDB | Review, revise and finalize motion to approve stipulation for 8th Circuit appeals; draft order; emails with clients and interest parties | 0.60 | 285.00 |
| | | **Total Fees:** | **13.50** | **6,412.50** |

**FEE RECAP**

| Timekeeper | | Hours | Rate | Amount |
|------------|------|-------|------|--------|
| MDB | Michael D. Breslauer | 13.50 | 475.00 | 6,412.50 |
| | **Total Fees:** | **13.50** | | **6,412.50** |

**BILLING SUMMARY**

4/24/2019 11:44:37 AM      ** PRE-BILL **      Page 3

**Matter ID: 60665-002**
**Matter: Litigation/Appeals**

| | | | |
|---|---|---|---|
| Last Invoice Date: | 12/31/18 | **Total Current Period:** | **6,412.50** |
| Last Payment Date: | 12/31/18 | Interest: | 5.88 |
| Last Payment Amount: | 4,876.00 | Previous Balance Due: | 705.20 |
| | | **Balance Due:** | **7,123.58** |
| | | Trust Balance: | 0.00 |
| | | Advance Deposit Balance: | 0.00 |

## AGED ACCOUNTS RECEIVABLE

| | 0-30 | 31-60 | 61-90 | 91+ | Total Due |
|---|---|---|---|---|---|
| Fees | 0.00 | 0.00 | 0.00 | 705.20 | 705.20 |
| Totals | 0.00 | 0.00 | 0.00 | 705.20 | 705.20 |

| | Bill | Hold WIP | Adjust | Trust | Other | HOLD STMT |
|---|---|---|---|---|---|---|
| Fees | _____ | _____ | _____ | _____ | _____ | _____ |
| Costs | _____ | _____ | _____ | _____ | _____ | |

Billing Instructions          Internal Comments

Do not bill until Wendy says so

4/24/2019 11:45:42 AM                    ** PRE-BILL **                                    Page 1

**Matter ID: 60665-003**
**Matter: Relief from Stay**

Originating Atty:        MDB
Billing Atty:            MDB
Supervising Atty:        MDB

Cuker Interactive, LLC
Attn: Adel Atalla
5600 Avenida Encinas #175
Carlsbad, CA  92008

| Date | | Description | Hours | Amount |
|------|------|------------|-------|--------|
| 01/08/19 | MDB | Review HLF's motion for relief from stay | 1.00 | 475.00 |
| 01/09/19 | MDB | Telephone conference with J. Dabbieri regarding relief from stay motion | 0.20 | 95.00 |
| 01/10/19 | PT | Research re "breathing spell" | 1.00 | 265.00 |
| 01/10/19 | MDB | Telephone conference with A. Cuker; review issues relating to relief from stay request | 0.30 | 142.50 |
| 01/14/19 | MTA | Office conference with M. Breslauer re status of case; filings in bankruptcy; and motion to lift stay for purposes of drafting opposition to lift stay. | 0.60 | 165.00 |
| 01/14/19 | MTA | Review and analyze client documents re bankruptcy filing; motion to lift stay; documents filed in support of motion for purposes of drafting opposition to motion to lift stay. | 0.80 | 220.00 |
| 01/14/19 | MDB | Analyze and dissect issues in connection with Henry Law Firm's RFS Motion (.2); review work product of associate  research regarding Chapter 11 as providing a "breathing spell" (.6); instructions to associate regarding briefing (.2) | 1.00 | 475.00 |
| 01/14/19 | MDB | Analyze and dissect issues in connection with Henry Law Firm's RFS Motion (.7); review work product of associates research regarding Chapter 11 as providing a "breathing spell" (.4); instructions to associate regarding briefing (.3) | 1.40 | 665.00 |
| 01/16/19 | MTA | Review and analyze statutory and case law re fundamental purpose of the automatic stay (.4); scope of burden to lift an automatic stay; purpose of stay is to afford the debtor a breathing spell (.2); and factual patterns that lead to a denial of relief from stay (1.8) | 2.40 | 660.00 |
| 01/16/19 | MTA | Strategize and prepare to draft opposition to motion requesting relief from stay filed by Henry Law Firm (.8); importance of breathing spell; relief from litigation | 0.90 | 247.50 |

4/24/2019 11:45:42 AM                    ** PRE-BILL **                                      Page 2

**Matter ID: 60665-003**
**Matter: Relief from Stay**

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | is purpose of bankruptcy (.1) | | |
| 01/16/19 | MTA | Draft opposition to Henry Law Firm Motion for Relief From Stay. | 2.50 | 687.50 |
| 01/17/19 | MDB | Prepare declaration in response to motion for relief from stay | 1.70 | 807.50 |
| 01/17/19 | MTA | Revise draft brief opposing Henry Law Firm requested relief from automatic stay and breathing spell afforded by the automatic stay. | 1.00 | 275.00 |
| 01/18/19 | MDB | Revised opposition brief; finalize brief and declaration for filing deadline; several telephone conferences with A. Atalla declaration and opposition | 3.50 | 1,662.50 |
| 01/21/19 | MDB | Revise brief; review and revise same; telephone conference with A. Atalla | 1.40 | 665.00 |
| 01/22/19 | MDB | Finalize opposition to Henry Law Firm's motion for relief from stay (.5); revise declaration (.3); telephone conference with A. Atalla regarding declaration and strategy (.3); create Form 1161 in support of opposition to relief from stay (.2) | 1.30 | 617.50 |
| 01/29/19 | MDB | Telephone conference with A. Atalla regarding Henry Law Firm and relief from stay issues | 0.30 | 142.50 |
| 01/31/19 | MDB | Telephone conference with A. Cuker to discuss strategy for relief from stay | 0.30 | 142.50 |
| 02/06/19 | MDB | Review Judge Adler's tentative decision (.1); analyze terms and cases cited (.6); several lengthy telephone conferences and email exchanges with clients regarding tentative (.8); generally prepare for oral argument (1.0); review briefs (.4); telephone conference with A. Cuker and A. Atalla regarding court's tentative ruling (.2); telephone conference with J. Dabbieri regarding same (.2) | 3.30 | 1,567.50 |
| 02/07/19 | MDB | Preparation for several telephone conferences with clients; preparation for hearing on relief from stay; travel to and argue motion; meeting with clients prior to and following hearing | 3.40 | 1,615.00 |
| 02/11/19 | MDB | Review and edit proposed order regarding relief from stay; emails to client regarding same | 0.30 | 142.50 |
| 02/14/19 | MDB | Attention to and finalize relief from stay order | 0.40 | 190.00 |
| 02/22/19 | MDB | Telephone conference with A. Atalla regarding strategy; telephone conference with J. Dabbieri regarding placement of relief from stay order on Arkansas docket | 0.30 | 142.50 |

**\*\* PRE-BILL \*\***

**Matter ID: 60665-003**
**Matter: Relief from Stay**

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 02/23/19 | MDB | Lengthy telephone conference with A. Atalla regarding strategy in light of HLF RFS/district court conduct | 0.60 | 285.00 |
| 02/24/19 | MDB | Dictate/Draft motion for emergency relief and Breslauer declaration (1.2); Telephone conference/e-mail exchange with J. Dabbieri regarding HLF RFS/district court conduct (.3) | 1.50 | 712.50 |
| 02/25/19 | MDB | Telephone conference with A. Atalla regarding HLF's conduct (.2); review case-law regarding contempt and standards for willfulness (.8); review filings by HLF on February 25 (.2); review, revise and finalize Emergency Motion and Breslauer declaration (1.9) | 4.10 | 1,947.50 |
| 02/26/19 | MDB | Telephone conference with clients (.2); emails with clients regarding emergency motion (.2); telephone conference with court staff regarding motion (.1); prepare order (.3) | 0.80 | 380.00 |
| 02/27/19 | MDB | Briefly review opposition to emergency motion | 0.40 | 190.00 |
| 02/28/19 | MDB | Prepare for and attend hearing on emergency motion for sanctions re HLF (1.5); telephone conference with A. Cuker regarding status and strategy (.3) | 1.80 | 855.00 |
| 03/01/19 | MDB | Prepare Order following Emergency Hearing | 0.40 | 190.00 |
| 03/04/19 | MDB | Prepare Declaration of fees and costs incurred; prepare order regarding fees and costs | 0.60 | 285.00 |
| 03/11/19 | MDB | Telephone conference with J. Dabbieri regarding status of Arkansas proceeding and modified relief from stay order | 0.20 | 95.00 |
| | | **Total Fees:** | **39.70** | **17,007.50** |

**FEE RECAP**

| Timekeeper | | Hours | Rate | Amount |
|-----------|---|-------|------|--------|
| MDB | Michael D. Breslauer | 30.50 | 475.00 | 14,487.50 |
| MTA | Matthew T. Arvizu | 8.20 | 275.00 | 2,255.00 |
| PT | Priyanka Talukdar | 1.00 | 265.00 | 265.00 |
| | **Total Fees:** | **39.70** | | **17,007.50** |

**BILLING SUMMARY**

4/24/2019 11:45:42 AM                    **  PRE-BILL  **                                    Page 4

**Matter ID: 60665-003**
**Matter: Relief from Stay**

| | | |
|---|---|---|
| Last Invoice Date: | **Total Current Period:** | **17,007.50** |
| Last Payment Date: | Interest: | 0.00 |
| Last Payment Amount:         0.00 | Previous Balance Due: | 0.00 |
| | **Balance Due:** | **17,007.50** |
| | Trust Balance: | 0.00 |
| | Advance Deposit Balance: | 0.00 |

| | **Bill** | **Hold WIP** | **Adjust** | **Trust** | **Other** | **HOLD STMT** |
|---|---|---|---|---|---|---|
| Fees | _____ | _____ | _____ | _____ | _____ | _____ |
| Costs | _____ | _____ | _____ | _____ | _____ | |

Billing Instructions                          Internal Comments

# EXHIBIT C

CSD 1143 [04/28/96]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEBTOR: Cuker Interactive, LLC                          DATE PETITION FILED: 12/13/18
CASE NO.: 18-07363-LA11

### FEE APPLICATION SUMMARY

APPLICANT: Solomon Ward Seidenwurm & Smith, LLP          , REPRESENTING Debtor, Cuker Interactive, LLC

ORDER APPROVING EMPLOYMENT: January 24, 2019

| CATEGORIES[1] | FIRST INTERIM PERIOD 12/14/18 TO 03/31/19 | |
|---|---|---|
| | HOURS | AMOUNT REQUESTED |
| Chapter 11 Representation | 60.5 | 28,371.50 |
| Litigation Matters | 17.1 | 8,068.50 |
| Relief From Stay | 39.7 | 17,007.50 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTALS: | 117.3 | 53,447.50 |

NOTE: Attach all fee application summaries for prior interim hearings.

**Page 1 of 1**

---

[1] See categories suggested in UNITED STATES TRUSTEE GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES.

CSD 1143                          **EXHIBIT "C"**

American LegalNet, Inc.
www.FormsWorkflow.com

# EXHIBIT D

**EXHIBIT D**

CUKER INTERACTIVE, LLC
Case No. 18-07363-LA11

ATTORNEYS' FEE SUMMARY FOR THE PERIOD
December 14, 2018 through March 31, 2019

| NAME | STATUS | YEARS EXPERIENCE | BILLING RATE | BILLING PERIOD | HOURS FOR PERIOD | FEES FOR PERIOD |
|---|---|---|---|---|---|---|
| M. Breslauer | Partner | 36 | 460/475 | 2018/2019 | 107.8 | $50,878.00 |
| M. Arvizu | Associate | 5 | 275 | 2019 | 8.2 | $2,255.00 |
| P. Talukdar | Associate | 6 | 265 | 2019 | 1.0 | $265.00 |
| W. Fisher | Paralegal | 27 | 165 | 2018 | 0.3 | $49.50 |
| **Totals** | | | | | **117.3** | **$53,447.50** |

P:01283030:60665.001

**EXHIBIT D**

# EXHIBIT E

**EXHIBIT E**

CUKER INTERACTIVE, LLC
Case No. 18-07363-LA11

EXPENSE SUMMARY FOR THE PERIOD
December 14, 2018 through March 31, 2019

| | |
|---|---|
| DOCUMENT PRODUCTION | $243.45 |
| PACER U.S. COURT ELECTRONIC SEARCHES | $230.70 |
| SECRETARY OF STATE | $24.00 |
| U.S. BANKRUPTCY COURT FILING FEES | $124.00 |
| **TOTAL** | **$622.15** |

P:01283029:60665.001

**EXHIBIT E**

**PROOF OF SERVICE**

I, Wendy A. Yones, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State. On <u>April 25, 2019,</u> I served the following document(s):

**FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES BY SOLOMON WARD SEIDENWURM & SMITH, LLP, GENERAL BANKRUPTCY COUNSEL; DECLARATION OF MICHAEL D. BRESLAUER**

on each of the interested parties as follows:

<u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>April 25, 2019,</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Michael D. Breslauer   mbreslauer@swsslaw.com, wyones@swsslaw.com**
- **Jonathan S. Dabbieri    dabbieri@sullivanhill.com, hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;dabbieri@ecf.inforuptcy.com**
- **David Ortiz    david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;Elizabeth.C.Amorosi@usdoj.gov**
- **Heather L. Rosing    HRosing@Klinedinstlaw.com**
- **United States Trustee    ustp.region15@usdoj.gov**
- **Matthew S. Walker    matthew.walker@pillsburylaw.com**

<u>**SERVED BY U.S. MAIL:**</u> On <u>April 25, 2019,</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   April 25, 2019                              By: /s/ Wendy A. Yones
                                                              WENDY A. YONES

P:01283013:60665.001