CSD 1181 [07/01/18]

Name, Address, Telephone No. & I.D. No.

Michael D. Breslauer, Esq. SBN 110259
mbreslauer@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone (619) 231-0303
Attorneys for Debtor-In-Possession Cuker Interactive, LLC

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Cuker Interactive, LLC,

BANKRUPTCY NO. 18-07363-LA11

Tax I.D.(EIN)#: _____ /S.S.#:XXX-XX-_____    Debtor.

## *AMENDED* NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on May 14, 2020, at 2:00 p..m., in Department Two (2), Room 118, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of Solomon Ward Seidenwurm & Smith, LLP, for [check the appropriate box]:

☐ Dismissal of a chapter 7, 11 or 12 case;

☐ Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

☒ Allowance of Third Interim compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by FRBP 2002(c)(2)];

☐ Appointment of a trustee in a chapter 11 case; or

☐ Other [specify the nature of the matter]:

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than fourteen (14)[1]days from the date of service.**

DATED: April 19, 2020

/s/ Michael D. Breslauer
[Attorney for] Moving Party
Debtor-In-Possession Cuker Interactive, LLC

---

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 1181



**CSD 1181A (Page 3)** [08/01/11]          **[TO BE INCLUDED IN OR ATTACHED TO FEE NOTICES]**

APPLICANT    Solomon Ward Seidenwurm & Smith, LLP    REPRESENTING    Debtor-In-Possession Cuker Interactive, LLC

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 12/14/18 to 03/31/19 | 53,447.50 | 53,447.50 | 53,447.50 | | | 622.15 | 622.15 |
| 2ND INTERIM 4/1/19 to 10/31/19 | 57,120.50 | 57,120.50 | 53,447.50 | | | 369.45 | 369.45 |
| 3RD INTERIM 11/01/19 to 03/31/20 | 67,470.00 | | | | | 524.65 | |
| 4TH INTERIM to | | | | | | | |
| TOTALS: | 178,038.00 | 110,568.00 | 106,895.00 | 0.00 | 0.00 | 1,516.25 | 991.60 |

[1] Please provide an explanation for this disallowance.



# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the 19th day of April 2020, I served a true copy of the within AMENDED NOTICE OF MOTION AND HEARING on the following persons by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the documents) listed above will be served by the court via NEF and hyperlink to the document. On April 19, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

- **Michael D. Breslauer**    mbreslauer@swsslaw.com, wyones@swsslaw.com
- **K. Todd Curry**    tcurry@currylegal.com
- **Jonathan S. Dabbieri**    dabbieri@sullivanhill.com, hill@sullivanhill.com; bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;dabbieri@ecf.inforuptcy.com
- **Peter L. Duncan**    peterd@psdslaw.com, bonniec@psdslaw.com
- **David Ortiz**    david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV; tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov
- **Heather L. Rosing**    HRosing@Klinedinstlaw.com
- **United States Trustee**    ustp.region15@usdoj.gov
- **Matthew S. Walker**    matthew.walker@pillsburylaw.com

☐  Chapter 7 Trustee:

☐  For Chpt. 7, 11, & 12 cases:    ☐  For ODD numbered Chapter 13 cases:    ☐  For EVEN numbered Chapter 13 cases:
UNITED STATES TRUSTEE    THOMAS H. BILLINGSLEA, JR., TRUSTEE    DAVID L. SKELTON, TRUSTEE
ustp.region15@usdoj.gov    Billingslea@thb.coxatwork.com    admin@ch13.sdcoxmail.com
            dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail**:

On April 19, 2020, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

**Mark Henry Murphy
PO Box 4800
Fayetteville, AR 72702**

**SEE ATTACHED SERVICE LIST**

CSD 1181



CSD 1181 (Page 3) [07/01/18]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐   Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   April 19, 2020                         /s/ Wendy A. Shrum
                    (Date)                              (Typed Name and Signature)

                                                     401 B Street, Suite 1200
                                                         (Address)

                                                     San Diego, CA 92101
                                                         (City, State, ZIP Code)

CSD 1181

American LegalNet, Inc.
www.FormsWorkFlow.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0974-3<br>Case 18-07363-LA11<br>Southern District of California<br>San Diego<br>Thu Apr 16 13:20:09 PDT 2020 | Cuker Interactive, LLC<br>5600 Avenida Encinas, Suite 175<br>Carlsbad, CA 92008-4447 | Henry Law Firm<br>c/o Sullivan Hill Rez & Engel, APLC<br>Jonathan S. Dabbieri<br>600 B Street, Suite 1700<br>San Diego, CA 92101-4507 |
| Pillsbury Winthrop Shaw Pittman LLP<br>501 West Broadway, Suite 1100<br>San Diego, CA 92101-3575 | Squar Milner LLP<br>San Diego<br>3655 Nobel Drive<br>Suite 300<br>San Diego, CA 92122-1050 | United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 |
| U.S. Bankruptcy Court<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101-6991 | ACAR Leasing LTD<br>d/b/a GM Financial Leasing<br>PO Box 183853<br>Arlington, TX 76096-3853 | Aaron Cuker<br>614 Seaward Avenue<br>Carlsbad, CA 92011-3256 |
| Adel Atalla<br>5600 Avenida Encinas, Suite 175<br>Carlsbad, CA 92008-4447 | Amari Active<br>337 S. Cedros Ave. Ste G<br>Solana Beach, CA 92075-1951 | American Arbitration Assoc.<br>45 E River Park Place W<br>#308<br>Fresno, CA 93720-1565 |
| Andrew M. Troop, Esq.<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1540 Broadway<br>New York, New York 10036-4083 | Ardent Law Group<br>4340 Von Karman Ave, Suite 290<br>Newport Beach, CA 92660-1201 | Ardent Law Group, P.C.<br>4340 Von Karman Ave., Suite 290<br>Newport Beach, CA 92660-1201 |
| Chuck Easttom<br>5605 Woodspring Drive<br>Plano, TX 75093-8565 | DAVID A. ORTIZ<br>OFFICE OF THE UNITED STATES TRUSTEE<br>880 FRONT STREET, SUITE 3230<br>SAN DIEGO, CA 92101-8897 | EIZO, Inc.<br>5710 Warland Drive<br>Cypress, CA 90630-5030 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | GoMacro<br>100 GoMacro Way<br>Viola, WI 54664-1100 | HERMOZA<br>6005 Paseo Hermosa<br>Carlsbad, CA 92009-2223 |
| Henry Law Firm<br>240 N Block Avenue<br>Fayetteville, AR 72701-5253 | Henry Law Firm<br>PO Box 4800<br>Fayetteville, AR 72702-4800 | Henry Law Firm<br>c/o Peter L. Duncan, Esq.<br>Pyle Sims Duncan & Stevenson<br>1620 Fifth Avenue, Suite 400<br>San Diego, CA 92101-2738 |
| Husch Blackwell LLP<br>33 East Main Street, Suite 300<br>Madison, WI 53703-4655 | Husch Blackwell LLP<br>c/o Mark T. Benedict<br>4801 Main Street, Suite 1000<br>Kansas City, MO 64112-2551 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Interior Plant Service, Inc.<br>3971 Goldfinch Street, Ste B<br>San Diego, CA 92103-2992 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jan-Pro<br>4125 Sorrento Valley Blvd.<br>Suite E<br>San Diego, CA 92121-1423 |

K. Todd Curry, Esq.
CURRY ADVISORS
A Professional Law Corporation
185 West F Street, Ste. 100
San Diego, CA 92101-6025

KLINEDINST PC
Heather L. Rosing, Esq.
Leah Plaskin Lorenz, Esq.
501 West Broadway, Suite 600
San Diego, California 92101-3584

Lincoln Loop
1608 S Ashland Ave #96971
Chicago, IL 60608-2013

Little Sluggers
P.O. Box 58
Rancho Santa Fe, CA 92067-0058

MADE - Carlsbad, LLC
Attn: Dennis S. Cruzan
236 S. Sierra, Suite 100
Solana Beach, CA 92075-1862

MAKE - Carlsbad, LLC
5600 Avenida Encinas
Carlsbad, CA 92008-4446

MATTHEW S. WALKER
12255 El Camino Real, Suite 300
San Diego, CA 92130-4088

Maskell Law PLLC
888 N. Quincy St, Ste 701
Arlington, VA 22203-2073

Modus Ediscovery Inc.
92 Cornerstone Drive, #403
Cary, NC 27519-8404

Modus Ediscovery Inc.
Five Concourse Pkwy, Ste 3000
Atlanta, GA 30328-7106

Modus eDiscovery, Inc.
92 Cornerstone Dr., Ste. 403
Cary, NC 27519-8404

PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, California 92101-3575

PILLSBURY WINTHROP SHAW PITTMAN LLP
Callie A. Bjurstrom, Esq.
Michelle A. Herrera, Esq.
501 West Broadway, Suite 1100
San Diego, California 92101-3575

PILLSBURY WINTHROP SHAW PITTMAN LLP
c/o Matthew S. Walker
12255 El Camino Real, Suite 300
San Diego, CA 92130-4088

PILYQ
11760 Sorrento Valley Rd Ste L
San Diego, CA 92121-1018

Patricia Attala
4422 Bertha Street
San Diego, CA 92117-3803

Peter L. Duncan, Esq.
Pyle Sims Duncan & Stevenson, ACP
1620 Fifth Avenue, Suite 400
San Diego, CA 92101-2738

Pillsbury Winthrop Shaw Pittma
501 West Broadway, Suite 1100
San Diego, CA 92101-3575

Portable Storage
835 W. State Street
Ontario, CA 91762-4130

Resonant Legal Media LLC
c/o American Financial Management
8755 W. Higgins Road, Suite 610
Chicago, IL 60631-2751

Resonent Legal Media
413 S. Washington Street
Alexandria, VA 22314-3629

Rip Curl
3030 Airway Ave.
Costa Mesa, CA 92626-6036

Robins Kaplan LLP
800 La Salle Ave, Suite 2800
Minneapolis, MN 55402-2015

(p)SHULTS & ADAMS LLP
200 W CAPITOL AVE SUITE 1600
LITTLE ROCK AR 72201-3621

Shults & Brown LLP
200 West Capitol Ave, Ste 1600
Little Rock, AR 72201-3637

Sunbelt Rentals, Inc.
2341 Deer Field Drive
Fort Mill, SC 29715-8298

TekWorks, Inc.
13000 Gregg Street
Poway, CA 92064-7151

The Brad Hendricks Law Firm
500 Pleasant Valley Dr, Blg C
Little Rock, AR 72227-2137

The Hashem Law Firm, PLC
437 West Conrad Street
P.O. Box 739
Monticello, AR 71657-0739

The Henry Law Firm
c/o Mark Henry
P.O. Box 4800
Fayettville, Arkansas 72702-4800

```
(p)TORREY PARTNERS  LLC              Wolfe Legal Group, PC                Mark Henry Murphy
3390 CARMEL MOUNTAIN ROAD            402 West Broadway, Ste 400            PO Box 4800
SUITE 150                            San Diego, CA 92101-3554              Fayetteville, AR 72702-4800
SAN DIEGO CA 92121-1055


Matthew S. Walker                    Michael D. Breslauer
Pillsbury Winthrop Shaw Pittman LLP  Solomon Ward Seidenwurm & Smith, LLP
12255 El Camino Real, Suite 300      401 B Street, Suite 1200
San Diego, CA 92130-4088             San Diego, CA 92101-4295
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS                                  (d)IRS                               Shults & Adams LLP
10th St & Pennsylvania Ave NW        880 Front Street, #3295              200 West Capitol Avenue, Suite 1600
Washington, DC 20530                 San Diego, CA 92101                  Little Rock, AR 72201


Torrey Partners                      (d)Torrey Partners, LLC
3394 Carmel Mountain Road            3390 Carmel Mountain Road, Suite 150
Suite 100                            San Diego, CA 92121
San Diego, CA 92121
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Wolfe Legal Group, PC             End of Label Matrix
                                     Mailable recipients    64
                                     Bypassed recipients     1
                                     Total                  65
```