# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 7/30/2020 |
| Case: 18–07363–LA11 | Form ID: pdfO1 | Total: 8 |

**Recipients of Notice of Electronic Filing:**
aty　　Gerald N. Sims　　jerrys@psdslaw.com
aty　　Heather L. Rosing　　HRosing@Klinedinstlaw.com
aty　　Jonathan S. Dabbieri　　dabbieri@sullivanhill.com
aty　　K. Todd Curry　　tcurry@currylegal.com
aty　　Matthew S. Walker　　matthew.walker@pillsburylaw.com
aty　　Michael D. Breslauer　　mbreslauer@swsslaw.com
aty　　Peter L. Duncan　　peterd@psdslaw.com

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Cuker Interactive, LLC　　5600 Avenida Encinas, Suite 175　　Carlsbad, CA 92008

TOTAL: 1