**CSD 1149** [07/01/18]

Name, Address, Telephone No. & I.D. No.
Michael D. Breslauer, Esq. SBN 110259
mbreslauer@swsslaw.com
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone (619) 231-0303
Attorneys for Debtor-In-Possession Cuker Interactive, LLC

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Cuker Interactive, LLC,

BANKRUPTCY NO. 18-07363-LA11

Tax I.D.(EIN)#: xx-xxx3942 /S.S.#:XXX-XX- ______ Debtor.

**NOTICE OF HEARING AND MOTION FOR APPROVAL OF**

☐ **CHAPTER 11 DISCLOSURE STATEMENT** ☒ **CHAPTER 11 PLAN OF REORGANIZATION**
☐ **CHAPTER 11 MODIFIED PLAN** ☐ **CHAPTER 13 MODIFIED PLAN**

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on November 18, 2020, at 10:00 a.m., in Department Two (2), Room 118, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of Cuker Interactive, LLC, for [check the appropriate box]:

- ☐ Approval of disclosure statement in chapter 11 case;
- ☒ Approval of plan of reorganization in chapter 11 case;
- ☐ Modification of a chapter 11 plan prior to confirmation; or
- ☐ Modification of a chapter 13 plan after confirmation.

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than twenty-eight (28)[1] days from the date of service.**

DATED: October 7, 2020

/s/ Michael D. Breslauer
[Attorney for] Moving Party
Debtor-In-Possession Cuker Interactive, LLC

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.



American LegalNet, Inc.
www.FormsWorkFlow.com

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on 7th day of October 2020, I served a true copy of this NOTICE OF HEARING AND MOTION FOR APPROVAL by the mode of service shown below.

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the documents) listed above will be served by the court via NEF and hyperlink to the document. On October 7, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

- **Robert R. Barnes robertbarn@outlook.com, phall@allenmatkins.com; bcrfilings@allenmatkins.com**
- **Michael D. Breslauer mbreslauer@swsslaw.com, wyones@swsslaw.com**
- **K. Todd Curry tcurry@currylegal.com**
- **Jonathan S. Dabbieri dabbieri@sullivanhill.com, hill@sullivanhill.com; bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;dabbieri@ecf.inforuptcy.com**
- **Peter L. Duncan peterd@psdslaw.com, bonniec@psdslaw.com**
- **Michael T. O'Halloran mto@debtsd.com, vh@debtsd.com**
- **David Ortiz david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV; tiffany.l.carroll@usdoj.gov; abram.s.feuerstein@usdoj.gov**
- **Heather L. Rosing HRosing@Klinedinstlaw.com, mruiz@klinedinstlaw.com**
- **Gerald N. Sims jerrys@psdslaw.com, bonniec@psdslaw.com**
- **United States Trustee ustp.region15@usdoj.gov**
- **Matthew S. Walker matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com**

2. **Served by United States Mail**:

On October 7, 2020, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☐ Attorney for Debtor (or Debtor), if required:

**SEE ATTACHED LIST**



American LegalNet, Inc.
www.FormsWorkFlow.com

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on ____________________, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐ Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on October 7, 2020

/s/ Wendy A. Yones
(Typed Name and Signature)

401 B Street, Suite 1200
(Address)

San Diego, CA 92101
(City, State, ZIP Code)



American LegalNet, Inc.
www.FormsWorkFlow.com

ASM Capital X LLC
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

Squar Milner LLP
San Diego
3655 Nobel Drive
Suite 300
San Diego, CA 92122-1050

ACAR Leasing LTD
d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096-3853

Adel Atalla
5600 Avenida Encinas, Suite 175
Carlsbad, CA 92008-4447

Amari Active
337 S. Cedros Ave. Ste G
Solana Beach, CA 92075-1951

American Arbitration Assoc.
45 E River Park Place W
#308
Fresno, CA 93720-1565

Andrew M. Troop, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039

Ardent Law Group, P.C.
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660-1201

Chuck Easttom
5605 Woodspring Drive
Plano, TX 75093-8565

EIZO, Inc.
5710 Warland Drive
Cypress, CA 90630-5030

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

GoMacro
100 GoMacro Way
Viola, WI 54664-1100

HERMOZA
6005 Paseo Hermosa
Carlsbad, CA 92009-2223

Henry Law Firm
c/o Peter L. Duncan, Esq.
Pyle Sims Duncan & Stevenson
1620 Fifth Avenue, Suite 400
San Diego, CA 92101-2738

Husch Blackwell LLP
33 East Main Street, Suite 300
Madison, WI 53703-4655

Husch Blackwell LLP
c/o Mark T. Benedict
4801 Main Street, Suite 1000
Kansas City, MO 64112-2551

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Interior Plant Service, Inc.
3971 Goldfinch Street, Ste B
San Diego, CA 92103-2992

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jan-Pro
4125 Sorrento Valley Blvd.
Suite E
San Diego, CA 92121-1423

K. Todd Curry, Esq.
CURRY ADVISORS
A Professional Law Corporation
185 West F Street, Ste. 100
San Diego, CA 92101-6025

KLINEDINST PC
Heather L. Rosing, Esq.
Leah Plaskin Lorenz, Esq.
501 West Broadway, Suite 600
San Diego, California 92101-3584

Lincoln Loop
1608 S Ashland Ave #96971
Chicago, IL 60608-2013

Little Sluggers
P.O. Box 58
Rancho Santa Fe, CA 92067-0058

MADE - Carlsbad, LLC
Attn: Dennis S. Cruzan
236 S. Sierra, Suite 100
Solana Beach, CA 92075-1862

MAKE - Carlsbad, LLC
5600 Avenida Encinas
Carlsbad, CA 92008-4446

MATTHEW S. WALKER
12255 El Camino Real, Suite 300
San Diego, CA 92130-4088

Maskell Law PLLC
888 N. Quincy St, Ste 701
Arlington, VA 22203-2073

Michael T. O'Halloran
Law Office of Michael T. O'Hallora
110 West A St., Suite 1100
San Diego CA 92101-3702

Modus Ediscovery Inc.
Five Concourse Pkwy, Ste 3000
Atlanta, GA 30328-7106

Modus eDiscovery, Inc.
92 Cornerstone Dr., Ste. 403
Cary, NC 27519-8404

PILLSBURY WINTHROP SHAW PITTMAN LLP
Callie A. Bjurstrom, Esq.
Michelle A. Herrera, Esq.
501 West Broadway, Suite 1100
San Diego, California 92101-3575

PILLSBURY WINTHROP SHAW PITTMAN LLP
c/o Matthew S. Walker
12255 El Camino Real, Suite 300
San Diego, CA 92130-4088

PILYQ
11760 Sorrento Valley Rd Ste L
San Diego, CA 92121-1018

Patricia Attala
4422 Bertha Street
San Diego, CA 92117-3803

Peter L. Duncan, Esq.
Pyle Sims Duncan & Stevenson, ACP
1620 Fifth Avenue, Suite 400
San Diego, CA 92101-2738

Portable Storage
835 W. State Street
Ontario, CA 91762-4130

Resonant Legal Media LLC
c/o American Financial Management
8755 W. Higgins Road, Suite 610
Chicago, IL 60631-2751

Resonent Legal Media
413 S. Washington Street
Alexandria, VA 22314-3629

Rip Curl
3030 Airway Ave.
Costa Mesa, CA 92626-6036

Robins Kaplan LLP
800 La Salle Ave, Suite 2800
Minneapolis, MN 55402-2015

(p)SHULTS & ADAMS LLP
200 W CAPITOL AVE SUITE 1600
LITTLE ROCK AR 72201-3621

Shults & Brown LLP
200 West Capitol Ave, Ste 1600
Little Rock, AR 72201-3637

Steven Shults
Shults Law Firm, LLP
200 West Capitol Avenue, Ste. 1600
Little Rock, AR 72201-3621

Sunbelt Rentals, Inc.
2341 Deer Field Drive
Fort Mill, SC 29715-8298

TekWorks, Inc.
13000 Gregg Street
Poway, CA 92064-7151

The Brad Hendricks Law Firm
500 Pleasant Valley Dr, Blg C
Little Rock, AR 72227-2137

The Hashem Law Firm, PLC
437 West Conrad Street
P.O. Box 739
Monticello, AR 71657-0739

(p)TORREY PARTNERS LLC
3390 CARMEL MOUNTAIN ROAD
SUITE 150
SAN DIEGO CA 92121-1055

Wolfe Legal Group, PC
402 West Broadway, Ste 400
San Diego, CA 92101-3554