```
 1  MICHAEL D. BRESLAUER [SBN 110259]
    mbreslauer@swsslaw.com
 2  SOLOMON WARD SEIDENWURM & SMITH, LLP
    401 B Street, Suite 1200
 3  San Diego, California 92101
    Telephone (619) 231-0303
 4  Facsimile (619) 231-4755

 5  ROBERT R. BARNES [SBN 144881]
    robertbarn@outlook.com
 6  THE BROKEN-BENCH LAW FIRM
    10982 Poblado Road, No. 1621
 7  San Diego, California 92127-5327
    Telephone: (619) 218-0520
 8
    Co-Counsel for Debtor-In-Possession
 9  CUKER INTERACTIVE, LLC
```

10

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 18-07363-LA11 |
|---|---|
| CUKER INTERACTIVE, LLC, | **NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF DEBTOR'S FOURTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED SEPTEMBER 15, 2020** |
| Debtor-In-Possession. | |
| | Honorable Louise DeCarl Adler |

PLEASE TAKE NOTICE OF THE FOLLOWING:

**<u>OCCURRENCE OF EFFECTIVE DATE OF DEBTOR'S FOURTH AMENDED CHAPTER 11 PLAN OF REORGANIZAITON DATED SEPTEMBER 15, 2020</u>**

P:01428556.1:60665.001

1.  By order entered on December 15, 2020 [Dkt. No. 460] (the "Confirmation Order"), the United States Bankruptcy Court for the Southern District of California (the "Bankruptcy Court"), confirmed the Debtor's Fourth Amended Chapter 11 Plan of Reorganization Dated September 15, 2020 (the "Plan") filed by Cuker Interactive, LLC, debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), as satisfying the requirements of Section 1129 of the Bankruptcy Code.

2.  On January 5, 2020, the Effective Date of the Plan occurred. All conditions precedent to the Effective Date of the Plan have either been satisfied or waived in accordance with the Plan and the Confirmation Order.

3.  <u>Bar Date for Professional Claims</u>. Pursuant to Section IV(A)(1)(a) of the Plan all professionals seeking an award by the Bankruptcy Court shall file their respective final applications for allowance of compensation for services rendered and reimbursement of expenses incurred by the date that is sixty (60) days after the Effective Date, (i.e., March 5, 2020).

4.  The Plan and the Confirmation Order may be obtained (a) via download from the Bankruptcy Court's website at ecf.casb.uscourts.gov for registered users of the PACER and/or CM/ECF systems; or (b) by written request to the undersigned at mbreslauer@swsslaw.com or to Michael Breslauer, Solomon Ward Seidenwurm & Smith LLP, 401 B Street, Suite 1200, San Diego, CA 92101.

DATED: January 5, 2021              SOLOMON WARD SEIDENWURM &
                                    SMITH, LLP


                                    By: /s/ Michael D. Breslauer
                                        MICHAEL D. BRESLAUER
                                        Co-Counsel for Debtor-In-Possession
                                        CUKER INTERACTIVE, LLC

P:01428556.1:60665.001                       -1-

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Wendy A. Yones, declare as follows: |
| 3 | I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State. On <u>January 5, 2021</u>, I served the following document(s): |

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF DEBTOR'S FOURTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED SEPTEMBER 15, 2020**

on each of the interested parties as follows:

**<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>January 5, 2021</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Robert R. Barnes**   robertbarn@outlook.com, <u>phall@allenmatkins.com</u>; bcrfilings@allenmatkins.com
- **Michael D. Breslauer**   mbreslauer@swsslaw.com, wyones@swsslaw.com
- **K. Todd Curry**   tcurry@currylegal.com
- **Jonathan S. Dabbieri**   dabbieri@sullivanhill.com, <u>hill@sullivanhill.com</u>; bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;dabbieri@ecf.inforuptcy.com
- **Peter L. Duncan**   peterd@psdslaw.com, bonniec@psdslaw.com
- **Michael T. O'Halloran**   mto@debtsd.com, vh@debtsd.com
- **David Ortiz**   david.a.ortiz@usdoj.gov, <u>USTP.REGION15@USDOJ.GOV</u>; tiffany.l.carroll@usdoj.gov;abram.s.feuerstein@usdoj.gov
- **Donald Reid**   don@donreidlaw.com
- **Heather L. Rosing**   HRosing@Klinedinstlaw.com, mruiz@klinedinstlaw.com
- **Gerald N. Sims**   jerrys@psdslaw.com, bonniec@psdslaw.com
- **United States Trustee**   ustp.region15@usdoj.gov
- **Alan Vanderhoff**   alan.vanderhoff@vanderhofflaw.com, alanvanderhoff@cox.net
- **Matthew S. Walker**   matthew.walker@pillsburylaw.com, <u>renee.evans@pillsburylaw.com</u>; firmwidecalendardocket@pillsburylaw.com;

**SERVED BY U.S. MAIL**: On January 5, 2021, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

| | |
|---|---|
| **ASM Capital X LLC**<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797 | **Squar Milner LLP**<br>3655 Nobel Drive, Suite 300<br>San Diego, CA 92122 |

P:01428556.1:60665.001                                                      -2-

| | |
|---|---|
| **Baker Tilly US, LLP**<br>3655 Nobel Drive, Suite 300<br>San Diego, CA 92122 | **Modus eDiscovery, Inc.**<br>c/o Reid & Manee, LLP<br>3615 Main Street, Suite 103<br>Riverside, CA 92501 |

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 5, 2021        By: /s/ Wendy A. Yones
                                             WENDY A. YONES