CSD 1181 [07/01/18]
Name, Address, Telephone No. & I.D. No.
Michael D. Breslauer, Esq. SBN 110259
mbreslauer@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone (619) 231-0303
Attorneys for Reorganized Debtor Cuker Interactive, LLC

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Cuker Interactive, LLC,

BANKRUPTCY NO. 18-07363-LA11

Tax I.D.(EIN)#: _____ /S.S.#:XXX-XX-_____    Debtor.

## NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on February 25, 2021, at 2:00 p.m., in Department Two (2), Room 118, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of SEE BELOW, for [check the appropriate box]:

☐ Dismissal of a chapter 7, 11 or 12 case;

☐ Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

☒ Allowance of Final compensation or reimbursement of expenses of Solomon Ward Seidenwurm & Smith, LLP, The Broken-Bench Law Firm and Baker Tilly US, LLP fka Squar Milner LLP as provided in Exhibit "A";

☐ Appointment of a trustee in a chapter 11 case; or

☐ Other [specify the nature of the matter]:

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than fourteen (14)[1]days from the date of service.**

DATED: January 28, 2021                 /s/ Michael D. Breslauer
                                        [Attorney for] Moving Party
                                        Reorganized Debtor Cuker Interactive, LLC

---

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 1181

American LegalNet, Inc.
www.FormsWorkFlow.com

CSD 1181A (Page 3) [08/01/11]        [TO BE INCLUDED IN OR ATTACHED TO FEE NOTICES]

APPLICANT Solomon Ward Seidenwurm & Smith, LLP , Co-Counsel for        Reorganized Debtor Cuker Interactive, LLC

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 12/14/18 to 3/31/19 | 53,447.50 | 53,447.50 | 53,447.50 | | | 622.15 | 622.15 |
| 2ND INTERIM 4/1/19 to 10/31/19 | 57,120.50 | 57,120.50 | 57,120.50 | | | 369.45 | 369.45 |
| 3RD INTERIM 11/1/19 to 3/31/20 | 67,470.00 | 67,470.00 | 67,470.00 | | | 524.65 | 524.65 |
| 4TH & FINAL 4/1/20 to 1/5/21 | 215,218.50 | | | | | 3,225.53 | |
| TOTALS: | 393,256.50 | 178,038.00 | 178,038.00 | 0.00 | 0.00 | 4,741.78 | 1,516.25 |

CSD 1181A                    EXHIBIT "A"                    Page 1 of 2

American LegalNet, Inc.
www.FormsWorkFlow.com

APPLICANT The Broken-Bench Law Firm, Co-Counsel for       Reorganized Debtor Cuker Interactive, LLC

|  | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST & Final 7/8/20 to 1/5/21 | 66,600.00 |  |  |  |  | 160.00 |  |
| to |  |  |  |  |  |  |  |
| to |  |  |  |  |  |  |  |
| to |  |  |  |  |  |  |  |
| TOTALS: | 66,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 160.00 | 0.00 |

APPLICANT Baker Tilly US, LLP fka Squar Milner, Accountants for       Reorganized Debtor Cuker Interactive, LLC

|  | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST & FINAL 11/18/19 to 1/5/21 | 54,962.50 |  |  |  |  | 259.50 |  |
| to |  |  |  |  |  |  |  |
| to |  |  |  |  |  |  |  |
| to |  |  |  |  |  |  |  |
| TOTALS: | 54,962.50 | 0.00 | 0.00 | 0.00 | 0.00 | 259.50 | 0.00 |



## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the 28th day of January 2021, I served a true copy of the within NOTICE OF MOTION AND HEARING on the following persons by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the documents) listed above will be served by the court via NEF and hyperlink to the document. On January 28, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

- Robert R. Barnes    robertbarn@outlook.com, phall@allenmatkins.com; bcrfilings@allenmatkins.com
- Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- K. Todd Curry    tcurry@currylegal.com
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, hill@sullivanhill.com; bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com; dabbieri@ecf.inforuptcy.com
- Peter L. Duncan    peterd@psdslaw.com, bonniec@psdslaw.com
- Michael T. O'Halloran    mto@debtsd.com, vh@debtsd.com
- David Ortiz    david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV; tiffany.l.carroll@usdoj.gov; abram.s.feuerstein@usdoj.gov
- Donald Reid    don@donreidlaw.com
- Heather L. Rosing    HRosing@Klinedinstlaw.com, mruiz@klinedinstlaw.com
- Gerald N. Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
- United States Trustee    ustp.region15@usdoj.gov
- Alan Vanderhoff    alan.vanderhoff@vanderhofflaw.com, alanvanderhoff@cox.net
- Matthew S. Walker    matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com; firmwidecalendardocket@pillsburylaw.com;

2. **Served by United States Mail**:

On January 28, 2021, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

**SEE ATTACHED SERVICE LIST**

CSD 1181



CSD 1181 (Page 3) [07/01/18]

3.  **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

   Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

   ☐   Attorney for Debtor (or Debtor), if required:

   I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

   Executed on   January 28, 2021                    /s/ Wendy A. Yones
                     (Date)                          (Typed Name and Signature)

                                                     401 B Street, Suite 1200
                                                       (Address)

                                                     San Diego, CA 92101
                                                       (City, State, ZIP Code)

CSD 1181

ASM Capital X LLC
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

Baker Tilly US, LLP
San Diego
3655 Nobel Drive
Suite 300
San Diego, CA 92122-1050

Squar Milner LLP
San Diego
3655 Nobel Drive
Suite 300
San Diego, CA 92122-1050

ACAR Leasing LTD
d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096-3853

Aaron Cuker
614 Seaward Avenue
Carlsbad, CA 92011-3256

Adel Atalla
5600 Avenida Encinas, Suite 175
Carlsbad, CA 92008-4447

Amari Active
337 S. Cedros Ave. Ste G
Solana Beach, CA 92075-1951

American Arbitration Assoc.
45 E River Park Place W
#308
Fresno, CA 93720-1565

Andrew M. Troop, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039

Ardent Law Group, P.C.
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660-1201

Chuck Easttom
5605 Woodspring Drive
Plano, TX 75093-8565

EIZO, Inc.
5710 Warland Drive
Cypress, CA 90630-5030

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

GoMacro
100 GoMacro Way
Viola, WI 54664-1100

HERMOZA
6005 Paseo Hermosa
Carlsbad, CA 92009-2223

Husch Blackwell LLP
33 East Main Street, Suite 300
Madison, WI 53703-4655

Husch Blackwell LLP
c/o Mark T. Benedict
4801 Main Street, Suite 1000
Kansas City, MO 64112-2551

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Interior Plant Service, Inc.
3971 Goldfinch Street, Ste B
San Diego, CA 92103-2992

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jan-Pro<br>4125 Sorrento Valley Blvd.<br>Suite E<br>San Diego, CA 92121-1423 | |
| KLINEDINST PC<br>Heather L. Rosing, Esq.<br>Leah Plaskin Lorenz, Esq.<br>501 West Broadway, Suite 600<br>San Diego, California 92101-3584 | Lincoln Loop<br>1608 S Ashland Ave #96971<br>Chicago, IL 60608-2013 | Little Sluggers<br>P.O. Box 58<br>Rancho Santa Fe, CA 92067-0058 |
| MADE - Carlsbad, LLC<br>Attn: Dennis S. Cruzan<br>236 S. Sierra, Suite 100<br>Solana Beach, CA 92075-1862 | MAKE - Carlsbad, LLC<br>5600 Avenida Encinas<br>Carlsbad, CA 92008-4446 | |
| Maskell Law PLLC<br>888 N. Quincy St, Ste 701<br>Arlington, VA 22203-2073 | | Modus Ediscovery Inc.<br>92 Cornerstone Drive, #403<br>Cary, NC 27519-8404 |
| Modus Ediscovery Inc.<br>Five Concourse Pkwy, Ste 3000<br>Atlanta, GA 30328-7106 | | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>501 West Broadway, Suite 1100<br>San Diego, California 92101-3575 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Callie A. Bjurstrom, Esq.<br>Michelle A. Herrera, Esq.<br>501 West Broadway, Suite 1100<br>San Diego, California 92101-3575 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>c/o Matthew S. Walker<br>12255 El Camino Real, Suite 300<br>San Diego, CA 92130-4088 | PILYQ<br>11760 Sorrento Valley Rd Ste L<br>San Diego, CA 92121-1018 |
| Portable Storage<br>835 W. State Street<br>Ontario, CA 91762-4130 | Resonant Legal Media LLC<br>c/o American Financial Management<br>8755 W. Higgins Road, Suite 610<br>Chicago, IL 60631-2751 | Resonent Legal Media<br>413 S. Washington Street<br>Alexandria, VA 22314-3629 |
| Rip Curl<br>3030 Airway Ave.<br>Costa Mesa, CA 92626-6036 | Robins Kaplan LLP<br>800 La Salle Ave, Suite 2800<br>Minneapolis, MN 55402-2015 | |

| | | |
|---|---|---|
| Sunbelt Rentals, Inc.<br>2341 Deer Field Drive<br>Fort Mill, SC 29715-8298 | TekWorks, Inc.<br>13000 Gregg Street<br>Poway, CA 92064-7151 | The Brad Hendricks Law Firm<br>500 Pleasant Valley Dr, Blg C<br>Little Rock, AR 72227-2137 |
| The Hashem Law Firm, PLC<br>437 West Conrad Street<br>P.O. Box 739<br>Monticello, AR 71657-0739 | | (p)TORREY PARTNERS  LLC<br>3390 CARMEL MOUNTAIN ROAD<br>SUITE 150<br>SAN DIEGO CA 92121-1055 |
| Wolfe Legal Group, PC<br>402 West Broadway, Ste 400<br>San Diego, CA 92101-3554 | | |
| IRS<br>10th St & Pennsylvania Ave NW<br>Washington, DC 20530 | (d)IRS<br>880 Front Street, #3295<br>San Diego, CA 92101 | Shults & Adams LLP<br>200 West Capitol Avenue, Suite 1600<br>Little Rock, AR 72201 |
| Torrey Partners<br>3394 Carmel Mountain Road<br>Suite 100<br>San Diego, CA 92121 | (d)Torrey Partners, LLC<br>3390 Carmel Mountain Road, Suite 150<br>San Diego, CA 92121 | |