# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | CUKER INTERACTIVE, LLC |
| **Case Number:** | 18-07363-LA11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JANUARY 28, 2021 02:00 PM    DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

### *Matter:*

OBJECTION TO PROOF OF CLAIM NO. 6, MODUS EDISCOVERY. (Fr 12/10/20)

### *Appearances:*

MICHAEL D. BRESLAUER, ATTORNEY FOR CUKER INTERACTIVE, LLC (Tele)
DONALD REID, ATTORNEY FOR MODUS eDISCOVERY, INC. (Tele)

### *Disposition:*

Tentative Ruling of the Court is affirmed. Order to be lodged by Mr. Reid.