TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor:     CUKER INTERACTIVE, LLC
Number:   18-07363-LA11

Hearing:   02:00 PM   Thursday, February 25, 2021

Motion:   1) FIRST AND FINAL APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS   FOR THE DEBTOR; STACY ELLEDGE CHIANG FOR BAKER TILLY US, LLP, ACCOUNTANT, PERIOD: 11/18/2019 TO 1/5/2021, FEE: $ 54,962.50, EXPENSES: $259.50.

Court has reviewed First and Final Application for Compensation and Expense Reimbursement filed by Baker, Tilly US, accountants for the Ch. 11 debtor and finds services necessary and charges for same reasonable.   Court awards amounts requested in full.

As this application is unopposed, Ms. Chiang as representative of the firm is excused from attending this hearing and may submit an order forthwith.


2) FINAL APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES BY SOLOMON WARD SEIDENWURM & SMITH, LLP; FOR MICHAEL D. BRESLAUER, DEBTOR'S ATTORNEY, PERIOD: 4/1/2020 TO 1/5/2021, FEE: $ 215218.50, EXPENSES: $3225.53. FILED BY MICHAEL D. BRESLAUER

Court has reviewed Fourth Interim Application for Compensation and Expense Reimbursement filed by Solomon, Ward and request for final award of interim applications made in connection for First through current application as counsel for the Ch. 11 debtor.   The Fourth Interim Application is unopposed as is the request for a final award to the firm for all services rendered during this extraordinarily successful Ch. 11 case.   Mr. Breslauer's summary is accurate in his assessment that a successful reorganization of this debtor in the face of significant litigation-some of which is still ongoing-was uncertain at the inception of this case.   However, the debtor emerges from Ch. 11 with a confirmed plan that will pay creditors 100% of their claims plus interest.

The Court awards the fees and costs set forth in the Fourth Interim application and confirms as final that award and the previous awards in interim applications First through Third.

As this application is unopposed, Mr. Breslauer as representative of the firm is excused from attending this hearing and may submit an order forthwith.

3) FINAL APPLICATION FOR FINAL PROFESSIONAL COMPENSATION OF THE BROKEN-BENCH LAW FIRM FOR ROBERT R. BARNES, DEBTOR'S ATTORNEY, PERIOD: 7/8/2020 TO 1/5/2021, FEE: $ 66600.00, EXPENSES: $159.50.

Court has reviewed First and Final Application for Compensation and Expense Reimbursement filed by Robert R. Barnes as counsel for the Ch. 11 debtor and finds services necessary and charges for same reasonable.   Court awards voluntarily reduced amounts requested in full.

As this application is unopposed, Mr. Barnes as representative of the firm is excused from attending this hearing and may submit an order forthwith.