PILLSBURY WINTHROP SHAW PITTMAN LLP
Matthew S. Walker (Cal. Bar No. 101470)
12255 El Camino Real, Suite 300
San Diego, CA 92130-4088
Telephone:   858.509.4000
Facsimile:   858.509.4010
matthew.walker@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
Andrew M. Troop (NY Bar No. 4556320)
Admitted Pro Hac Vice
31 W 52nd St
New York, NY 10019
Telephone:   212.858.1660
Facsimile:   212.858.1500
andrew.troop@pillsburylaw.com

Attorneys for PILLSBURY WINTHROP SHAW PITTMAN LLP

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CUKER INTERACTIVE, LLC<br><br>Debtor. | Case No. 18-07363-11<br><br>CHAPTER 11<br><br>**PILLSBURY'S REPORT ON ARBITRATION STATUS RE: DEBTOR'S PLACEHOLDER OBJECTION TO CLAIM NO. 13**<br><br>Date:   April 22, 2021<br>Time:   2:00 p.m.<br>Dept:   2<br><br>Hon. Louise DeCarl Adler |

Pursuant to this Court's order entered November 30, 2020 (Dkt. No. 446), Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") hereby submits this report on the status of the pending arbitration (the "Arbitration") between Pillsbury and Cuker Interactive, LLC ("Cuker") as it relates to "*Debtor's Placeholder Objection to Claim No. 13 (Pillsbury Winthrop Shaw Pittman LLP)*" filed on September 23, 2020 (Dkt.

397) (the "Objection"). For the reasons set forth below, Pillsbury proposes that the status conference scheduled for April 22, 2021 be continued for three (3) months to the end of July 2021.

Cuker initiated this contested matter when it filed the Objection. Cuker filed a *placeholder* objection because, "[t]he basis for the objection is that the Pillsbury Claim is unenforceable against Cuker under section 502(b)(1)" and "Cuker and Pillsbury are parties to American Arbitration Association Case No. 01-18-0001-5005 (the "AAA Proceeding"), within which Pillsbury's affirmative claim against Cuker and Cuker's counterclaims are being liquidated." Objection, p. 1. Originally, the Court scheduled a status conference on the Objection for December 3, 2020, but continued the status conference to April 22, 2021 pursuant to the November 30, 2020 order, presumably because the Arbitration was originally scheduled for a twelve-day hearing commencing February 15, 2021 and ending March 2, 2021.

On November 20, 2021, Cuker filed with the American Arbitration Association ("AAA") a motion to continue the Arbitration, which Pillsbury opposed. On December 15, 2020, the AAA issued a Case Management Order providing, among other things, that the Arbitration would be conducted on April 5-9, April 26-29, and May 7, 2021, with June 7-9, 2021 reserved as additional hearing dates if needed. Thereafter, the Arbitrators expressed concern that the current allocation of time for the Arbitration is insufficient for the number of witnesses. Conservatively estimated, testimony from a potential 21 witnesses would total 120 hours. The Arbitrators requested that five additional days be reserved. At present, the Arbitration schedule is as follows: April 5-9 (completed), April 26-29, June 7-9, July 7-9, August 23-27, and September 8-10, 2021.

On March 30, 2021, Pillsbury filed with the AAA a motion to strike certain of Cuker's claims. If the motion is granted in whole or part, some of the witness testimony will be eliminated. Cuker's opposition to Pillsbury's motion must be submitted by April 16, 2021. The Arbitrators may or may not rule on the motion prior

to the scheduled April 22, 2021 status conference before this Court.

The Arbitration commenced as scheduled on April 5, 2021. Opening arguments were heard on April 7, and the first witnesses were called the following day. During the first week, Pillsbury presented its affirmative fee claim and Cuker completed the direct examination of Mr. Cuker.

In light of the above, Pillsbury requests that the Court continue the status conference for three months, to late July 2021, and order the parties to file status reports a week in advance of the continued status conference.  The Arbitration may be completed by then, depending on the arbitrators' rulings on the motions to strike claims and progress in the Arbitration.  In the event the Arbitration is not completed, the parties should be able to provide the Court with a good estimate of the time remaining. A longer continuance could have the effect of delaying allowance of Pillsbury's claim well after completion of the Arbitration, causing Cuker to incur 10% post-effective date interest on Pillsbury's allowed claim for a longer than necessary period of time. Dkt. No. 460 (order confirming plan), p. 24.

On March 25, 2021, the Hon. Cathy Ann Bencivengo, United States District Court, held that Pillsbury holds a valid attorneys' lien in the "Walmart Judgment Funds" and reversed this Court's September 17, 2020 order granting Cuker summary judgment in *Cuker Interactive, LLC v. Pillsbury Winthrop Shaw Pittman LLP*, Bankr. S.D.Cal. Adv. No. 20-90075-LA11 (the "Adversary Proceeding"). Cuker has appealed Judge Bencivengo's order to the Ninth Circuit Court of Appeals. (The District Court's decision and Cuker's notice of appeal are docket Nos. 92 and 93 in the Adversary Proceeding.) The Ninth Circuit appeal does not affect the disposition of Cuker's Objection to Pillsbury's claim. The Objection addresses the amount of Pillsbury's claim which will be determined in the Arbitration. The issue in the Adversary Proceeding is limited to whether Pillsbury's claim, once resolved in the Arbitration, is secured by the "Walmart Judgment Funds" and entitled to 10% post-petition interest under Cuker's confirmed chapter 11 plan. *Id.*

1    WHEREFORE, Pillsbury requests that the Court order that the status

2  conference is continued to a date in the latter portion of July 2021, and that Cuker and

3  Pillsbury shall file reports concerning the status of the Arbitration and, if it is not

4  completed the anticipated date of completion, not less than a week before the

5  continued status conference date.

6

7  Dated: April 15, 2021                    PILLSBURY WINTHROP SHAW PITTMAN LLP

8                                           By:  /s/ Matthew S. Walker

9                                                Matthew S. Walker

10                                          Attorneys for PILLSBURY
11                                          WINTHROP SHAW PITTMAN LLP

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

CSD 3010 [07/01/18]

Name, Address, Telephone No. & I.D. No.
Matthew S. Walker (Cal. Bar No. 101470)
PILLSBURY WINTHROP SHAW PITTMAN LLP
12255 El Camino Real, Suite 300
San Diego, CA 92130-4088
Telephone:  858.509.4000
Email:  matthew.walker@pillsburylaw.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
CUKER INTERACTIVE, LLC

Debtor.

BANKRUPTCY NO. 18-07363-LA-11

PILLSBURY WINTHROP SHAW PITTMAN LLP

Moving Party

v.
CUKER INTERACTIVE, LLC

Respondent

# PROOF OF SERVICE

I,  Renee M. Evans, am a resident of the State of California, over the age of 18 years, and not a party to this action.

On April 15, 2021, I served the following documents: **PILLSBURY'S REPORT ON ARBITRATION STATUS RE: DEBTOR'S PLACEHOLDER OBJECTION TO CLAIM NO. 13**

1.    **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On   April 15, 2021          , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Robert R. Barnes     robertbarn@outlook.com, phall@allenmatkins.com; bcrfilings@allenmatkins.com
Michael D. Breslauer     mbreslauer@swsslaw.com, wyones@swsslaw.com
K. Todd Curry     tcurry@currylegal.com
Jonathan S. Dabbieri     dabbieri@sullivanhill.com, hill@sullivanhill.com;bkstaff@sullivanhill.com;
     vidovich@ecf.inforuptcy.com;dabbieri@ecf.inforuptcy.com
Peter L. Duncan     peterd@psdslaw.com, bonniec@psdslaw.com
Michael T. O'Halloran     mto@debtsd.com, vh@debtsd.com
David Ortiz     david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV; tiffany.l.carroll@usdoj.gov;
     abram.s.feuerstein@usdoj.gov
Donald Reid     don@donreidlaw.com
Heather L. Rosing     HRosing@Klinedinstlaw.com, mruiz@klinedinstlaw.com
Gerald N. Sims     jerrys@psdslaw.com, bonniec@psdslaw.com
United States Trustee     ustp.region15@usdoj.gov
Alan Vanderhoff     alan.vanderhoff@vanderhofflaw.com, alanvanderhoff@cox.net
Matthew S. Walker     matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com;
     firmwidecalendardocket@pillsburylaw.com;

CSD 3010

 American LegalNet, Inc.
www.FormsWorkFlow.com
4830-5178-1570.v1

CSD 3010 [07/01/18] (Page 2)

**2.      Served by United States Mail:**

On April 15, 2021, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via first class mail, addressed as follows:

| | |
|---|---|
| Mark Henry Murphy<br>PO Box 4800<br>Fayetteville, AR 72702 | ASM Capital X LLC<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797 |
| Squar Milner LLP<br>3655 Nobel Drive, Suite 300<br>San Diego, CA 92122 | United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street, Suite 3230<br>San Diego, CA 92101-8897 |

**3.      Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:
Under Fed.R.Civ.P.5 and controlling LBR, on  April 15, 2021            , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  April 15, 2021            
(Date)

Renee M. Evans   /s/Renee M. Evans            
(Typed Name and Signature)

501 West Broadway, Suite 1100            
(Address)

San Diego, CA  92101            
(City, State, ZIP Code)

☐  Chapter 7 Trustee:

☒  For Chpt. 7, 11, & 12 cases:<br>UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov      ☐  For ODD numbered Chapter 13 cases:<br>THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billingslea@thb.coxatwork.com      ☐  For EVEN numbered Chapter 13 cases:<br>DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com

CSD 3010

American LegalNet, Inc.
www.FormsWorkFlow.com      4830-5178-1570.v1