MICHAEL D. BRESLAUER [SBN 110259]
mbreslauer@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Reorganized Debtor CUKER INTERACTIVE, LLC

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CUKER INTERACTIVE, LLC,<br><br>          Reorganized Debtor. | CASE NO. 18-07363-LA11<br><br>Chapter 11<br><br>**STATUS CONFERENCE REPORT REGARDING PLACEHOLDER OBJECTION (PILLSBURY WINTHROP SHAW PITTMAN, LLP)**<br><br>Date: April 22, 2021<br>Time: 2:00 p.m.<br>Dept: Two (2)<br><br>Honorable Louise DeCarl Adler |

TO THE HONORABLE LOUISE DECARL ADLER, UNITED STATES BANKRUPTCY JUDGE:

Reorganized Debtor Cuker Interactive, LLC ("Cuker") provides its status conference report regarding proceedings in the American Arbitration Association with Pillsbury Winthrop Shaw Pittman, LLP's ("Pillsbury") as related to Cuker's 'Placeholder Objection' to Pillsbury's Claim No. 13.

P:01454027.1:60665.001

1.  The AAA proceedings commenced and have proceeded (via zoom) from April 6, 2021 through April 9, 2021. The parties will return to the proceedings for four days from April 26-29, 2021, and the following additional dates have been set aside: June 7, 8 and 9; July 7, 8 and 9; August 23, 24, 25, 26 and 27 and September 8, 9 and 10.

2.  It is unknown at this point whether the parties will use all the time allotted above in the arbitration, or whether either side will request additional time. It is estimated that the AAA panel will render a decision approximately 30 days after presentation of evidence and argument has concluded.

3.  Pillsbury appealed from the orders of this Court denying its motion to compel arbitration of Cuker's Adversary Proceeding (Case No. 20-90075-LA) and granting Cuker's motion for summary judgment on the issue whether Pillsbury's Claim No. 13 was secured or unsecured. The appeals were heard by the District Court, which sustained this Court's order denying Pillsbury's motion to compel arbitration and reversed its order granting summary judgment. Cuker has filed its Notice of Appeal (to the Ninth Circuit Court of Appeals) of the District Court's reversal of this Court's order granting summary judgment. Cuker's opening brief is due on May 25, 2021.

4.  Based on the foregoing, Cuker requests that the Court conclude the status conference, with either party reserving the right to set the matter on calendar for a further status conference, or for relief, at the conclusion of the arbitration.

DATED:  April 15, 2021         Respectfully submitted,

SOLOMON WARD SEIDENWURM & SMITH, LLP

By:  /s/ Michael D. Breslauer
     MICHAEL D. BRESLAUER
     Attorneys for Reorganized Debtor CUKER INTERACTIVE, LLC

2

## PROOF OF SERVICE

I, WENDY A. YONES, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State. On April 15, 2021, I served the following document(s):

**STATUS CONFERENCE REPORT REGARDING PLACEHOLDER OBJECTION (PILLSBURY WINTHROP SHAW PITTMAN, LLP)**

on each of the interested parties as follows:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 15, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Robert R. Barnes**   robertbarn@outlook.com, phall@allenmatkins.com; bcrfilings@allenmatkins.com
- **Michael D. Breslauer**   mbreslauer@swsslaw.com, wyones@swsslaw.com
- **K. Todd Curry**   tcurry@currylegal.com
- **Jonathan S. Dabbieri**   dabbieri@sullivanhill.com, hill@sullivanhill.com; bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com; dabbieri@ecf.inforuptcy.com
- **Peter L. Duncan**   peterd@psdslaw.com, bonniec@psdslaw.com
- **Michael T. O'Halloran**   mto@debtsd.com, vh@debtsd.com
- **David Ortiz**   david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV; tiffany.l.carroll@usdoj.gov; abram.s.feuerstein@usdoj.gov
- **Donald Reid**   don@donreidlaw.com
- **Heather L. Rosing**   HRosing@Klinedinstlaw.com, mruiz@klinedinstlaw.com
- **Gerald N. Sims**   jerrys@psdslaw.com, bonniec@psdslaw.com
- **United States Trustee**   ustp.region15@usdoj.gov
- **Alan Vanderhoff**   alan.vanderhoff@vanderhofflaw.com, alanvanderhoff@cox.net
- **Matthew S. Walker**   matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com; firmwidecalendardocket@pillsburylaw.com;

**SERVED BY U.S. MAIL:** On April 15, 2021, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 15, 2021           By: /s/ Wendy A. Yones
                                    WENDY A. YONES