# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | CUKER INTERACTIVE, LLC |
| **Case Number:** | 18-07363-LA11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, APRIL 22, 2021 02:00 PM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matter:

OBJECTION TO PROOF OF CLAIM NO. 13 OF PILLSBURY WINTHROP SHAW PITTMAN LLP. (Fr 12/3/20)

### Appearances:

Appearance excused.

### Disposition:

Tentative Ruling of the Court is affirmed. Appearance of Counsel is excused.