MICHAEL D. BRESLAUER [SBN 110259]
mbreslauer@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Reorganized Debtor CUKER INTERACTIVE, LLC

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CUKER INTERACTIVE, LLC,<br><br>　　　　　Reorganized Debtor. | CASE NO. 18-07363-LA11<br><br>Chapter 11<br><br>**DEBTOR'S FIRST POST-CONFIRMATION STATUS CONFERENCE REPORT**<br><br>Confirmation Order Entered: December 15, 2020<br><br>Effective Date of Plan: January 5, 2021<br><br>Dept: Two (2)<br>Honorable Louise DeCarl Adler |

TO THE HONORABLE LOUISE DECARL ADLER, UNITED STATES BANKRUPTCY JUDGE, CREDITORS, AND ALL INTERESTED PARTIES:

Reorganized Debtor Cuker Interactive, LLC (the "Debtor" or "Cuker"), by and through its undersigned counsel, provides its first post-confirmation status report, pursuant to Section VIII(A) of the Debtor's Plan of Reorganization confirmed by entry of the Court's confirmation order on December 15, 2020.

The Debtor has paid all undisputed claims in full in accordance with the Plan. Cuker has paid approximately 50% of allowed administrative claims and continues to make regular payments.

P:01465796.2:60665.001

The Debtor has only two prepetition claims which have not yet been allowed and not yet paid: the claims of Pillsbury Winthrop Shaw Pittman, LLP ("Pillsbury") and the Wolfe Law Group ("WLG"). The allowed amount of the Pillsbury claim, if any, will be determined in arbitration. The next scheduled hearing dates are July 7, 8 and 9, 2021, with additional dates set for August and September 2021. Whether Pillsbury's claim is secured is being determined by the bankruptcy process. This Court ruled that California law governed and that Pillsbury's claim is, therefore, unsecured. The District Court reversed, holding the claim is secured because non-California law governed. Cuker appealed the District Court's determination and the briefing schedule before the Ninth Circuit Court of Appeals has been scheduled.

With respect to WLG, an adversary proceeding has been commenced to address Cuker's objections against WLG's Third Amended Claim. The parties have met and conferred in the adversary proceeding and the case will proceed until completion. WLG's Third Amended Claim was filed with leave of court following the Bankruptcy Court's ruling sustaining Cuker's objection to a portion of WLG's Second Amended Claim and WLG's appeal of the ruling. The appeal is now pending before the District Court.

The Debtor has filed its required post-confirmation period reports to the United States Trustee and is current in the payment of all U.S. Trustee's fees.

DATED: June 14, 2021           Respectfully submitted,

SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/ Michael D. Breslauer
     MICHAEL D. BRESLAUER
     Attorneys for Reorganized Debtor CUKER INTERACTIVE, LLC

2

**PROOF OF SERVICE**

I, WENDY A. YONES, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State. On June 14, 2021, I served the following document(s):

**DEBTOR'S FIRST POST-CONFIRMATION STATUS CONFERENCE REPORT**

on each of the interested parties as follows:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 14, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Robert R. Barnes**     robertbarn@outlook.com, phall@allenmatkins.com; bcrfilings@allenmatkins.com
- **Michael D. Breslauer**     mbreslauer@swsslaw.com, wyones@swsslaw.com
- **K. Todd Curry**     tcurry@currylegal.com
- **Jonathan S. Dabbieri**     dabbieri@sullivanhill.com, hill@sullivanhill.com; bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com; dabbieri@ecf.inforuptcy.com
- **Peter L. Duncan**     peterd@psdslaw.com, bonniec@psdslaw.com
- **Michael T. O'Halloran**     mto@debtsd.com, vh@debtsd.com
- **David Ortiz**     david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV; tiffany.l.carroll@usdoj.gov; abram.s.feuerstein@usdoj.gov
- **Donald Reid**     don@donreidlaw.com
- **Heather L. Rosing**     HRosing@Klinedinstlaw.com, mruiz@klinedinstlaw.com
- **Gerald N. Sims**     jerrys@psdslaw.com, bonniec@psdslaw.com
- **United States Trustee**     ustp.region15@usdoj.gov
- **Alan Vanderhoff**     alan.vanderhoff@vanderhofflaw.com, alanvanderhoff@cox.net
- **Matthew S. Walker**     matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com; firmwidecalendardocket@pillsburylaw.com;

**SERVED BY U.S. MAIL:** On June 14, 2021, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 14, 2021         By: /s/ Wendy A. Yones
                              WENDY A. YONES